**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

RICKY SINGLETON,                    )
                                    )
     *Plaintiff,*                  )
                                    )
v.                                  )       1:24-cv-25 (PTG/LRV)
                                    )
IKEA US RETAIL, LLC *et al*,        )
                                    )
     *Defendants.*               )

**ORDER**

This matter is before the Court on Defendant IKEA US Retail, LLC's Partial Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 54) and all Defendants' Motion to Dismiss for Insufficient Service of Process (Dkt. 13). For the reasons stated from the bench, it is hereby

**ORDERED** that IKEA US Retail's Partial Motion to Dismiss (Dkt. 54) is **GRANTED in part** and **DENIED in part**; it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **DENIED** with respect to Count I (continuing race discrimination and disparate treatment in violation of Title VII). Plaintiff may maintain Count I as it relates to conduct that occurred between November 2021 and January 2022; it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED** with respect to Count II (unlawful harassment and hostile work environment in violation of Title VII); it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED** with respect to Count IV (continuing race discrimination and disparate treatment in violation of 42 U.S.C. § 1981), Count V (unlawful harassment and hostile work environment in violation of 42 U.S.C. § 1981), and Count VI (retaliation and unlawful termination in violation of 42 U.S.C. § 1981) to the extent

these counts allege discrete acts outside of the statute of limitations period and are not actionable. Plaintiff's allegations with respect to events that occurred outside of this period may still be admissible as background evidence in support of the actionable claims; it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED in part** and **DENIED in part** with respect to Count VII (defamation). IKEA US Retail's Motion to Dismiss is **GRANTED** as it relates to Plaintiff's allegation of defamation based on being walked through a public place and **DENIED** in all other respects; it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED** with respect Count VIII (42 U.S.C. § 1985) and Count IX (42 U.S.C. § 1986); it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED** with respect to Count XII (civil conspiracy); it is further

**ORDERED** that IKEA US Retail's Motion to Dismiss is **GRANTED** with respect to Count XIII (intentional infliction of emotional distress); it is further

**ORDERED** that Defendants' Motion to Dismiss for Insufficient Service of Process (Dkt. 13) is **DENIED** with respect to Defendant Ely. Defendants' Motion is **GRANTED** with respect to Defendants Chenard, Knight, Scott, and IKEA Woodbridge.

Entered this 22nd day of May, 2025
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge