IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICKY SINGLETON, <br> Plaintiff, <br><br> v. <br><br> IKEA US RETAIL, LLC and RAQUEL ELY, <br> Defendants. | Case No.: 1:24-cv-00025-PTG-LRV <br><br> Jury Trial Requested: YES |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Ricky Singleton (Mr. Singleton) moves the Court for Leave to file a Second Amended Complaint. The first Amended Complaint was filed on 03/03/2025. Mr. Singleton has recently come into possession of new information that was previously unknown to him, and in pursuit of justice, Mr. Singleton beseeches the Court to allow him to amend his Complaint to include and address the new conspiratorial direct evidence, representative of the vitriolic animus exerted upon him by the Defendants.

WHEREFORE, for the reasons explained further in the supporting memorandum, Mr. Singleton respectfully requests the Court grant his request for Leave to File a Second Amended Complaint, as justice requires, to address the newfound evidence that has recently been brought to his knowledge and possession, and in light of this evidence, Mr. Singleton also requests Leave

of Court to reinstate the Defendants and Counts which have been dismissed without prejudice, into his Second Amended Complaint.

Date of Signing: 10/28/2025

Ricky Singleton
15240 Mimosa Trail Dumfries, Virginia 22195
571-490-6953

Signature of Plaintiff: *Ricky Singleton*

Printed name of Plaintiff: Ricky Singleton

*pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion for Leave to file a Second Amended Complaint, was served this 28th Day of October 2025, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system and addressed as:

Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Suite 500, Tysons Corner, VA 22102

Date of Signing: 10/28/2025

Ricky Singleton
15240 Mimosa Pl
Dumfries, VA 22195

Signature of Plaintiff: *Ricky Singleton*

Printed name of Plaintiff: Ricky Singleton

*pro se*