# EXHIBIT

## 2

## SSC - Paycheck Issue Case Number 713572

us.shared.service.center@ikea.com <us.shared.service.center@ikea.com>
Mon 8/30/2021 8:46 AM
To: Ricky Singleton <ricky.singleton@ingka.ikea.com>

Hi,

your request has been logged in our Case Handling System with

**Case Number:** 713572
**Subject:** Paycheck Issue
**Description:**
Coworker's manager called because coworker noticed that is pay check is also made out to Danielle Goodman 10049942.

---

Please always refer to the Case Number above if you need to contact us.

Best Regards,

US Regional Hub
Tel: 1-877-212-4748
Mail: us.shared.service.center@ikea.com

NB. You can reply to this email, but if you have internet access please use the note field in the attached link so that your comments or questions will be added directly to your case.

For more information about this case please click on link below.

[

http://nasrm.ikea.com/selfservice/case/Index/da74ad7d-45a5-4774-ac0a-0376bdc06336

[

https://nasrm.ikea.com:443/cases/edit/848444

### SSC – 713572 – Case is closed

**us.shared.service.center@ikea.com** <us.shared.service.center@ikea.com>
Wed 9/1/2021 10:35 AM
To: Ricky Singleton <ricky.singleton@ingka.ikea.com>

Hi,

Thank your patience. Your request for case number 713572 has now been solved. Click the link below for further information on your case.

**Answer:**
Hello Ricky

That is the information you put in the system as of 08/09. So to take that information out of the system please go into the site and under address hit edit to make the changes.

Kind Regards
Eyata Thatch
SSC Payroll Specialist

b>
Coworker's manager called because coworker noticed that is pay check is also made out to Danielle Goodman 10049942

Best Regards,

US Regional Hub
Tel: 1-877-212-4748
Mail: us.shared.service.center@ikea.com

http://nasrm.ikea.com/selfservice/case/Index/23d1a3c0-028f-471b-bae3-9d4d343615bc

https://nasrm.ikea.com:443/cases/edit/848444