# EXHIBIT 4

### Unauthorized Cash Office Entry

Ricky Singleton <ricky.singleton@ingka.ikea.com>

To: Omar Saaid <omar.saaid1@ingka.ikea.com>; Raquel Ely <raquel.ely@ingka.ikea.com>

Good Morning Omar and Raquel,

Per Omar's request, I'm providing a statement of events regarding the incident on 11/18/21.

On the morning of 11/18/21 at 7:25am Jada Goodson, the opening Cash Office Team Lead, asked the opening Risk Agent, Rick Singleton, to call ADT and let her into the Cash Office. Risk Agent, Rick reminded her agents do not do that and it's against policy. She called someone on her cell phone who instructed her to tell the Risk Agent Rick Singleton to call ADT and let her into the cash office. Agent Rick Singleton asked who she was talking to, and she walked away while she was still on the phone. Then he saw her inside of the cash office on the CCTV cameras a few minutes later, even though she didn't have a code.

Once the Risk Team Lead, Les Hendricks, came in at 9am, agent Rick Singleton told him about the interaction earlier that morning. He agreed that there was a security breach and he had access to the ADT security System from his computer to see whose code was used to access the Cash Office. He said he was unable to find which code was used, so he proceeded to call ADT to find out whose code accessed the Cash Office. He said ADT could not tell him who accessed the Cash Office because the system wasn't updated. ADT called back and Les told agent Rick Singleton it was either Brittani's or Heidi's code. Team Lead Les told me Heidi should not still have a code and he sent an email asking that she be removed from having a code to access the Cash Office.

When Brittani Cole, a Cash Office team Lead, came in the Risk Office for her keys, Rick and Les were in the office. Agent Rick asked Brittani if she knew how Jada got into the Cash Office. She initially said "NO, "but then she said Jada knew her code because they closed together at night, so Jada saw her enter her code.
Agent Rick Singleton asked her to provide a statement and gave her a Statement Form to fill out, because this happened on his shift. Once Brittani was asked to provide a statement, she recanted her original account. She stated "I'm gonna tell the truth" she said she had been called numerous times that morning by Jada and Heidi Becker the Customer Service Manager. Brittani said she knew it was in regards to giving her code to Jada, so she could access the Cash Office. She said she didn't answer them, because she knew she was not supposed to give anyone her code. She then said Heidi gave Jada her,"Brittani's"code to get into the Cash Office.

Brittani took the form, but never came back to the Risk office to return it like she said she would. When Agent Rick saw her on the floor, he asked her about the statement. Brittani said she was advised by Heidi Becker to stay away from the Risk Office and do not talk to Rick or give him a statement. Brittani said Heidi called Risk Manager Ronda Knight and she said dont worry about anything she will fix this.

On the morning of 11/20/21 at about 7:32am Brittani came to the switchboard to advise Agent Rick Singleton she wrote a statement.
Brittani apologized for not writing the statement when she was originally asked to, because Heidi and Jada asked her not to.
Brittani also stated her mother advised her to write the statement Risk asked her for to protect herself.