# EXHIBIT 6

Conversation on 12/10/21

Ricky Singleton <ricky.singleton@ingka.ikea.com>
Sat 12/11/2021 5:00 AM
To: Raquel Ely <raquel.ely@ingka.ikea.com>

Good Morning Raquel,

I appreciate you remaining supportive throughout our conversation yesterday.

At the same time, I found Jonathan's behavior to be deeply disturbing.

His lack of professional demeanor and his clear disdain created a hostile environment.

It was not a friendly conversation as you intended and I felt it was a line of questioning designed to elicit a specific response.

When the questioning failed to bring about the response he wanted, Jonathan was clearly annoyed.

I felt this due to his facial expressions, tone of voice, and his dismissive demeanor during the meeting.

I believe the basis of his contempt towards me has to do with a situation I addressed in September; he assisted Ronda and Alex violating my privacy and co-worker rights.

I respectfully decline any further meetings or conversations with Jonathan because of his actions and I no longer have any faith or trust in his ability to represent me in an unbiased way.


Kind Regards,
Rick