# EXHIBIT 7

# face²face – a formal conversation

Use to congratulate a coworker or to provide coaching when corrective action is not necessary.

Coworker Name: **Ricky Singleton**          Date Issued:

Manager Name: **Les Hendriks**              Location: **168 Woodbridge**

Indicate the reason for the discussion:   ☐ A Job Well Done   ☒ Performance Discussion

**Record of Conversation:**

On 12/2/21 Rick was the only risk and compliance co-worker on duty. At 12:25pm, Rick clocked out and left the building. This left no risk and compliance coverage in the store. Rick, you did not tell the Duty Manager or the Operations Manager, Michelle Chenard, who was in the store working that day that you were leaving and that there would be no coverage. Approx. 12:35, Operations Manager, Michelle Chenard, went to the switchboard to ask who was in the building for risk. A Site Admin Co-worker, Danielle Goodman was at the switchboard and told the Operations Manager, Michelle Chenard that there was no one there for risk in the building, however, she knew that the Operations Manager, Michelle Chenard, was in the building and would have called her in case of an emergency. At the time Rick left the Operations Manager was in a conference call and would not have known to respond to an emergency or answer her phone.
This resulted in leaving the entire building, co-workers, and customers at risk in case of an emergency.

As stated in the U.S. Retail Risk & Compliance Operations Manual section 2.8: "Risk and Compliance scheduling must be such that: There are no gaps in coverage."

On 8/18/20 this same situation happened. Rick left the building and did not let anyone know there was no one from risk there. His manager Leslie Hendricks, spoke to him and told him that he must let the Duty Manager know. On 4/5/21 Rick also left the building with no coverage, but he did let the Duty Manager know.

**Agreed Upon Next Steps:**

Whenever there is a situation where the store will be without a Risk person, the duty manager must be informed as well as the Risk Manager.

Coworker Signature: _Not Signed_    Date: 12/21/2021
Manager's Signature: _[signature]_   Date: 12/21/2021

Human Resources

IKEA

First Copy - Coworker's File
Second Copy - Coworker