# EXHIBIT

# 8

# Meeting

**Ricky Singleton** <ricky.singleton@ingka.ikea.com>
Fri 1/14/2022 4:12 AM
To: Raquel Ely <raquel.ely@ingka.ikea.com>

Good Morning Raquel,

I appreciate our time to meet and talk about everything going on.

I do want to address a concern I have from our meeting yesterday. I previously entrusted you with the fact that I do not feel safe speaking with Jonathan. He has a personal issue with me, and he has demonstrated his lack of respect for professional dialog with me to the point of verbal attacks in the first meeting when you had to address him for his unprofessional tone and attitude towards me and Danielle.

While I maintained composure yesterday, as I always do as a professional in the workplace, I was experiencing extreme anxiety during our meeting yesterday, as his presence was not acknowledged until I was already thrust into the situation with no warning or reconciliation. I do not trust he has my best interest at heart, and he has demonstrated a desire to place me in a compromising situation regardless of the facts or truth.

Due to the distress his surprise presence caused me in the meeting yesterday, my PTSD was triggered and it had a direct and negative effect on my business after leaving. I want to reiterate to you, that I am neither interested in nor agreeable to, meeting with Jonathan in enclosed or confined spaces again without proper measures in place for my safety.

Due to the unforeseen consequences, I experienced last night, stemming from the position I was placed in the meeting, I am with drawing my consent to a statement regarding the situation I addressed about a discussion involving Michelle and Ronda plotting to put me in a situation to illicit an unprofessional emotional response which they can then use as a means to portray me as an aggressor or "scary black man".

I do not trust management to handle my information in a way as to ensure my safety, so I have found another avenue to address it instead. I do appreciate you being willing to look into it but I don't require this aid any further.

Regards,
Rick