# EXHIBIT

_9_

Corrective Actions Form                                                                 Page 1 of 3

# IKEA Corrective Actions Form

| | | |
|---|---|---|
| Co-worker ID*<br>10014910 | Position<br>RISK & COMPLIANCE CO-WORKER | Date*<br>01/20/2022 |
| First Name*<br>Ricky | Last Name*<br>Singleton | Hours Level*<br>U3-HOURS-LEVEL 3 | 
| ManagerID<br>10014998 | Manager Email<br>LESLIE.KENDRICKS2@INGKA.IKEA.COM | Approving Manager's Email |
| Unit P&C Manager Email*<br>JONATHAN.PADMORE@INGKA.IKEA.COM | | |

Fact-Finding Information completed by: *
Jonathan Scott

Discussion Date:
01/21/2022

**Policy Violation**

| Policy Violation | count |
|---|---|
| Behavior Standards | 1 |
| Code of Conduct | 1 |
| Personal Relationship Policy | 1 |

You Must enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Management learned in November that you failed to disclose that you were engaged in a personal relationship with a co-worker, Danielle Goodman, in violation of IKEA's relationship policy. A personal relationship is defined as a relationship with a family member or another person the co-worker is close to, which could compromise his or her objectivity when making business decisions. This includes relationships of a private, romantic, or intimate nature.

On February 20, 2021, you attended a department meeting and received training on the Personal Relationship Policy. The training outlined co-workers' responsibilities if they had any personal relationships as defined by the conflicts in Relationship Policy in the location. Specifically, relationships between any Risk and Compliance co-workers and any other store co-worker need to be risk assessed and documented with approval. On November 26, 2021, nine months after the February meeting, IKEA Woodbridge learned that you were in a personal relationship with co-worker Danielle Goodman, Site Admin Coordinator, that had not been reported. We also learned that you and Danielle Goodman have a child together.

This Resulted to (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):
Ricky, you failed to notify your manager(s) that you are in a personal relationship with another co-worker so that it could be assessed for risk, documented for approval and IKEA management could mitigate the risk by working with you, if possible, to resolve the conflict of interest. As a result, you violated the IKEA Personal Relationship Policy and by not acknowledging it when asked. It also violated IKEA Code of Conduct and Behavior Standards policies.

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Ricky, as a Risk and Compliance Co-worker, you are expected to report your personal relationships with co-workers to your manager so they can be risk assessed, documented and mitigated by working with you, if possible, to resolve the conflict of interest. Ricky you were expected to comply with IKEA's relationship policy. Ricky you were also expected to be truthful in disclosing your relationship to IKEA management. You were also expected to cooperate with management in discussing how it could mitigate the conflict of interest under the Personal Relationship Policy and when asked about the relationship which you did not acknowledge.

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Ricky attended the department meeting on February 20, 2021 and received training on the Personal Relationship Policy.

On December 10, 2021, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager met with you to address the relationship as it relates to the IKEA Personal Relationship policy and explained the mitigating process. You did not admit to the relationship.

On January 13, 2022, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager met with you to discuss the IKEA Personal Relationship Policy mitigation process and the options available to co-workers in relationships that are not disclosed per the policy. After the fact, you stated you are not agreeable to further meetings with the People & Culture Manager involved in the resolution of this conflict.

Code of Conduct policy was signed by co-worker on September 6, 2019
Behavior Standards policy was signed by co-worker on March 26, 2019

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Ricky, you have violated the IKEA Personal Relationship, Behavior Standards and Code of Conduct policies by not disclosing your personal relationship with Danielle Goodman and have failed to work with IKEA management by not admitting to the relationship to resolve the conflict of interest. Effective immediately, your employment with IKEA Woodbridge is terminated.

| | | |
|---|---|---|
| Corrective Action Level*<br>Termination | Is this a Peer Reviewable Action? *<br>Yes | Corrective Action is Actionable for: *<br>N/A, Termination |
| Is this a COVID Infraction?*<br>NO | (managers, leaders, specialists, and temporary co-workers not eligible) | |

☑ As a result of the termination, there is a change in the employment relationship

Effective
01/21/2022

https://amo.review.recall.com/RV145392/1602AppNet/UnityForm/Form/HttpServiceHand...   1/20/2022

IKEA 0000453

**Co-worker Appeal Information & Acknowledgement:**

Your APPEAL PROCESS is:
- ☐ Peer Review (hourly co-workers only)
- ☐ Open Door (managers, leaders, specialists, temporary)

TIMELINE (applies to both) – Submit within 10 scheduled shifts.

**Initials**
_____ My signature is not an admission of wrongdoing, but rather an acknowledgement that this Corrective Action has been received.
_____ I am aware that this action may impact my eligibility to participate in certain benefits/programs.
_____ If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.
_____ I have received a copy of this corrective action document

Co-worker's Signature: *[signature]*
Date Signed: 1/21/22
Co-worker ID#: 10028799

Manager Signature:
Date Signed:
Manager ID:

**Co-worker's Comment and/or Commitment:**

**Rescind Info.**

Action Reason

What was changed

**Violation Count**
3

WITNESS: NICK DEMAS   *[signature]*   1/21/22
— COWORKER REFUSED TO SIGN.

Signed Corrective Actions

Corrective Action Supporting Doc

IKEA 0000455

# IKEA Corrective Actions Form

| | | |
|---|---|---|
| Co-worker ID*<br>10049942 | Position<br>SITE ADMIN COORDINATOR | Date*<br>1/20/2022 |
| First Name*<br>Danielle | Last Name*<br>Goodman | Hours Level*<br>U3-HOURS LEVEL 3 |
| ManagerID<br>10081350 | Manager Email<br>RONDA.KNIGHT@INGKA.IKEA.COM | Approving Manager's Email |
| Unit P&C Manager Email*<br>JONATHAN.PADMORE@INGKA.IKEA.COM | | |

Fact-Finding Information completed by:*
Jonathan Scott

Discussion Date:
1/21/2022

**Policy Violation**

| Policy Violation | count |
|---|---|
| Behavior Standards | 1 |
| Code of Conduct | 1 |
| Personal Relationship Policy | 1 |

- You Must Enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Management learned in November that you failed to disclose that you were engaged in a personal relationship with a co-worker in violation of the IKEA Personal Relationship policy and that you have a child with another co-worker, Ricky Singleton. A personal relationship is defined as a relationship with a family member or another person the co-worker is close to, which could compromise his or her objectivity when making business decisions. This includes relationships of a private, romantic, or intimate nature.

On March 3, 2021, you attended a department meeting and received training on the Relationship Policy. The training outlined co-workers' responsibilities if they had any personal relationships as defined by the conflicts in the Personal Relationship Policy in the location. Specifically, relationships between any Risk and Compliance co-workers and any other store co-worker need to be risk assessed and documented with approval. On May 24th, 2021, you applied for the People and Culture Generalist position, and you indicated that you had no personal relationship with anyone in the location. On July 18th, 2021, you applied for the Unit People Planning Specialist position, and you indicated that you had no personal relationship with anyone in the location. On November 26, 2021, eight months after the March meeting, IKEA Woodbridge learned that you were in a personal relationship with co-worker Ricky Singleton, Risk & Compliance Co-worker. Specifically, we learned that you and Ricky Singleton have a child together.

**This Resulted In (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):**
Danielle, when you were specifically asked whether you had any personal relationships with anyone in the location and did not respond truthfully to these questions, including answering 'no' in job applications, this resulted in violation of IKEA Personal Relationship Policy as well as IKEA Code of Conduct and Behavior Standards policies.

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Danielle, as a Site Admin Coordinator, you are expected to report your personal relationships with co-workers to your manager so they can be risk assessed, documented, and mitigated by working with you, if possible, to resolve the conflict of interest. Danielle you were expected to comply with the IKEA Personal Relationship policy. Danielle you were also expected to be truthful in disclosing your relationship to IKEA management in job applications. You were also expected to cooperate with management in discussing how it could mitigate the conflict of interest under the Personal Relationship policy and when asked about the relationship, you did not acknowledge it.

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Danielle attended department meeting with the Personal Relationship Policy training on March 3rd, 2021.

On December 10, 2021, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager met with you to discuss the IKEA Relationship Policy and explained the mitigating process. During that meeting, you failed to acknowledge that you were in a personal relationship with Ricky Singleton and failed to admit that you have a child together.

On January 13, 2022, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager, met with you again to discuss the IKEA Relationship Policy mitigation process and the options available to co-workers who are in relationships that have not been disclosed per the policy. You failed to disclose the relationship and by not acknowledging it when given the chance to do so, it impeded IKEA management in resolving the conflict of interest.

Code of Conduct policy was signed by co-worker on September 26, 2019

Behavior Standards policy was signed by co-worker on January 17, 2019

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Danielle, you have violated IKEA Personal Relationship, Behavior Standards and Code of Conduct policies by not disclosing your personal relationship with Ricky Singleton when you applied for internal positions that required you to disclose personal relationships with co-workers and failed to work with IKEA management to work to resolve the conflict of interest. Effective immediately, your employment with IKEA Woodbridge is terminated.

| | | |
|---|---|---|
| Corrective Action Level*<br>Termination | Is this a Peer Reviewable Action?*<br>Yes | Corrective Action is Actionable for: *<br>N/A, Termination |
| Is this a COVID Infraction?*<br>NO | (managers, leaders, specialists, and temporary co-workers not eligible) | |

☒ As a result of the termination, there is a change in the employment relationship

Effective
1/21/2022

# Corrective Actions Form

**Co-worker Appeal Information & Acknowledgement:**

Your APPEAL PROCESS is:
☐ Peer Review (hourly co-workers only)
☐ Open Door (managers, leaders, specialists, temporary)

TIMELINE (applies to both) – Submit within 10 scheduled shifts:

**Initials:**
____ My signature is not an admission of wrongdoing, but rather an acknowledgement that the Corrective Action has been received.
____ I am aware that this action may impact my eligibility to participate in certain benefits/programs.
____ If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.
____ I have received a copy of this corrective action document

Co-worker's Signature: *[signed] John Scott*
Date Signed: 1/21/2022
Co-worker ID#: 10069697

Manager Signature: *[signed]*
Date Signed:
Manager ID:

Co-worker's Comment and/or Commitment:

**Rescind Info**

Action Reason

What was changed

Violation Count: 3

*co-worker refused to sign.*

*[signed] Nikki Johns  01/21/2022*

Signed Corrective Actions

Corrective Action Supporting Doc

Danielle.Goodman@ Fxfx Rea. Gov.
Danielle.goodman17@gmail.com.

# IKEA Corrective Actions Form

| | | |
|---|---|---|
| **Co-worker ID *** 10014910 | **Position** RISK & COMPLIANCE CO-WORKER | **Date *** 01/20/2022 |
| **First Name *** Ricky  **Last Name *** Singleton | **Hours Level *** U3-HOURS LEVEL 3 | **Market Area P&C Manager *** |
| **ManagerID** 10081350 | **Manager Email** RONDA.KNIGHT@INGKA.IKEA.COM | **Approving Manager's Email** |
| **Unit P&C Manager Email *** JONATHAN.PADMORE@INGKA.IKEA.COM | | |

**Fact-Finding Information completed by: *** Jonathan Scott

**Discussion Date:** 01/21/2022

| Policy Violation | count |
|---|---|
| Behavior Standards | 1 |
| Code of Conduct | 1 |
| Personal Relationship Policy | 1 |

You Must enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Management learned in November that you failed to disclose that you were engaged in a personal relationship with a co-worker, Danielle Goodman, in violation of IKEA's relationship policy. A personal relationship is defined as a relationship with a family member or another person the co-worker is close to, which could compromise his or her objectivity when making business decisions. This includes relationships of a private, romantic, or intimate nature.

On February 20, 2021, you attended a department meeting and received training on the Personal Relationship Policy. The training outlined co-workers' responsibilities if they had any personal relationships as defined by the conflicts in Relationship Policy in the location. Specifically, relationships between any Risk and Compliance co-workers and any other store co-worker need to be risk assessed and documented with approval. On November 26, 2021, nine months after the February meeting, IKEA Woodbridge learned that you were in a personal relationship with co-worker Danielle Goodman, Site Admin Coordinator, that had not been reported. We also learned that you and Danielle Goodman have a child together.

**This Resulted In (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):**
Ricky, you failed to notify your manager(s) that you are in a personal relationship with another co-worker so that it could be assessed for risk, documented for approval and IKEA management could mitigate the risk by working with you, if possible, to resolve the conflict of interest. As a result, you violated the IKEA Personal Relationship Policy and by not acknowledging it when asked, it also violated IKEA Code of Conduct and Behavior Standards policies.

IKEA 0000038

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Ricky, as a Risk and Compliance Co-worker, you are expected to report your personal relationships with co-workers to your manager so they can be risk assessed, documented and mitigated by working with you, if possible, to resolve the conflict of interest. Ricky you were expected to comply with IKEA's relationship policy. Ricky you were also expected to be truthful in disclosing your relationship to IKEA management. You were also expected to cooperate with management in discussing how it could mitigate the conflict of interest under the Personal Relationship Policy and when asked about the relationship which you did not acknowledge.

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Ricky attended the department meeting on February 20, 2021 and received training on the Personal Relationship Policy.

On December 10, 2021, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager met with you to address the relationship as it relates to the IKEA Personal Relationship policy and explained the mitigating process. You did not admit to the relationship.

On January 13, 2022, Raquel Ely, VAPS Market Manger, Jonathan Scott, People and Culture Manager met with you to discuss the IKEA Personal Relationship Policy mitigation process and the options available to co-workers in relationships that are not disclosed per the policy. After the fact, you stated you are not aggregable to further meetings with the People & Culture Manager involved in the resolution of this conflict.

Code of Conduct policy was signed by co-worker on September 6, 2019
Behavior Standards policy was signed by co-worker on March 26, 2019

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Ricky, you have violated the IKEA Personal Relationship, Behavior Standards and Code of Conduct policies by not disclosing your personal relationship with Danielle Goodman and have failed to work with IKEA management by not admitting to the relationship to resolve the conflict of interest. Effective immediately, your employment with IKEA Woodbridge is terminated.

| **Corrective Action Level *** | **Is this a Peer Reviewable Actio** | **Corrective Action is Actionable** |
|---|---|---|
| Termination | Yes | N/A, Termination |
| **Is this a COVID infraction? *** <br> NO | (managers, leaders, specialists, and temporary co-workers not eligible) | |

☑ **As a result of the termination, there is a change in the employment relationship**

**Effective**
01/21/2022

IKEA 0000039

Co-worker Signature Information & Acknowledgements

| Your APPEAL PROCESS is: | ☐ Peer Review (hourly co-workers only) | TIMELINE (applies to both) – Submit within 10 scheduled shifts: |
|---|---|---|
| | ☐ Open Door (managers, leaders, specialists, temporary) | |

Initials

_____, _____My signature is not an admission of wrongdoing, but rather an acknowledgement that the Corrective Action has been received.

_____I am aware that this action may impact my eligibility to participate in certain benefits/programs.

_____If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.

_____I have received a copy of this corrective action document

---

Co-worker's Signature      Date Signed      Co-worker ID#

---

Manager Signature      Date Signed      Manager ID

**Co-worker's Comment and/or Commitment:**

---

Metadata Info

**Action Reason**

**What was changed**

**Violation Count**
3

**Signed Corrective Actions**

Signed Corrective Actions - 1/23/2022 - Ricky Singleton - 10014910 -

**Corrective Action Supporting Doc**

IKEA 0000041

# IKEA Corrective Actions Form

| | | |
|---|---|---|
| **Co-worker ID*** 10014910 | **Position** RISK & COMPLIANCE CO-WORKER | **Date*** 01/20/2022 |
| **First Name*** Ricky  **Last Name*** Singleton | **Hours Level*** U3-HOURS LEVEL 3 | **Market Area P&C Manager*** |
| **ManagerID** 10091350 | **Manager Email** RONDA.KNIGHT@INGKA.IKEA.COM | **Approving Manager's Email** |
| **Unit P&C Manager Email*** JONATHAN.PADMORE@INGKA.IKEA.COM | | |

**Fact-Finding Information completed by:*** Jonathan Scott

**Discussion Date:** 01/21/2022

## Policy Violation

**Policy Violation**
- Behavior Standards
- Code of Conduct
- Personal Relationship Policy

You Must enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Management learned in November that you failed to disclose that you were engaged in a personal relationship with a co-worker, Danielle Goodman, in violation of IKEA's relationship policy. A personal relationship is defined as a relationship with a family member or

**This Resulted In (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):**
Ricky, you failed to notify your manager(s) that you are in a personal relationship with another co-worker so that it could be assessed for risk, documented for approval and IKEA management could mitigate the risk by working with you, if possible, to resolve the conflict.

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Ricky, as a Risk and Compliance Co-worker, you are expected to report your personal relationships with co-workers to your manager so they can be risk assessed, documented and mitigated by working with you, if possible, to resolve the conflict of interest. Ricky you were

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Ricky attended the department meeting on February 20, 2021 and received training on the Personal Relationship Policy.

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Ricky, you have violated the IKEA Personal Relationship, Behavior Standards and Code of Conduct policies by not disclosing your personal relationship with Danielle Goodman and have failed to work with IKEA management by not admitting to the relationship to

| | | |
|---|---|---|
| **Corrective Action Level*** Termination | **Is this a Peer Reviewable Action?:*** Yes | **Corrective Action is Actionable for:*** N/A, Termination |
| **Is this a COVID infraction?*** NO | (managers, leaders, specialists, and temporary co-workers not eligible) | |

☑ As a result of the termination, there is a change in the employment relationship

**Effective** 01/21/2022

## Co-worker Appeal Information & Acknowledgement:

**Your APPEAL PROCESS is:**
☐ Peer Review (hourly co-workers only)
☐ Open Door (managers, leaders, specialists, temporary)

**TIMELINE (applies to both) – Submit within 10 scheduled shifts:**

Initials

IKEA 0000279

_____My signature is not an admission of wrongdoing, but rather an acknowledgement that the Corrective Action has been received.

_____I am aware that this action may impact my eligibility to participate in certain benefits/programs.

_____If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.

_____I have received a copy of this corrective action document

---

**Co-worker's Signature**           **Date Signed**           **Co-worker ID#**

---

**Manager Signature**           **Date Signed**           **Manager ID**

**Co-worker's Comment and/or Commitment:**

[ Print ]

### Rescind Info

**Action Reason**

**What was changed**

**Violation Count**
3

### (1)

**Signed Corrective Actions**
Signed Corrective Actions - 1/23/2022 - Ricky Singleton - 10014910 -

**Corrective Action Supporting Doc**
[ Attach Corrective Action Supporting Doc ]

[ Submit ]

IKEA 0000280