# EXHIBIT

## 10

# IKEA US Policy on personal relationships in employment

## Document reference: IGR 340

| | |
|---|---|
| **Issue date:** 09/01/2018 | **Issuer:** Great Place to Work Council |
| **Revision date:** 09/01/2018 | **Content owner:** Simon Lowes, Country HR Manager |
| **Version:** 1.0 | |
| **Corresponding Policy and Standard:** INGKA Group Rule on personal relationships in employment; INGKA Group Policy on People | **Applicability:** IKEA US RETAIL LLC; IKEA Distribution Services, Inc.; IKEA Holding US, Inc.; IKEA Indirect Material & Services, LLC; IKEA North America Services, LLC; IKEA Property, Inc.; |
| **Other related documents:** INGKA Group Code of Conduct; INGKA Group Policy on Anti-bribery and corruption | **Target Group:** All managers and HR function within the IKEA companies in the US |

## 1. Scope and objective

Every day, INGKA Group co-workers make numerous business decisions and it is their obligation to make sure that they all are in the best interest of the INGKA Group and the IKEA Brand and not for anyone's personal gain or benefit. It is important that personal relationships do not interfere with a co-worker's ability to meet the job responsibilities.

The objective of this policy is to establish the principles applying to employment regarding personal relationships between co-workers within the INGKA Group. The policy describes the principles to follow when recruiting new co-workers, evaluating internal candidates for a new position, when promoting existing co-workers, etc. when they have a personal relationship with the individuals concerned.

This policy provides guidance when personal relationships may interfere with INGKA business to ensure that all co-workers can work in a fair and respectful work environment where conflict of interest is avoided.

Therefore, this policy applies to all co-workers that have personal relationships with other INGKA Group co-workers and candidates applying to INGKA Group vacancies.

Page | 1



IKEA US Policy on personal relationship in employment

## 2. Definitions

**Conflict of interest** occurs when an individual's private interest interferes in any way – or even appears to interfere – with the interests of the INGKA Group. Conflicts of interest also arise when any co-worker or an immediate family member or close friend receive personal benefits because of their position within the INGKA Group.

**Personal relationship** is a relationship with a family member or another person the co-worker is close to, which could compromise his or her objectivity when making business decisions.

This includes, but it is not limited to, the following relationships:

- Relatives,
- Relationships of a private, romantic or intimate nature which may or may not include co-habitation or marriage/civil union/domestic registered partnership,
- Persons living with or financially dependent on the co-worker,
- Any other person the co-worker has a relationship with which could impair his or her objectivity when making job-related decisions.

## 3. Roles and responsibilities

### INGKA Group managers
Any INGKA Group manager and co-workers in leading positions – leading others directly or in matrix leadership positions – must adhere to this policy, lead by example and avoid any conflict of interest in that regard. In addition, they are responsible for addressing, finding solutions and cooperating with the co-workers involved, the Risk Management & Compliance and the HR functions to avoid conflict of interest within their teams.

### INGKA Group co-workers
All co-workers are responsible for adhering to the principles herein and informing their manager or corresponding HR function of any conflict of interest or potential conflict of interest that might arise due to a personal relationship. In addition, they are expected to cooperate with the corresponding manager, Risk Management & Compliance and HR function towards a resolution of the issue or mitigation of the risk created by the situation.

### INGKA HR function
The HR function at the relevant level is responsible for ensuring that all functions and positions are familiar with this Rule and their practices are compliant with the principles herein. In addition, the HR function is responsible for documenting the potential conflicts of interests and corrective measures agreed, if any.



IKEA US Policy on personal relationship in employment

### Risk Management & Compliance functions

The Risk Management & Compliance function at the relevant level is responsible for assessing the risk involved in the cases of potential conflict of interest and for helping the other functions involved to understand the risks and recommending corrective measures, if needed.

## 4. Rule Content

### 4.1 General principle

Co-workers' personal interests shall not influence – or appear to influence – their judgement or actions in performing their tasks at work. Their motivation must always be in the best interest of the INGKA Group. Therefore, whenever a co-worker finds him or herself in an actual or a potential conflict of interest, he or she must disclose the situation to their line manager and corresponding HR manager for assessment and possible remediation.

Therefore, a person with a personal relationship with a co-worker may be hired as co-worker, only if the appointment is based on the right objective qualifications, competences, skills and experience. Transparency, fairness and avoidance of any conflict of interest or appearance of conflict of interest must always be the guiding principles in such situations.

No co-worker or manager shall participate in the recruitment, hiring, development, promotion, supervision or in the setting of salaries or other employment benefits or conditions for any other colleague with whom they have a personal relationship.

### 4.2 Reporting relationships

Managers and co-workers should not have direct or matrix reporting responsibilities over another co-worker with whom they have a personal relationship. They shall also avoid second level reporting relationships or direct matrix relationships. Similarly, they shall not put other co-workers in the position of having direct or indirect reporting responsibility over co-workers with whom they have a personal relationship.

If this direct or indirect reporting occurs the manager must ensure that his or her decisions are always supervised and approved by his or her direct manager until a corrective measure is in place.

### 4.3 Relationship established during employment

Relationships may develop within the work environment. If a personal relationship is established once the involved co-workers are already employed by the INGKA Group and a potential conflict of interest arises, the co-workers involved must disclose it to their line managers, Risk & Compliance manager and HR representative. In case of a doubt, co-workers must seek guidance from their managers and/or the corresponding HR manager.

### 4.4 Working at the same unit

Working in the same unit is not a conflict of interest in itself, unless any other circumstance makes the conflict or potential conflict arise as stated in this Rule.



IKEA US Policy on personal relationship in employment

### 4.5  Corrective measures

Any corrective measure applied under the scope of this Rule to avoid or mitigate a conflict of interest must be based on the IKEA key values and our commitment to take care of each other. All INGKA Group co-workers can expect a fair treatment regardless of their job position.

Whenever corrective measures are needed, they need to be discussed and decided in the right level within the organization, so that the people involved in making those decisions are as objective as possible. When needed due to the circumstances of the case and the potential risks involved, the corrective measures need to be approved jointly by:
- For Retailing, the Country Retail Manager, the Country Risk & Compliance Manager and the Country HR Manager,
- For INGKA Centres, the INKGA Centres Manager, its Risk & Compliance Manager and the its HR Manager,
- For INGKA Group positions and INGKA Investments, the INGKA Group Co-worker experience manager and the INGKA Group Risk Management & Compliance Manager, together with the Manager of the function involved.

Whenever the people mentioned above need to make a decision that involves themselves or the same unit where they work, they need to inform and involve their matrix managers who will be making sure that their decision is the most appropriate given the circumstances of the case at stake.

## 5.   Local rules on relationship in case of employment

This policy supersedes any other global or local policy that might cover the same topic. Local policies about the same topic should only exist in those countries where for legal compliance reasons they need to be enacted. In such case, local policies must be aligned with the current rule as much as legally possible and shall always focus on preventing conflicts of interest and unfair treatment.

## 6. Implementation and Monitoring

To ensure an effective implementation of this policy, it is important that all co-workers understand the topic of conflict of interest in employment related situations. Everyone at INGKA Group should avoid situations where personal interests interfere or could potentially interfere with those of the INGKA Group. It is important that all co-workers and managers are able to identify those situations where there is a need to disclose and mitigate the risk of conflict of interest.

The HR function in the countries, Businesses areas or Group functions are responsible for the implementation and adherence to this policy by all co-workers, with the support of the Risk Management and Compliance function. In order to build the needed awareness, all co-workers must receive relevant information and training at the start of employment and on an ongoing basis, typically in the Code of Conduct awareness and training activities.

Further, monitoring of the implementation and operating effectiveness of this policy will be followed up in the relevant compliance verification activities which will be used by the corresponding HR function to identify room for improvement. On top of that, the relevant HR



**IKEA US Policy on personal relationship in employment**

function shall keep track of the corrective measures that have been put in place to avoid or reduce the risks of a conflict of interest.

Where and when relevant, the INGKA Group Internal Audit may monitor adherence and implementation of this rule, acting as the third line of assurance.

## Revision History

| Document name: IKEA US Policy on personal relationships in employment | | Document Number: | | |
|---|---|---|---|---|
| Version | Date | Major changes | Updates coordinated by | Approved by |
| 1.0 | 180608 | New document | Isabel Puig | People Committee |
| 2.0 | 180801 | US Revisions | Amanda Quillen | Great Place to Work |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |