# EXHIBIT

11



# Behavior Standards Policy

| | |
|---|---|
| Approval by: Simon Lowes, Country HR Manager | Initial Issue Date: **August 2008**<br>Published: January 15, 2019<br>Effective: February 5, 2019 |

## Purpose

To provide clarification on expectations so that inappropriate behavior or conduct as defined in this policy does not occur. To provide a partial list of conduct that could warrant immediate termination of employment.

## Policy

While it is neither possible nor desirable to identify every possible policy infraction, certain specific rules of conduct are observed by IKEA, and violations of these rules may lead to corrective action up to and including termination of employment.

IKEA addresses each case and violation of Company policy on an individual basis. Based on the Company's at-will employment policy, IKEA reserves the right to impose whatever form of corrective action it chooses, or none at all, in a particular instance. Corrective action may include oral or written warnings, demotion, being sent home (pending investigations) or involuntary termination of employment. Nothing in the Policies or Responsibilities should be construed as a promise of specific treatment in a given situation.

Although employment at IKEA is "at will" and can be terminated at any time for any reason, the following list is intended to provide examples of behavior or of conduct that is not allowed at IKEA. Whether or not a co-worker who engages in inappropriate behavior or conduct will be eligible for corrective action depends on the severity of the conduct. Decisions concerning the severity of any conduct fall within the Company's sole discretion.

### Partial list of behavior or conduct that may result in corrective action, up to and including termination of employment
*(This list is not meant to be complete.)*

**Good to Know!**
The Everyday Work Ways are straightforward personal choices that each of us can follow every day to make our workplace more fun, comfortable, and inspiring, better for everyone. They explain what we stand for, how we work, and how we expect co-workers to behave while at work. And, what you can expect from IKEA, too! They're not intended to limit debate and discussion with co-workers or others about wages and about your wages, hours, and working conditions, as long as such debate and discussion does not interfere with you doing your work or with others doing theirs.

- Falsification of Company records including, but not limited to, employment applications and records, expense reports, time cards/records, missing punches, sales, credit or refund transactions, merchandise vouchers, gift certificates, or taking/giving unauthorized markdowns.

- Any act of dishonesty as it relates to performance of work duties or investigations regarding possible violations of Company policies and/or applicable laws.

- Engaging in criminal or fraudulent activities including actions taken during work time or on Company premises including theft and/or destruction of Company property or property of other co-workers, customers or visitors.

- Misappropriation or unauthorized removal of Company property or other individual's property (Damaging merchandise in order to obtain an As-Is (discounted) price; out-of-date



food, etc...)

- Writing/processing, ringing or authorizing sales invoices, payments, co-worker purchases, credits or refunds on transactions involving a co-worker's own purchases or purchases by family members or friends.
- Failure to follow documented pricing procedures for As-Is, pricing articles for purchase by self, family members, or friends.
- Inaccurate payment handling that results in a variance of $25 (shortage or overage) and/or a pattern of behavior or inaccurate handling to include excessive discrepancies, cross-billing, over-rings, under-rings, voids and other payment handling responsibilities.
- Processing own, friends or a family member's "IKEA Credit Card" application.
- Clocking in or out [swipe in/out] for another co-worker or allowing someone else to clock in or out for them; falsifying a timecard, or missing punch form; editing a co-worker's time without their knowledge/signature; taking breaks in excess of time issued without authorization.
- Insubordination to a lawful management directive, including refusal to perform work in manner described by a supervisor/manager, without proper justification.
- Leaving the location during work time without notifying a manager (this can be considered as job abandonment).
- Asking or allowing a co-worker to work "off the clock"; or working "off the clock."
- Misusing co-worker discount (and co-worker purchase) privileges for personal gain. Using the discount/co-worker purchase in exchange for money, payment, goods or services with businesses or individuals. Using or sharing another co-worker's discount. The discount cannot be given to unauthorized individuals.
- Engaging in fighting, horseplay; unsafe acts at work that endanger health, safety, welfare or property; bullying or threatening physical harm to a co-worker, customer, vendor, contractor or the general public.
- Using obscene, knowingly malicious, threatening or intimidating language or gestures or engaging in obscene, malicious, threatening or intimidating conduct.
- Violation of IKEA EEO or Harassment, Discrimination, and Retaliation Prevention Policy.
- Unacceptable performance, unexcused attendance and/or tardiness; excessive unexcused absenteeism and/or tardiness; unreported absence (no call, no show).
- Unauthorized use of company phones.
- Possessing, using, distributing, or selling alcohol, illegal drugs or chemicals on Company property, in Company vehicles or at Company functions. Exception: Alcohol served at a Company-sponsored function. In such instances any use of alcohol must be in a responsible manner and employees are prohibited from driving thereafter when under the influence of alcohol.
- Possessing or selling firearms or other weapons in Company vehicles or at Company functions except as allowed under applicable state law. (Exception: This rule does not prohibit an employee who holds a license to carry a concealed handgun or who otherwise lawfully possesses a firearm to possess the firearm in a locked, privately owned motor vehicle (other than a vehicle owned or leased by the Company) in a parking lot, parking garage, or other parking area the Company provides for employees or otherwise limit the ability of the employee to carry or possess such firearms where applicable state law prohibits the Company from imposing such restrictions
- Sleeping or the appearance of sleeping on the job. (non FMLA/ADA or state law related)
- Unauthorized disclosure, release or sale of any trade secret information, as defined by state



law or the Defend Trade Secrets Act of 2016, or other confidential information, records, or documents as defined by applicable Company policies and/or agreements.

- Unlawful harassment, discrimination and/or retaliation of a co-worker or customer.
- Providing unauthorized assembly, installation or delivery services of IKEA merchandise.
- Working for or as a contractor to IKEA, while at the same time being employed by IKEA as a co-worker.
- Intentional misuse or manipulation of automated systems.
- Failure to clock in/out (swiping) at the time clock upon arrival, at departure, and at the beginning and end of meal break (missed punches) when intended to manipulate time system.
- Pattern of missing punches upon arrival, at departure, or at beginning and end of meal break.
- Failure to follow location's merchandise handling procedures; careless actions contributing to the increase of merchandise damage; failure to report the mishandling of merchandise; damaging or vandalizing Company property.
- Failure to follow safety rules; (e.g., smoking in unauthorized areas; equipment).
- Failure to follow the Company's dress standards.
- Failure to return from any Leave of Absence or Worker's Compensation leave on the established return date unless an extension is submitted by a physician or is otherwise required by ADA or other applicable law.
- Gambling during work time or using company equipment to facilitate gambling.
- Non-IKEA selling or trading for personal gain during work time or using company equipment to facilitate non-IKEA selling or trading for personal gain.
- Eating, drinking, applying cosmetics, reading magazines/newspapers, or grooming hair in customer contact areas or in health/safety sensitive areas.
- Violation of non-solicitation or non-distribution rules.
- Asking for or accepting tips from a customer or accepting gifts from customers, suppliers or potential suppliers.
  - The co-worker should politely refuse the tip. However, if the customer insists, graciously accept the tip and follow the IRS reporting guidelines. All tips must be reported to your manager and the IRS using the appropriate tax form. Failure to properly report tips monthly can result in termination of employment.
- Engaging in malicious gossip or rumors against co-workers.
- Any violation of the Information Security Management policy (unauthorized use of the Internet on Company computers, Voice Mail, E-Mail, use of another's password).
- Any violation or failure to comply with any Company policy, guideline, directive, process, or rule.

## Related Information

Spanish Version of the Policy

Termination of Employment Policy

Coaching & Corrective Action Policy