# EXHIBIT

## 12



# Code of Conduct

| The IKEA key values translated into behaviours

INGKA™

# Table of contents

## HOW WE ACT

Keeping the dream alive – The IKEA key values ......... 10
What we expect of everyone ......... 14
We consider all possible consequences ......... 16
Leading by example ......... 19
Becoming people and planet positive ......... 20

## HOW WE WORK TOGETHER

How we work together ......... 25
We treat everyone with respect ......... 28
We provide a safe and healthy environment ......... 30
We take account of our impact ......... 32
We safeguard information and assets ......... 35

## HOW WE DO BUSINESS

We do good business ......... 38
We always represent the Ingka Group
and the IKEA Brand ......... 40
We avoid conflicts of interest ......... 43
We don't tolerate corruption ......... 47
We don't request or accept gifts
and hospitality ......... 48

## HOW WE RAISE CONCERNS

Raising concerns ......... 52
How does the Trust line work? ......... 54
What can the Trust line be used for? ......... 54



## Important to know:

This Code applies to all co-workers of Ingka Holding B.V. and its majority-owned subsidiaries. The use of the term "Ingka Group" throughout this document refers collectively to all of these companies, while the use of the term "Code" refers solely to the Code of Conduct that you are now reading.

We are all responsible for complying with the Code, and failing to do so can have consequences for both us – as individuals – and the Ingka Group. We may be disciplined – including termination – or even facing civil or criminal proceedings. The Ingka Group may be fined, face legal actions or suffer damage to its public image.

## What if we need more information?

You can find more information on key topics covered throughout the Code on our internal webpages.



Code of Conduct | **Introduction**

# Hej!

**S**ince its founding in 1943 in the countryside of southern Sweden, IKEA has been guided and inspired by our vision to create a better everyday life for the many people. This vision can only be achieved by dedicated co-workers who share our key values and work together. IKEA is all of us together; our culture is what we do as a group and how we do it.

The way we run our business, treat each other and interact with our customers, visitors, suppliers and the surrounding world, will always determine who we are and how the world perceives the Ingka Group and the IKEA Brand. It's important to understand that every one of us is an ambassador of our shared values, within and outside of the Ingka Group.

Acting in a good and responsible way has brought us to where we are today. By putting the customer at the heart of all we do and by living our culture and values, we will be the leader in life at home in the future.

This Code states the most important principles we need to follow to make sure we all do the right thing. It's to become a compass and an inspiration that helps us navigate our everyday work at Ingka Group.

We know that the Code does not cover all situations. The intention, however, is to supplement our values and help us all when confronting dilemmas. Go back to it whenever in doubt, and remember to ask for guidance when needed.

So, let's help each other reach our goals and keep Ingka Group and the IKEA Brand growing by making this Code part of our everyday life!

Code of Conduct  |  How we act



HOW WE ACT

HOW WE ACT  |  HOW WE WORK TOGETHER  |                    HOW WE DO BUSINESS  |  HOW WE RAISE CONCERNS



Code of Conduct | How we act



The IKEA key values

Togetherness     Caring for people and planet

Cost-consciousness     Simplicity

Renew and improve     Different with a meaning

Give and take responsibility     Lead by example

## Keeping the dream alive



We are many thousands of Ingka Group co-workers around the world with different backgrounds. But wherever we work, and whatever language we speak, we are all united by the IKEA vision: to create a better everyday life for the many people. How we realise this vision together – the IKEA way – is based on our shared values. As the years have gone by, many IKEA co-workers have contributed to the set of values that shapes the IKEA culture. These values are the glue that keeps us together. They show us the way and together with this Code they define our behaviour.

### Why are our values so important?

Our values give us a shared framework to operate our business and to interact with each other and others around us. To act in line with our key values is not always easy and clear. So, let's ask ourselves questions, find out about the facts and look at them from different angles to find out how to best behave in a given situation.
Even if the problem at stake is complex, we can find the right hints to solve it in our key values, supplemented by this Code.

Let's go back to our values when in doubt. They will direct us to the right solution!

Code of Conduct | **How we act**

# Why do we need a Code of Conduct?

The Code translates our key values into behaviours. It explains what the Ingka Group stands for and what we expect from all of us.

This Code intends to guide us on how to conduct our business, while we keep ourselves, the Ingka Group and the IKEA Brand safe. We do that by honouring our culture of fairness and respect and by complying with our obligations.

**Doing what is right**
The Code directs us when it comes to our behaviours, it helps us to live our values and understand them in the context of our daily work.

The Code addresses how we, as Ingka Group co-workers, relate to each other, as well as to customers, visitors, suppliers, business partners, public authorities and the communities in which we operate.

In short, we simply want to do what's right: to create a better everyday life for the many people and for ourselves.

**Freedom with responsibility**
We trust each other, meaning that we believe in the ability and responsibility of each and every one of us to get the job done. We give each other space to take responsibility and grow: empowering our co-workers is part of who we are and how we act.

Freedom with responsibility makes our decisions count and we should never fear making mistakes when we build our decisions in the framework of our key values, our common sense and this Code.

**What do we mean by "common sense" in the Code?**

We know that common sense may mean different things to different people, but when we speak about common sense in the Code, we always refer to an assessment based on the IKEA key values. So, when considering a dilemma or a situation, we always try to apply our values and ask ourselves why things are done in a certain way. We question the situation!

In addition, we have the guidance of Ingvar Kamprad's words about common sense: "Get in the habit of questioning conventional wisdom! And not just old ideas, but new ones as well. Of course, it's only natural to be enthusiastic about new suggestions and overlook the difficulties, but make sure that you always keep your feet firmly on the ground, and that you can tell the difference between what is feasible and what is mere fantasy. Learn to make realistic judgements in your everyday work ... Learn how to say "no" and learn how to stop activities which never should have been started in the first place. Learn to limit the number of decisions you have to make ..."

For more information, read the **Testament of a Furniture Dealer.**



Code of Conduct | How we act

# What we expect
# of everyone

We do business in more than 30 countries, therefore our Code cannot cover all the different legal requirements. That's why it's very important that all of us are familiar with the requirements applicable in the specific country where we work.

We must comply with both the Code and with the applicable laws and regulations. Where there is a difference between them, we always apply the most stringent one. So, in the unlikely event that the Code is in conflict with the law, the law shall always prevail over the Code.



**?:** I recently started working for Ingka Group. On my first day HR gave me a lot of information to read. I got a booklet of the Code of Conduct. Do I really need to read it and also participate in the training that HR mentioned?

Yes, you have to read and understand this Code and you also have to participate in the Code of Conduct training. All new co-workers have to complete this training in order to understand what is expected of them. Each of us must understand the Code and take personal responsibility for complying with it as well as with the law.



Code of Conduct | **How we act**

# We consider all possible consequences

During the course of our daily work, we may face situations where the IKEA key values might be at risk. If in doubt about any of our actions, we should simply ask ourselves the following questions:

Is it compliant with the applicable legislation?

Would it keep the Ingka Group, the IKEA Brand and my reputation unharmed?

Is it consistent with the Code?

Would I feel comfortable explaining it to my co-workers and managers?

Is it aligned with the IKEA key values?

If our answer is "no" to any of these questions, **don't do it**

**If still uncertain about what to do, we always ask for guidance.**

The Code describes some situations that we could encounter in our daily work, but it cannot address every circumstance. Therefore, we should seek support from:

• **Our Manager;**

• **Any other Manager that we feel comfortable speaking to;**

• **The Manager responsible for our location** *(e.g. Store Manager, fulfilment Unit Manager, Centre Manager, etc.);* **or**

• **Our Human Resources or Risk Management & Compliance representative**





Code of Conduct | How we act

**?:** *As a manager, what can I do when a co-worker approaches me with a concern or dilemma?*

If someone approaches you with a question or concern, the following suggestions may guide you:

- Listen carefully
- Make sure you understand the concern by asking for additional information if needed
- Only respond to questions you know the answer to. Ask for help when you don't.
- Get back to the co-worker who raised the concern as soon as possible.

If you think that the concern requires investigation, seek guidance from the appropriate function. It might be useful to seek advice from the Human Resources or Risk Management & Compliance function.



**?:** Since I am not leading a team, I assume that this paragraph of the Code doesn't apply to me. Is that right?
I don't know how I could lead by example by driving a forklift at a distribution centre.

No, regardless of position, it's each and everyone's responsibility to stand up for the IKEA key values at all times. Creating a great place to work, with an open and inclusive environment, is everyone responsibility: so, live the IKEA values, be aware of what you do, how you do it and how this affects others around you. We should all become role models for each other, in order to learn and become a bit better – every day.

## Leading by example

No method is more effective than a good example. All of us shall at all times lead by example and promote a culture of inclusion and respect for each other. It's everyone's responsibility to keep our values at the heart of everything we do.

All of us should always be role models and set a good example for the people around us.

Managers must make sure that co-workers in their teams are familiar with the Code and understand what it means to them. They must also encourage co-workers to talk freely if they have questions or concerns about their responsibilities under this Code.



Code of Conduct | How we act

## Becoming people and planet positive

Caring for people and the planet is one of our key values and guides us in our work. Together we have a unique opportunity: to create positive change for millions of people around the world, and to be part of building a more sustainable and fair society.

Caring for people and the planet is our shared responsibility, regardless of our role. It's about the choices we make each day when we meet our customers, communities and business partners.

Each one of us can be a leader for change. We know that when every co-worker is involved, we can do great things together. We demonstrate our commitment by:

- working to inspire and enable millions of people to live more sustainable and healthier lives;
- transforming our operations and using resources efficiently;
- becoming an inclusive and people-centred business.



### What can I do to contribute?

There are countless ways to contribute and be part of creating positive change

For instance:

- Ask questions and challenge old ways to make things better for people and the planet.

- Build your knowledge and look for ways to make a healthy and sustainable living a natural part of the customer meeting.

- Care for people and the planet in the way we choose and collaborate with business partners.

- Find opportunities and work within the community to make a positive difference.

- Make better choices in the way you travel to and from work.

- Use resources with care, striving for zero waste and being as energy efficient as possible.

Code of Conduct  |  How we work together



# HOW WE WORK TOGETHER

HOW WE ACT  |  HOW WE WORK TOGETHER  |           HOW WE DO BUSINESS  |  HOW WE RAISE CONCERNS



**?:**  *My manager recently hired a 60-year-old co-worker to join our sales team. I don't think this is the right choice. I don't think someone that age understands modern furniture design.*

At Ingka Group, co-workers of different ages work with different home furnishing styles and are not limited to the stereotypes of their generation. We respect and value co-workers of all generations – learning from and embracing the uniqueness that each generation brings.



# How we work together

**We stand for fair treatment and equal opportunities**

We are committed to respecting and supporting human rights throughout our operations, both internally and externally.

We sustain an inclusive work environment where everyone feels welcomed, respected, accepted and acknowledged for their uniqueness and where we work together in a supportive climate.

We believe that equality lies at the heart of human rights and we don't accept any kind of harassment or discrimination on grounds of age, gender identity, sexual orientation, marital or union ability, ethnicity, race, nationality, religion, mental or family status, or any other dimension of our identity.

We do not accept any verbal or physical conduct that disrespects or humiliates another person. This extends to co-workers, customers and other people with whom we associate.





of Conduct | How we work together

?: *How do I know that I am confronted with a harassment case?*

All co-workers have the right to work in a place that is free from any form of abuse or harassment.

Harassment occurs when a conduct violates the dignity of a person and creates an intimidating, threatening, hostile, degrading, humiliating or offensive environment.



?: *I was raised in a traditional family, where my mother and my sister would take care of the house and the men would work and make a career. When I joined the Ingka Group I had a male manager, but he changed position and I am now the subordinate of a woman. It's difficult for me to accept to work under a female leader.*

We believe gender equality is at the core of human rights. Gender equality is met, treating individuals equally, where both women and men are valued for their unique contributions, supporting the culture of the organisation in their unique and diverse working ways.

Code of Conduct  |  How we work together

# We build an open and respectful work environment

We believe in constructive social relations and support every co-worker's right to freedom of association. We respect the right of co-workers to form, join or not to join a co-worker association of their choice, within the applicable legal framework.

Everyone's views and opinions are welcome with the common goal to build a great place to work. We respect each other and value the spirit of collaboration that comes from our culture of open, honest and direct dialogue. That's why we all need to work actively together to keep developing and strengthening this internal dialogue.

However, the turbulence in many parts of todays world has paved the way for the growth of different types of radical and extremist ideas in politics, religion and other types of ideologies. We will continue to uphold and promote our values; our belief in diversity, inclusion and tolerance is untouchable.

We don't tolerate extremism. This involves taking a stand on which types of behaviours and expressions are fine and which are not. Personal behaviours and expressions in the workplace cannot intrude on someone else's personal sphere.



*?: I would like to help my church with a campaign. Is this allowed?*

Your personal religious activity is your own business. Just make sure that you don't use Ingka Group resources, including company time, e-mail or the company name, for the campaign. Also make sure that you don't try to convert other co-workers to another religion or opinion, or express views that can interfere with their personal sphere.



*?: I have a friend who often sends me jokes. May I use my yammer team group or my e-mail to share these with my friends at work?*

This is a matter of common sense. It's acceptable to forward an occasional message, but frequent personal use could overload the Ingka Group network and could also result in a waste of time.

On top, please remember that not everyone shares your sense of humour, and you must be careful not to send anything that could be considered offensive.

*?: One of my colleagues e-mailed an inappropriate joke of sexual nature to some members of the team. I found it offensive, but I don't know if I should approach my colleague with my concern. What should I do?*

We are all, each one of us, responsible for creating a great place to work and we should not accept offensive behaviours like this one. If you feel uncomfortable speaking with your colleague directly, contact your manager or Human Resources.

Code of Conduct  |  How we work together

*I've injured my back playing with my children and the doctor
gave me pain killers that make me really tired. Am I allowed to work?*

Yes, if the doctor did not restrict you from working, you should be able to work. However, ask yourself what could be the potential danger. Are you using technical equipment? Using it under the influence of the prescribed drugs could be a potential risk to yourself and others and should therefore be assessed.

Talk to your manager and together you will find the right solution for your situation.

## We provide safe and healthy working conditions

———————

Health and safety at the workplace is everyone's responsibility. We all work proactively to protect ourselves, visitors and other people working at our premises. We strive to reduce our job-related risks and improve our health at work. Internal and external health and safety requirements are in place to keep us all – and those around us – safe and to protect our business. We shall follow them and never compromise our safety and health.

In our workplaces, no one shall work under the influence of alcohol, legal or illegal drugs or any substance that prevents them from performing the job safely and effectively. Working under the influence of such substances creates an unacceptable safety risk to yourself and to others.

All accidents and unsafe working practices, no matter how minor, must be reported immediately to our manager.



**?:** I have seen how some of my co-workers don't follow the standard working processes and I think it can create a risk for them and for others. They think they can work faster without using all the safety equipment.
What shall I do? It's not my business but it can be risky for their safety.

We care about each other and shall work proactively to reduce our job-related risks. If you witness an unsafe practice, talk directly with your co-workers about it and about the risk that you perceived. Maybe they didn't realise that they were doing something risky. Report the problem to your manager and share with him or her any opportunity for improvement. The whole team will benefit from it.

Code of Conduct | How we work together

# We make proper use of our time and other assets

We must make sure that all Ingka Group resources – including time, goods, materials, equipment, information, etc. – are used for business purposes only. However, we know that occasional, reasonable personal use of some of those resources can occur without affecting our daily activities and our business. We must all use our common sense to take care of Ingka Group resources and make sure that any personal use of those resources doesn't result in increased costs for the Ingka Group or interfere with our work duties.

All of us must seek to protect Ingka Group property from loss, damage, destruction, misuse, theft, fraud and embezzlement.





?: I have my personal mobile phone with me during my shift. Can I use it?

While working, we need to pay attention to our duties. However, a responsible and controlled private use of your mobile phone is allowed when needed, provided that it doesn't interfere with the proper performance of your duties.

Always think about what you would expect from others. For instance when you go shopping, what would you expect from the shop assistant? We want to give our customers a great experience with us, so our priority always needs to be our work.

Be aware that for safety reasons related to your job it could be forbidden to use your private phone during your shifts (for instance if you are driving a forklift).



Code of Conduct | How we work together

?:  My friend, who is a former Ingka Group
co-worker has now set up her own business. She
asked me for the names and home addresses of
all the co-workers in our office so she can send out
promotional mailing to them. Would that be ok?

No, you shouldn't send your friend this infor-
mation. Sending it would be in breach of this
Code and may be in breach of local laws too.
This information has to be kept confidential
at all times.

34  |  Ingka Group Code of Conduct

# We safeguard information and respect privacy

Information is an important business asset for the Ingka Group and we must treat it as such. In our daily work, we share information both verbally and in writing, and this sharing, if done correctly, contributes to our success.
Wrongful handling of information may, on the other hand, harm our co-workers, customers and visitors, and our business as a whole.

The Ingka Group respects the privacy of co-workers, customers, business partners and other stakeholders. Personal data is always processed in a lawful and fair way and must be handled with great care with respect to privacy and integrity.

It's therefore very important that all of us, as well as our business partners, are aware of the value of information and that we all respect the information security and data privacy laws and internal guidelines.

A good approach is to always assume that company-related information is confidential. Only share it with people who are entitled to it or who need it to be able to perform their work within the Ingka Group. If you are unsure, seek advice from your manager.



**Examples of information that is confidential or sensitive:**

- Personal information
- Organisational change
- Sales information
- Product development
- Payment information
- Potential acquisitions
- Business plans
- Strategies
- Forecasts

35  |  Ingka Group Code of Conduct

Code of Conduct | How we do business



HOW WE ACT | HOW WE WORK TOGETHER |     HOW WE DO BUSINESS | HOW WE RAISE CONCERNS



Code of Conduct | How we do business

# We do good business

It's all about doing good business. The Ingka Group business and its success is built on a solid foundation of honesty, respect, fairness and integrity. Each of us shall strive to preserve this foundation by acting according to our key values every day.

As part of the value-based IKEA culture, we have the privilege to take responsibility in our daily work life and the power to influence our business no matter what our role is within the Ingka Group.

Some of the decisions we face are difficult, so we must always use our common sense to act in the right way. By doing this we live our values, which reflects positively on the image and reputation of the Ingka Group. This also applies to our meeting with our customers and visitors. We all strive to create a great experience for all of them, no matter which channel the customer uses to shop or interact with us. We are always respectful and friendly with our customers, inviting them to be part of our vision and sharing our values with them. However, we know that not everyone shares our values and sometimes we might face some frictions or conflicts. If this happens, it's important to stand for what we believe in: our values and our firm belief that we don't tolerate any kind of discrimination, harassment or misbehaviour.



?: I work in the customer service area (Exchange & Returns) and I wear a veil. Recently a customer refused to be served by me because I was wearing a 'symbol of Islam'. He started screaming and he asked that I was replaced by someone else.

We should respectfully explain to the customer that at the Ingka Group everybody has the right to be themselves. We respect and recognise our co-workers' differences and we assess them based on their performance. Appreciating the diversity of religion, faith and belief is in line with our humanistic values, and that's how we do good business!

?: I am handling a procurement process. By communicating a higher expected volume to the supplier I can get a better price than I would get for lower volumes. I only intend to work with this supplier short term, so I guess this is ok then?

No, it's not ok to give wrong information to our suppliers and business partners. At the Ingka Group, we always strive for lengthy and honest business relations and we shall always act in a trustworthy and honest way, with a long-term perspective. Responsibility, trust, integrity and professionalism are what guides our business relations.

Code of Conduct  |  How we do business

# We always represent the Ingka Group and the IKEA Brand

Co-workers representing the Ingka Group on the shop floor, on business travels, at work meetings and events, etc. are always seen as ambassadors for the Ingka Group and the IKEA Brand. When we meet our customers, our suppliers or any other partner or external authority, we are the face of the Ingka Group. We must always act in line with our values and with the best interest of the Ingka Group in mind.

Privately we are of course free to engage in political, religious, civic or other activities, as long as we make sure our actions and views are not seen as being those of the Ingka Group.

The same applies to social media. When using social networks, we must write in first person and make it clear that we are participating in the discussion for ourselves and not on behalf of the Ingka Group or the IKEA Brand. Only authorised co-workers are allowed to speak on behalf of IKEA. We shall always refrain from speculating on anything the Ingka Group has not officially announced. In the same line, we shouldn't confirm nor deny any rumours about the Ingka Group or the IKEA Brand.



*A colleague posted an offensive comment about me on his personal social media page. What could I do?*

We treat each other with respect at work and we expect this respect to go beyond the walls of our workplaces. If you feel that your colleague has treated you disrespectfully and this has consequences at work, speak to him/her first. Also contact your manager who will try to help you find a solution to the problem.



*?: Can I identify myself as an Ingka Group co-worker on my social media profile and career networks?*

You may choose to participate in social networks in your own time and you may discuss your personal life, including the fact that you work at the Ingka Group. However, if you identify yourself as an Ingka Group co-worker, you should make sure that your activities are consistent with the IKEA key values. In any case, make sure that it's clear that you're expressing your personal views and aren't speaking for the Ingka Group.



Code of Conduct | How we do business

*My husband works for one of our service suppliers, but I don't have any contact with the supplier. Is this a conflict of interest?*

You need to disclose it so that steps can be taken to provide assurance that potential conflicts don't affect or appear to affect your decisions as an Ingka Group co-worker. We need to be transparent as soon as we realise that we might be facing a potential conflict.

42 | Ingka Group Code of Conduct

# We avoid conflicts of interest

A conflict of interest occurs when an individual's private interest in any way interferes – or even appears to interfere – with the interests of the Ingka Group. Conflicts of interest also arise when any co-worker or an immediate family member or close friend receives improper personal benefits because of their position or connections within the Ingka Group.

We must always consider the impact of our relationships on our own position and that of the Ingka Group. This will help to identify possible situations that may lead to conflicts of interest and prevent them from happening.

As part of our open work environment, we act transparently and report when we find ourselves in a potential conflict of interest or know that another co-worker might be in such situation.

Assessing whether there is a conflict of interest is sometimes difficult. If in doubt, we always ask our manager, Human Resources or Risk Management & Compliance for guidance.

## Potential conflicts of interest may appear in many situations, including these examples:

- Having a close, personal relationship with a subordinate.
- Owning, or having a substantial interest in, a company that is a customer, competitor or supplier.
- Doing business with a company owned or controlled by a co-worker or their family.
- Family relationships with persons employed by a supplier.
- Acceptance of gifts, payments or services from those seeking to do business with the Ingka Group.

- Acting as an independent consultant to an Ingka Group customer or supplier, while also employed by or having recently done business with the Ingka Group.
- Using the Ingka Group assets for personal gain.
- Misusing inside knowledge when selling or buying a security.

43 | Ingka Group Code of Conduct



Code of Conduct | How we do business

? : I work as a part-time Com & In designer and in my free time I work as a freelance interior designer. Could this constitute a conflict of interest?

Owning your own business or working for another company while employed by the Ingka Group shouldn't be a problem in itself. However, you should never promote your own business during your working time at the Ingka Group and your interests must never conflict with those of the Ingka Group.

? : I have been working in the store for a couple of years. I started at the cash line and recently I have been promoted to the Customer Relations Manager position. This means that my partner, who was my peer before, is now reporting to me directly. Of course, I never treat him differently and we try not to be seen together in public. I don't want the rest of the team to feel uncomfortable, but it's an awkward situation for all of us. What should I do?

We must always avoid direct or matrix reporting responsibilities over another co-worker with whom we have a personal relationship (family, close friends, partner, etc.). We must make sure we don't have a conflict of interest – or appear to have it – in the eyes of others who might feel that the situation is unfair. Why don't you ask yourself "would I trust someone else in my position who had the same potential conflict of interest?" Disclose the situation to your manager and Human Resources, who will make an assessment and find a solution together with you.



I helped a customer with the design of their new kitchen and we really enjoyed working together on their project. They asked me if I could help them assemble the kitchen and they would pay me some extra money. I could really use some extra income this month and I know how to do it. Would that be ok?

No, as you know, we at the Ingka Group offer our customers assembly services, which makes this a clear example of conflicting interests. We should never misuse our position as Ingka Group co-workers to benefit personal interests in conflict with Ingka Group interests.
If you find yourself in this situation, you should help the customer understand what kind of services they need in order to have the best customer experience with us.





*?: A labour inspector has arrived at our premises to perform an audit. Can I give a product to the inspector as a sign of good will?*

## We don't tolerate corruption

---

No, you should never give anything of value to a government official. Giving the product, or anything else of value, to the labour inspector under these circumstances could be perceived as a bribe intended to influence the inspector's review of our facility.

We are committed to doing business in an honest way and don't tolerate corruption in any form. Influencing decision-making through illegal or improper payments or through any non-financial benefits could severely harm ourselves, our customers, as well as the Ingka Group and the IKEA Brand.

Therefore, we never give nor accept any bribes, improper advantages - financial or non-financial - or anything that might be perceived as such by anyone inside or outside the Ingka Group.
Our zero-tolerance towards corruption should be clear to all of us, and our business relations in order to protect our people, the IKEA brand and the Ingka Group assets.

Any demand for, or offer of, a bribe must be rejected immediately and reported to our manager.



Code of Conduct | How we do business

?: May I accept a business meal from a supplier?

In most circumstances, modest and infrequent business meals may be accepted. However, whenever a supplier pays for a meal, always consider the specific circumstances and whether your impartiality could be compromised or appear to others to be compromised. Discuss it with your manager if you are unsure.



?: What should I do if I am offered an unacceptable gift by a customer or supplier under circumstances where it would be insulting to decline?

First, politely make every effort to decline. If the person persists and you feel certain that refusal would cause insult or embarrassment to him or her, you should politely accept the gift but promptly report it to your manager.

It might be a good idea to give the gift to a charitable organisation. Remember that we must be clear about our standpoint on gifts upfront. We must always refuse any cash or cash equivalents (like treasury bills or government bonds).

# We don't request or accept gifts and hospitality

When interacting with our business relations and others, we are clear and transparent upfront about our standpoint on gifts and hospitality to avoid any misunderstanding: we at the Ingka Group don't offer or accept gifts and hospitality.

However, we do recognise that the rare acceptance or offer of token gifts may be a legitimate contribution to building or maintaining good business relationships when done in a transparent way. In such instances, these gifts should be limited to items of no commercial value. When it comes to hospitality, lavish meals and inappropriate entertainment, this should be firmly but politely declined. We shall keep our independence as Ingka Group co-workers. Our business decisions shall never be influenced by receiving favours or gifts, nor shall we try to improperly influence others in such way.



**HOW WE RAISE CONCERNS**

HOW WE ACT | HOW WE WORK TOGETHER                    | HOW WE DO BUSINESS | HOW WE RAISE CONCERNS



Code of Conduct › How we raise concerns

# Raising concerns

Have you ever come across a situation that you felt was odd and instinctively wrong in some way? Have you seen or suspected this Code being violated? Do you have concerns about unethical behaviour? If you answer "yes" to any of these or similar questions, don't hesitate to raise your concern.

The Ingka Group promotes an open culture of trust, honest communication, respect and fairness. This is also applicable on how we at Ingka Group raise concerns.

Concerns should first and foremost be raised by talking to the person involved, if the circumstances allow.

We do however understand that this is not always possible or appropriate, especially when it comes to matters that involve suspected misconduct. In such cases, your first points of contacts to raise your concern should be your line manager or a local Risk Management & Compliance or Human Resources representative.

If we, for some reason, don't feel comfortable or find the above course of action appropriate we have, as a last resort, the possibility to turn to the Trust line.



**1**  If you know or have reasons to suspect any violation of the Ingka Group Code of Conduct, raise your concern and talk to the person involved.

↓

*If you don't feel comfortable doing this or it's not appropriate …*

↓

**2**  Talk to your manager, to your Senior Manager, to local Risk & Compliance or Human Resources.

↓

*If you don't feel comfortable doing this or it's not appropriate …*

↓

**3**  Contact Ingka Group Trust line. You can get in contact with the Ingka Group Trust line by phone or via internet.

Code of Conduct | How we raise concerns

# What can the Trust line be used for?

The Trust line is primarily dedicated to cases of serious misconduct, potentially leading to legal or disciplinary action. However, some countries have local legal regulations restricting what the Trust line can be used for.

**How does the Trust line work?**
The Trust line can be reached at any time and is free of charge. You can contact the Trust line either via phone or through our webpage and leave your message in your local language. If you use the phone option, you leave your message on an answering machine. As an additional measure to ensure confidentiality (and anonymity) no one at the Ingka Group will be able to access or hear your original message.

If the information in your initial message isn't clear or sufficient enough you will be asked to provide additional information. For this reason we ask you to keep your case number and regularly get back into the system to see if any new message has been left for you.

If your concern can be handled via the Trust line process, the Trust line Managers will appoint an appropriate manager within the Risk Management & Compliance or the Human Resources function as responsible for further handling your concern. This manager will be operating at least one organisational level above the one that the concern relates to.

If your concern cannot be handled within the Trust line process, the Trust line Managers will instead guide you to the appropriate channel or person within your organisation where you can raise your concern.

**Contact Information**
Contact information and a detailed description on how to raise a concern through the Trust line can be found on our internal webpages.



?: A couple of weeks ago I contacted Human Resources about a possible misconduct by my manager. My manager now treats me in a different way and no longer includes me in decisions related to my job. Could this be considered retaliation? What can I do?

Since you reported an allegation and have now experienced a change in the way your manager is treating you, or behaving toward you, this could be a form of retaliation. However, it's also possible that there are legitimate business reasons for the changes. This is something you should discuss with your manager directly, another manager or with Risk Management & Compliance or Human Resources.

*No method is more effective
than a good example.*

### Our vision

To create a better everyday life for the
many people.

### Our business idea

We shall offer a wide range of well desig-
ned, functional home furnishing products
at prices so low that as many people as
possible will be able to afford them.

### The Human Resource idea

To give down-to-earth, straightforward
people the possibility to grow, both as
individuals and in their professional roles,
so that together we are strongly commit-
ted to creating a better everyday life for
ourselves and our customers.



INGKA™

© Ingka Holding B.V. 2019. Some images by courtesy of Inter IKEA Systems B.V.