# EXHIBIT

## 13

Message

**From:** Michelle Chenard [michelle.chenard@ingka.ikea.com]
**Sent:** 2/20/2021 4:58:02 PM
**To:** Raquel Ely [raquel.ely@ingka.ikea.com]
**Subject:** Re: Risk Meetings

**Flag:** Flag for follow up

How did this go today?

Michelle Chenard
Operations Manager
IKEA Woodbridge #168

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Raquel Ely <raquel.ely@ingka.ikea.com>
**Sent:** Saturday, February 20, 2021 10:57:35 AM
**To:** Michelle Chenard <michelle.chenard@ingka.ikea.com>; Dianna Abilmona <dianna.abilmona@ingka.ikea.com>; Ronda Knight <ronda.knight@ingka.ikea.com>
**Subject:** RE: Risk Meetings

Hi! Based on the latest clarification from Katy Massey (legal) this week, I updated the presentation attached and added slide 6 to show the R&C co-worker relationship criteria. We will present this at 11am today. If there are any further changes, please let me know.

Thanks,
Raquel Ely

IKEA Woodbridge
Phone: (703) 492-1222  Ext. 1333

**From:** Michelle Chenard <michelle.chenard@ingka.ikea.com>
**Sent:** Monday, February 15, 2021 12:15 PM
**To:** Raquel Ely <raquel.ely@ingka.ikea.com>
**Subject:** Risk Meetings

Hi Raquel,
Attached are the relationship policy slides. Risk had to split up into 3 meetings. All are 1pm starting, please let me know if you are not able to do all of these and I will step in, however, like we shortly discussed for these specific meetings it is best if I do not roll it out. Also, the last slide says that they should be recorded by Feb 1st..... which is pasty, however, since the dept meetings are happening late they need to be recorded as soon as possible. I discussed with Dianna and we think we will give them a few days to come forward with their relationship then we will need to come up with a plan if they don't. Please let me know asap if you can't do thee meetings so I can prepare for them.
Thanks again for your support on this!!!!!
Michelle

*Michelle Chenard*
Business Navigation & Operations Manager

IKEA US Retail, LLC – 168
2901 Potomac Mills Circle
Woodbridge, VA 22192
Phone: +1 (703) 492-1222 x1330

IKEA 0000001

Internal phone: 8168-1330
Fax: +1 (703) 492-6424

michelle.chenard@ingka.ikea.com
www.IKEA.com

**Confidentiality Notice:**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you receive this message in error, please notify the sender immediately by e-mail and delete all copies of this message.



IKEA 0000015



Policy for all: https://powerdms.com/link/IKEA/document/?id=329608
Manager responsibilities: https://powerdms.com/link/IKEA/document/?id=329604

IKEA 0000016

- A personal relationship is defined as "a

  could compromise his or her objectivity when making business decisions."

  - 
  - 


  - 
  - 



IKEA 0000017

- A conflict of interest occurs when an individual's private interest interferes in any way — or even appears to interfere —

- 

- Co-workers cannot be in a personal relationship with their direct manager's

- 



IKEA 0000018



IKEA 0000019

**Relationship principles –**

- 
  - 
    - 
      - 
      - 
    - 
    - 



IKEA 0000020



- 
- 
- 

IKEA 0000021



IKEA 0000022



IKEA 0000023



IKEA 0000024