# EXHIBIT 14

# Fax Cover Sheet
# Attn: Chavez

To: Chavez at IKEA HRSC Shared Service Center

From: Ricky Singleton

RE: Parental Leave Extension

Fax #: 410-931-9536

Pages: 4

Date: January 11, 2019

# To: Chavez at IKEA HRSC Shared Service Center

# From: Ricky Singleton

# RE: Parental Leave Extension

# Fax #: 410-931-9536

# Pages: 4

# Date: January 11, 2019

[Fax confirmation report, printed upside down at bottom:]

*** Send Results ***

Sending is complete.

Job No.: 2515
Address: 4109319530
Name:
Start Time: 01/11 04:11 PM
Call Length: 00'53
Sheets: 4
Result: OK

01/11/2019 4:13 PM FAX    P.0001

January 11, 2019

Hi Chavez,

I am Ricky Singleton, and we spoke on Dec 26, 2018 about extending my parental leave. I have attached the new parental leave form for you to send to my team lead and HR representative to sign as we discussed as a courtesy for me. I informed my team lead that I was extending my Parental Leave when he contacted me. I want to extend my Parental Leave from Tuesday, January 22, to Monday, March 25.

When we spoke on the 26th, I had already put in PTO for Jan 22-Feb 22, but I later realized that it was taking 7 days of PTO per week instead of 5 days per week. Would you be able to correct my PTO so it is only being taken out as 5 days per week, and extend my leave all the way through to March 25?

I will follow up with you in a few days to confirm everything is set and good to go.

Thank you,

Ricky Singleton



(410) 931-9530 Fax
us.shared.service.center@ikea.com E-mail

## IKEA Request for Parental Leave of Absence

Co-worker Name: **Ricky Singleton**   Co-worker ID: **10014910**
(PRINT NAME)

Work Location: **168 Woodbridge**   Date of Request: **Dec 26**

I request a parental leave of absence from my position at IKEA for the period of:

Beginning Date: **Jan 22, 2019**   Ending Date: **March 25, 2019**
(min. one week increment)

I agree to return to work on: **March 26, 2019**

**If circumstances change such that I will not be able to return to work on the date indicated above, I understand that I must contact my location 14 calendar days prior to the agreed upon return to work date.**

For co-workers with more than one year of service, when paid leave is reduced to 50%, the co-worker is permitted to supplement the remaining 50% with PTO if it is available. Please indicate whether you would like to do so and please note that you will not be able to change your decision at a later time.

[✓] Yes, I would like to supplement my benefit with PTO.

[ ] No, I will not supplement my benefit with PTO.

Co-workers may also take their leave incrementally in minimum periods of 1 week. Please utilize the chart below if you wish to take the Parental Leave on an intermittent basis indicating the start date of each week requested beginning with Sunday.

| Week Beginning Date: | Week Beginning Date: |
|---|---|
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |



(410) 931-9530 Fax
us.shared.service.center@ikea.com E-mail

## Eligibility for Parental Leave Benefits

| Years of Service | <1 years | 1-2 years | 3+ years |
|---|---|---|---|
| Parental Leave | 12 weeks – unpaid | 6 weeks at 100% salary<br>6 weeks at 50% salary | 8 weeks at 100% salary<br>8 weeks at 50% salary |
| Short-term Disability<br>(HL1 not eligible for STD) | 6-8 weeks based on type of birth at 100% of pay for first 4 weeks, 50% of pay for remaining 2-4 weeks (includes 5-day waiting period*) | 6-8 weeks based on type of birth at 100% of pay (includes 5-day waiting period*) | 6-8 weeks based on type of birth at 100% of pay (includes 5-day waiting period*) |
| FMLA<br>(runs concurrent with Short-term Disability and parental leave) | Not eligible | 12 weeks – unpaid | 12 weeks – unpaid |
| Total time off | Up to 20 weeks (depending on type of delivery) | Up to 20 weeks (depending on type of delivery) | Up to 24 weeks (depending on type of delivery) |

* Your Paid Time Off is used during the five day waiting period and is considered part of the 100% pay for this program

### I understand the following:
- Parental Leave is available to be taken within 12 months from the birth, adoption, or placement of the child. Only one period of parental leave is available in a rolling 12 month regardless of the number of children born or adopted.
- Parental Leave will run concurrent with FMLA and any state mandated leave.
- Incremental parental leave requests should be submitted within 30 days in advance of the desired time off.
- Paid Parental Leave benefits involve a coordination of any applicable state paid time off benefit.
- For co-workers on paid leave, benefits (Health, Dental, STD, Basic Life, Supplemental Life, and 401k) will continue and premiums will be deducted from the co-worker's pay.
- For co-workers on unpaid leave, premiums for benefits will go into arears and co-workers will be double deducted upon their return until premiums are paid up.
- Where applicable, co-workers must be medically released from a physician's care prior to using Parental Leave benefits.
- Co-workers will continue to accrue PTO while on leave based on the IKEA PTO policy.

### COWORKER'S RESPONSIBILITY:
I understand that I must notify my direct manager/supervisor and the HR Department within 30 days in advance of my Parental Leave request. A copy of my signed request form must be submitted to IKEA's Shared Service Center (SSC). I understand that I must supply the SSC with a copy of my child's birth certificate, decree of adoption, or documentation of placement of child for verification of eligibility. Failure to provide proof of birth, adoption/placement of the child, or foster care in a timely way will impact my parental leave pay. I also understand that I must contact my location 14 calendar days prior to my agreed upon return date to be placed on the schedule.

Co-worker Signature: _Ricky Singleton_   Date: _Dec 26, 2018_

Supervisor Signature: _____   Date: _____

Human Resources Signature: _____   Date: _____

**IKEA Shared Service Center, USA**
9930 Franklin Square Drive
Baltimore, MD 21236

Danielle Goodman
13907 Gullane Dr
Woodbridge, VA 22191

Dear Co-worker:

Since you have elected coverage for your dependent(s) in our plans, we need you to provide documentation that confirms

10044942
Washington

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

# Important stuff insid

## Hej IKEA Co-worker!
Open this envelope to see important information about your IKEA Benefits.







June 27, 2018

Danielle Goodman
13907 Gullane Dr
Woodbridge, VA 22191

Dear Co-worker:

Since you have elected coverage for your dependent(s) in one or more of your IKEA benefit plans, we need you to provide documentation that confirms their eligibility. **Please submit the proper documentation or your dependent(s) will not be enrolled in coverage.**

Here's what you need to do:

1. Confirm that the dependent(s) listed on the enclosed Cover Sheet were chosen by you to be covered on your IKEA Benefits Plan(s).

2. Review the "Required Documentation" section of the enclosed Cover Sheet. This lists what documents are acceptable to confirm your dependent's eligibility according to the IRS criteria.

3. Fax or email the completed COVER SHEET page along with copies of your required documentation* by **July 25, 2018** to:

   FAX:   856-813-1550
   Email: askbenefitsadvocacy@benefitsvip.com

   You can upload your documents on IKEA Online Benefits by clicking on the "My Document Center" link on the home page under Important Messages for You. **If you already uploaded your documents, please disregard this letter. Your documents will be reviewed within 7 to 10 business days from when it was uploaded.**

   * Your privacy and your sensitive documents will be treated confidentially.
   (Please DO NOT send original documents because they will not be returned)

**VERY IMPORTANT!**
If you do not submit the required documentation by July 25, 2018, your dependents will not be enrolled in your benefits coverage.

Thank you for taking the time to provide the documentation. If you have any questions regarding dependent eligibility or the required documentation, please call Ask Benefits Advocacy:

By phone: (877) 212-HR4U (4748) / Monday - Friday 8:30 am - 8:00 pm (except holidays)

By email: askbenefitsadvocacy@benefitsvip.com



# Cover Sheet

This page must be returned with your documentation

**From:**
Danielle Goodman
13907 Gullane Dr
Woodbridge, VA 22191

**Return To: Ask Benefits Advocacy**
Fax: 856-813-1550 **OR**
Email: askbenefitsadvocacy@benefitsvip.com

If you are faxing or emailing the required documentation, please include the completed cover sheet by no later than **July 25, 2018**. Without this cover sheet your documentation cannot be processed.

## Dependent Information

| Name | Relationship | Birth Date | Document Attached |
|---|---|---|---|
| Marley Singleton | CHILD | 05/29/2018 | ☐ |

## Required Documentation

**Child under 26**
- Birth certificate or crib card with parents name listed
- Approved adoption decree or placement for adoption documentation
- Legal guardianship documentation
- QMCSO qualified order
- Current tax form (first page with dependent(s) listed)

**Disabled Dependents**
- Copy of written medical certification approved by carrier

**Spouse**
- Marriage certificate
- Current tax form (first page with dependent(s) listed)

**Domestic Partner**
- Domestic Partner Affidavit + 2 verification documents

Please DO NOT send original documents - they will not be returned.

**IKEA**

(410) 931-9530 Fax
us.shared.service.center@ikea.com E-mail

## IKEA Request for Parental Leave of Absence

Co-worker Name: Danielle Goodman   Co-worker ID: 10049942
(PRINT NAME)

Work Location: 168 Woodbridge   Date of Request: 8/15/2018

I request a parental leave of absence from my position at IKEA for the period of:

Beginning Date: 7/10/2018   Ending Date: 10/1/2018
(min. one week increment)

I agree to return to work on: 10/2/2018

**If circumstances change such that I will not be able to return to work on the date indicated above, I understand that I must contact my location 14 calendar days prior to the agreed upon return to work date.**

For co-workers with more than one year of service, when paid leave is reduced to 50%, the co-worker is permitted to supplement the remaining 50% with PTO if it is available. Please indicate whether you would like to do so and please note that you will not be able to change your decision at a later time.

X  Yes, I would like to supplement my benefit with PTO.

___ No, I will not supplement my benefit with PTO.

Co-workers may also take their leave incrementally in minimum periods of 1 week. Please utilize the chart below if you wish to take the Parental Leave on an intermittent basis indicating the start date of each week requested beginning with Sunday.

| Week Beginning Date: | Week Beginning Date: |
|---|---|
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |
| Week Beginning Date: | Week Beginning Date: |



(410) 931-9530 Fax
us.shared.service.center@ikea.com E-mail

**Eligibility for Parental Leave Benefits**

| Years of Service | <1 years | 1-2 years | 3+ years |
|---|---|---|---|
| Parental Leave | 12 weeks – unpaid | 6 weeks at 100% salary<br>6 weeks at 50% salary | 8 weeks at 100% salary<br>8 weeks at 50% salary |
| Short-term Disability<br>(HL1 not eligible for STD) | 6-8 weeks based on type of birth at 100% of pay for first 4 weeks, 50% of pay for remaining 2-4 weeks (includes 5-day waiting period*) | 6-8 weeks based on type of birth at 100% of pay (includes 5-day waiting period*) | 6-8 weeks based on type of birth at 100% of pay (includes 5-day waiting period*) |
| FMLA<br>(runs concurrent with Short-term Disability and parental leave) | Not eligible | 12 weeks - unpaid | 12 weeks - unpaid |
| Total time off | Up to 20 weeks (depending on type of delivery) | Up to 20 weeks (depending on type of delivery) | Up to 24 weeks (depending on type of delivery) |

* Your Paid Time Off is used during the five day waiting period and is considered part of the 100% pay for this program

**I understand the following:**
- Parental Leave is available to be taken within 12 months from the birth, adoption, or placement of the child. Only one period of parental leave is available in a rolling 12 month regardless of the number of children born or adopted.
- Parental Leave will run concurrent with FMLA and any state mandated leave.
- Incremental parental leave requests should be submitted within 30 days in advance of the desired time off.
- Paid Parental Leave benefits involve a coordination of any applicable state paid time off benefit.
- For co-workers on paid leave, benefits (Health, Dental, STD, Basic Life, Supplemental Life, and 401k) will continue and premiums will be deducted from the co-worker's pay.
- For co-workers on unpaid leave, premiums for benefits will go into arears and co-workers will be double deducted upon their return until premiums are paid up.
- Where applicable, co-workers must be medically released from a physician's care prior to using Parental Leave benefits.
- Co-workers will continue to accrue PTO while on leave based on the IKEA PTO policy.

**COWORKER'S RESPONSIBILITY:**
I understand that I must notify my direct manager/supervisor and the HR Department within 30 days in advance of my Parental Leave request. A copy of my signed request form must be submitted to IKEA's Shared Service Center (SSC). **I understand that I must supply the SSC with a copy of my child's birth certificate, decree of adoption, or documentation of placement of child for verification of eligibility.** Failure to provide proof of birth, adoption/placement of the child, or foster care in a timely way will impact my parental leave pay. I also understand that I must contact my location 14 calendar days prior to my agreed upon return date to be placed on the schedule.

Co-worker Signature: _____ Date: 8/15/2018
Supervisor Signature: _____ Date: 8/15/18
Human Resources Signature: _____ Date: 8/15/18