# EXHIBIT

## 15

**From:** Davara Worthy/RO/HMG/TJXCOS
**To:** HGS_STR0393_MGMT@tjx.com

**Date:** Saturday, December 14, 2013 11:09AM
**Subject:** Fwd: Statement

---

Please print

Sent from my iPhone

Begin forwarded message:

> **From:** davara_worthy@tjx.com
> **Date:** December 13, 2013, 6:01:50 PM EST
> **To:** "rick.singleton@ikea.com" <rick.singleton@ikea.com>
> **Cc:** davara_worthy@tjx.com
> **Subject: Statement**
>
> I Davara Worthy makes this statement true and to the best of my knowledge . I was employed at the Ikea located in Woodbridge ,Virginia for 3 years. During these years I had the honor of working with Rick Singleton a safety and security agent in the Woodbridge store. Rick was an outstanding agent who demonstrated excellent performance with his duties and responsibility . I tried on numerous occasions to get Rick promoted to the position of Team leader, however, every time I tried, it was denied by Dee Sellman HR manager and ops manager Shilpa Galati. I was told that there was no budget for this position. I completed Rick Singleton annually performance review in which he was given a 4 highest rating one can get for performance. The second year I gave Rick a 4 and Dee Sellman stated that Rick doesn't deserve a 4. We debated on this for hours and I could not believe that I was told by human resource Dee Sellman and ops manager Shilpa that Rick is not a 4 and he should be rated as a 3, the second best under a 4. This really irritated me but not just that, it underminded my decision as a manager. Rick worked under my supervision and did an excellent job. I had to explained to HR and the ops manager Carolina about Rick taking lunch. Many of times, I instructed Rick to not take a lunch because we were short of staff and the switchboard had to be cover. I explain this to Dee Sellman and Carolina but they insisted that I put Rick on counseling. I stated to them that I would conduct a face to face and put it in his file, in which I did. I don' know what Dee Sellman or the ops manager had against Rick but he was one of the best agents that I had in the department. I was under a lot of pressure from Dee Sellman and Carolina Witten to write Rick up. I believe in my heart that Dee Sellman and Carolina wanted me to go against Rick. Dee Sellman made a comment to me saying, you better watch what you say around Rick because if he get mad with you he will hold that as evidence against you. I couldn't believe that she made that statement. Dee Sellman would make negative comments about me to Rick who is an hourly coworker. This was very immature and unprofessional for a manager of her level to make comments about Rick and me. I was under a lot of stress dealing with these steering managers so I decided to part ways from Ikea stores. I recall the time that Dee Sellman assaulted a safety and security agent and nothing was done about the incident to be a Human Resource manager and continued to be a negative force in this establishment can and have resulted to a hostile enviorment when dealing or having any type of working relationship with Dee Sellman. I experience it and didnot like it. This individual is a cancer in this company and need to part her way. I recall

the time when Dee Sellman called me in her office and had me sign a pay increase of $1.00 for a new agent who had only been employed for 1 month if that long, but the time I gave Rick a 4, he only receive a .55 increase there was something wrong with this picture. It was wrong because Rick worked very hard and was a true and dedicated agent. If I would have had 6 more agents like Rick, my job would of been less complicated. Overall, Rick Singleton is a great person with a great work ethic. His attendant is excellent and his dedication is superb. Rick is a good hearted person with lots of pride and respect Any employer would be honored to have an individual like Rick on their team. This statement is true to best of my knowledge

Davara. Worthy
District Loss Prevention Manager

703-864-0013

Sent from my iPhone

 Gmail

Liam Sig <liams.sig@gmail.com>

# Discrimination, Retaliation, and Harassment

**Davara Worthy** <daworthy@yahoo.com>                                                                Thu, Sep 11, 2025 at 1:57 PM
To: Liam Sig <liams.sig@gmail.com>

To whom this may Concern
My name is Davara K Worthy, I was hired in April of 2010 as the Safety and security manager for IKEA store located in Woodbridge, Virginia. During my tenure as the Safety and Security manager I had the opportunity to work with some great Safety-and security professionals.  There was one agent who stood out and demonstrated outstanding performance and leadership. This individual name was Rick Singleton, Rick was a model agent that took pride in his duties and responsibilities. During my vacations, Rick would be assigned to cover the department and did it well, he was so knowledgeable of the department policies and procedures that the security staff  gravitated around him because of his knowledge. During my onboarding, Rick was one of the interviewers that interviewed me for the position because at the time they had no manager and Rick was the acting manager. As time went on, I got a budget to hire a Team Leader and I knew who I wanted to promote, I wanted to promote Rick singleton who was performing at a rating of 4 which is outstanding on his performance evaluation. I  called a meeting with Shilpo Galiti operation manager and Dee Sellman - HR manager to discuss my selection. During the meeting Shipi and Dee sellman  Challenged my decision to promote Rick to team leader , I asked what was the problem? Both said, do you think he would make a good fit as a team leader and I responded absolutely, they continued to say Rick is not fit to be a team leader because he is to quiet and stay to his self, I responded that is not true, Rick is very engaging with customers and employee's. As time went on I asked them about filling the Team leader slot . A week later Shilpi and Dee said they had a female who was hired in the Security department, I was called up to Shilpi office, Shilpi asked me would the new female make a team leader because of her professionalism, I said no she would not because she only been in the department for several months and she is not ready for a team leader role, she got very upset because I donot agree with her. So no one was promoted because they shut me down by saying the budget was no longer available. As time went on Rick went through some harassment about his schedule not working on Sunday and when we were short of a personnel, I had Rick do a working lunch to cover the department due to lack of personnel, I was very thankful to have such a great individual working for me. Rick. Brought an issue to me in reference to an employee making negative comments about Rick hair style , Rick brought it to me and I instructed Rick to take it to the store manager Jackie Dechamp who totally ignored the issue, they tried to get me to write Rick up and I said for what? He is not taking lunches, I advise Dee, Shipi and Jackie dechamp that I would not write Rick up because he reported a discriminatory remark about him say Rick look like a thug , no one was held accountable for this discriminatory behavior, which was not professional conduct, , During an incident in the security office, Dee sellman. HR manager blocked and assaulted a security agent blocking him from leaving the office after his shift, which was a hostage situation, I brought this attention the store manager. Jackie dechamp about the issue and she said she would take care of the situation but never did, so another person not held accountable for her actions, she was so  focused on on trying to write Rick up for whatever reason she had, Dee stayed to me, why don't you make Rick get a haircut, I said that was up to Rick, I don't have anything to do with his hair. Dee stated it looks bad for the department,  During my first several weeks as a new hired manager, they put another employee in the department hoping that I promote him to team lead. I said I will not promote him and he was not promoted but during that time   The employee AAron called Shipi a Sand nigger and she needs to go back to India , this was reported to me and I took it to the store manager and he conduct an investigation and the employee admitted to calling the ops manager out of her name. He was terminated behind this behavior. After AAron was terminated, he called Rick at the security office and called him a dirty Nigger and said he better be careful because accidents happened. I reported it to the store manager and he-Fredrick who set up security preventive measures for Rick safety, some security measures were.  The associate was trespass from the property, if caught on the property, he would have been arrested   So in summary, Rick singleton was faced with discriminatory behavior from management, Jackie dechamp, Lisa Niggs, and Dee sellman. Dee sellman was investigated and they moved her to corporate office to actually protect her from being terminated. Rick singleton is a good hearted person who had to face criticism about his hair, the way he dressed and his religion ethics, I wish I could have done more to protect Rick from this situation but the odds were against me, I left the company because I didn't love me what was going on in IKEA store with certain people. One thing I forgot to mention, Another

white associate was given a dollar raise but they gave Rick a .55 cent raise, and he was rated as a 4 in his performance evaluation. This was very sad to hear that Rick was terminated because he made a complaint of discrimination against him to managers and they terminated him for being truthful about the situation. Rick was one of the best staff members I had the opportunity to work with, What a great person with a professional attitude, demeanor and a big heart and great work ethics,

This is true to the best of my knowledge and understanding

Davara K worthy


Sent from my iPhone

> On Sep 9, 2025, at 11:44 PM, Liam Sig <liams.sig@gmail.com> wrote: