# EXHIBIT

## 18



*10014910W207*

# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

## Signature

Leslie Hendricks you have digitally signed this form with your network password, 27/10/2021 12:29:54 (27/10/2021 18:29:54 UTC+1)

Ricky Singleton you have digitally signed this form with your network password, 27/10/2021 12:31:06 (27/10/2021 18:31:06 UTC+1)

## Welcome message 0 3

Welcome Rick
This year was quite similar to last year, full of changes and challenges. Again you have risen to the occasion helping thus making our department better. My manager and I thank you.

## Assignments

| Assignment | Rating |
|---|---|
| Ensures the safety and security of the people and property within the unit. | Exceeds Expectations |
| Completes safety, security, and compliance audits and trainings as required and maintains accurate records. | Meets Expectations |
| Ensures that the business runs in a compliant way, according to applicable IKEA Group Policies, Standards and in alignment with national and local applicable laws and regulatory requirements. | Meets Expectations |
| Ensures all local building regulations are met and the buildings are safe and secure. | Meets Expectations |
| Maintains critical equipment (alarms, phones, radios, other safety and security systems). | Meets Expectations |
| Reports incidents according to guidelines in IRS. | Meets Expectations |

## Assignments Line Manager - Start up talk comment

The main focus this year will be on the new way of doing the audits and Sec Check.

## Assignments Co-Worker - Start up talk comment

## Assignments Line Manager - Follow up talk comment

In our start up talk we spoke about concentrating on the new way of doing the audits. We had to adjust a little on that plan due to technical reasons, but Rick has adjusted to these technical reasons and continued with his output of very good audits.

## Assignments Co-Worker - Follow up talk comment

## Assignments Line Manager - Performance Review comment



# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

Rick arrives at 4am everyday and ensures the safety and security of the customers/co-workers and property by being visual inside the store and down inside the garage. He takes all his safety assessments very serious and ensures there is follow-up on each one. He stays abreast of IKEA's policies and procedures thus ensuring a safe and secure work and shopping environment for customers and co-workers alike.

Rick is the first agent to check all critical equipment in the morning, making sure they are in working conditions for the incoming agents. During the early morning hours of 4am to 9am he is solely responsible for the input of all IRS incidents/accidents. He also secures the building by signing in all early morning vendors and checking their identification.

## Goals

**Transform - Fulfillment** (Unit to achieve goals for Flows 7&8)

| | |
|---|---|
| Weight | 20 |
| Insufficient: | Below = Below Goals |
| Improvement needed: | Partly Meets= Achieve goal in flow 7 or 8, in $ and % |
| Good: | Meets = Achieve goal $/% |
| Excellent: | Exceeds= Above sales goal $/% |
| When you will do it? | |
| Comments Line manager | Goal Focus= Food Safety<br>Failed one audit, score of 90.6% |
| Comments Co-worker | |
| Result | Partly Meets Expectations |

**Growth - Total Sales**

| | |
|---|---|
| Weight | 20 |
| Insufficient: | Below = 95% |
| Improvement needed: | Partly Meets = 95% - 98.9% |
| Good: | Meets = 99% - 101% |
| Excellent: | Exceeds = 102% and up |
| When you will do it? | |
| Comments Line manager | Goal Focus= Total Sales $105,065 |
| Comments Co-worker | |
| Result | Exceeds Expectations |



# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

**Growth - Bottom Line**

| | |
|---|---|
| Weight | 20 |
| Insufficient: | Below = 95% |
| Improvement needed: | Partly Meets = 95% -98.9% |
| Good: | Meets = 99% - 101% |
| Excellent: | Exceeds = 102% and up |
| When you will do it? | |
| Comments Line manager | Goal Focus= Bottom line 102% and up |
| Comments Co-worker | |
| Result | Exceeds Expectations |

**Love - Co-worker Engagement**

| | |
|---|---|
| Weight | 20 |
| Insufficient: | Below = Below 65 or Regression |
| Improvement needed: | Partly Meets = 65-74.9bp OR 1-5bp improvement |
| Good: | Meets = 75-84.9bp or 5-14.9bp improvement |
| Excellent: | Exceeds = 85bp or better OR 15bp improvement |
| When you will do it? | |
| Comments Line manager | Goal Focus= Co-worker Engagement Sore 80 Store score= 70.9 |
| Comments Co-worker | |
| Result | Meets Expectations |

Unit/Location Goal - Customer Experience (HCS)
Country Goal Stores = 63
Regional Goal set by Market Area Manager

| | |
|---|---|
| Weight | 20 |
| Insufficient: | Below 55 or no improvement % |
| Improvement needed: | Between 55-59 or under 10% improvement |
| Good: | Between 60-63 or 10 - 15% improvement |
| Excellent: | Above 63 or above 15% improvement |
| When you will do it? | |
| Comments Line manager | Goal Focus= Customer Experience & Country Goal Stores 63. Store HCS Physical Meeting Score End Of Year 65 |



# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

**Comments Co-worker**

**Result** — Exceeds Expectations

---

Conduct a evacuation drill.

| | |
|---|---|
| Weight | 0 |
| Insufficient: | |
| Improvement needed: | |
| Good: | |
| Excellent: | |
| When you will do it? | FY21 |
| Comments Line manager | Conducted a successful evacuation drill |
| Comments Co-worker | |
| Result | Meets Expectations |

---

Conduct evacuation drill during FY21

| | |
|---|---|
| Weight | 0 |
| Insufficient: | |
| Improvement needed: | |
| Good: | |
| Excellent: | |
| When you will do it? | FY21 |
| Comments Line manager | Rick conducted evacuation drill |
| Comments Co-worker | |
| Result | Meets Expectations |

**Final Comments Line Manager**

**Final Comments Co-worker**

## Leadership capabilities

**Inspire and clarify** — Meets Expectations

   Comment

**Unleash entrepreneurs** — Meets Expectations

   Comment

---



# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

**Create customer value** — Meets Expectations

Comment: Rick supports our customer value by completing safety assessments, finding any safety issues, and having them corrected before the customer enters the store or immediately upon findings.

**Lead with IKEA values** — Meets Expectations

Comment

**Build strong relationships** — Meets Expectations

Comment

**Collaborate and co-create** — Exceeds Expectations

Comment: Rick's ability to approach bad situations, listen, and offer helpful advice is very good. On one occasion during opening of the store there was a very loud and rude customer in the returns lin. This customer was cussing and trying to entice other customer to join in with his negative actions. Rick was notified by the Operations Manager that he might be need in returns. He immediately made his way to returns, approached the irate customer, immediately got him to stop the profanity, lower his voice, and explain to the duty manager what was the problem. In the end everyone left satisfied and safe from this situation.

**Leadership capabilities Line Manager - Start up talk comment**

**Leadership capabilities Co-Worker - Start up talk comment**

**Leadership capabilities Line Manager - Follow up talk comment**

With his knowledge and experience, Rick has the capabilities to be a very good leader in the R&C department.

**Leadership capabilities Co-Worker - Follow up talk comment**

**Development plan**

**Strengths and Development Areas Co-worker**

**Strengths and Development Areas Line Manager**



# PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

## Development Area
Lead with IKEA values

Training

**SMART Goal**
Conduct Evcuation drill

**Development actions**
Conduct a evacuation drill with coworkers during morning hours before store opens.

**Resources to support you (training/workshop/self managed learning/coaching etc)**
Team Lead and Site Admin coworker

**How will you measure progress?**
Success of the drill

**When will you do it? Start date & end date**

| | |
|---|---|
| Start date | 1/1/2021 |
| End date | 7/31/2021 |

**Status - Done**
Rick conducted a successful evacuation.

## Conclusion performance evaluation

| | |
|---|---|
| Goals | Meets Expectations |
| Assignments | Meets Expectations |
| Leadership capabilities | Meets Expectations |
| Total score | Meets Expectations |

Comments

## Line manager comment

## Co-worker comment

## Feedback to the manager

## Continuous job chats



## PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Co-worker | Ricky Singleton | P&D cycle | FY21 |
| Co-worker ID | 10014910 | Date | 10/28/2021 4:28:30 PM |
| Job | Risk & Compliance Co-worker | Unit | US IKEA Washington |
| Work Area | Operations | | |
| Line manager | Leslie Hendricks | | |

**Leslie Hendricks - 3/27/2021**

New audit process not working properly. Old audit process worked better. Looking for better communication within our department and other departments. Any new training rollout need to be better.

# coworker performance evaluation

| Rick Singleton | Davara Worthy | Safety &Security Agent | 09/01/2010 08/31/2011 |
|---|---|---|---|
| Name | Manager Name | Position | Review Period Dates |

Performance Evaluation type    ☐ 90 day   ☒ Annual   ☐ Developmental / Re-evaluation

## your performance

Check the appropriate box and indicate the overall rating for the competency. **Key areas** for top performers are indicated in **bold type**. Not all items within each competency are of equal importance.

| everyday expectations | excels | meets | needs improvement |
|---|---|---|---|
| 1. Is on time and is ready to start work, returns from breaks and lunches in a timely manner | ☒ | ☐ | ☐ |
| 2. Maintains acceptable attendance record | ☒ | ☐ | ☐ |
| 3. Adheres to the NPA personal appearance standards, dress code, and wears/uses the appropriate PPE (personal protective equipment) | ☒ | ☐ | ☐ |
| 4. Works Safely; keeps the work area safe and clean; follows safety guidelines & standards. | ☒ | ☐ | ☐ |
| 5. Sees work through to completion without being asked, takes pride in the work area | ☒ | ☐ | ☐ |
| 6. Demonstrates flexibility and responsiveness to changing business demands, i.e., makes effort to have maximum availability during peak selling days and weeks. | ☒ | ☐ | ☐ |

| focusing on the customer | excels | meets | needs improvement |
|---|---|---|---|
| 1. Is reliable, does what he/she says he/she is going to do for their customer, follows through without direction | ☒ | ☐ | ☐ |
| 2. Acknowledges/approaches and greets the customer, is polite and friendly | ☒ | ☐ | ☐ |
| 3. **Is helpful, available, attentive and makes time for the customer** | ☒ | ☐ | ☐ |
| 4. Empathizes; sees things from the customer's point of view | ☒ | ☐ | ☐ |
| 5. Supports mechanical sales process throughout the location | ☐ | ☒ | ☐ |
| 6. **Takes responsibility for customer issues; anticipates customer needs; provides exceptional service; offers suggestions or alternate solutions** | ☒ | ☐ | ☐ |

| performing the job | excels | meets | needs improvement |
|---|---|---|---|
| 1. Completes assigned daily routines and tasks on time; follows correct procedures | ☒ | ☐ | ☐ |
| 2. Takes initiative and prioritizes effectively; prepares for the activities ahead | ☒ | ☐ | ☐ |
| 3. Demonstrates attention to detail to ensure accuracy and quality standards are met | ☒ | ☐ | ☐ |
| 4. **Focuses on the task; continues to be productive with limited supervision; makes good decisions** | ☒ | ☐ | ☐ |
| 5. **Approaches work with energy; is enthusiastic and is committed to perform the role** | ☒ | ☐ | ☐ |
| 6. Demonstrates cost consciousness in everyday tasks | ☒ | ☐ | ☐ |
| 7. Responds to issues and opportunities with a sense of urgency | ☒ | ☐ | ☐ |

| taking responsibility | excels | meets | needs improvement |
|---|---|---|---|
| 1. Willing to try new things to make a positive contribution and learn from mistakes | ☒ | ☐ | ☐ |
| 2. Finds simple solutions and uses all available resources and information | ☒ | ☐ | ☐ |
| 3. Asks questions, willing to share ideas to increase knowledge or understanding | ☒ | ☐ | ☐ |
| 4. Accepts responsibility for his/her own learning and development (training plans, development plans) | ☒ | ☐ | ☐ |
| 5. **Has knowledge of department/location goals, KPI's and is actively working towards them** | ☒ | ☐ | ☐ |
| 6. **Gets involved in working groups, teams, activities or department meetings to improve location performance** | ☒ | ☐ | ☐ |
| 7. Positively reacts to change; is receptive to feedback and focuses on solutions; voices concerns in a constructive way | ☒ | ☐ | ☐ |

| cooperation & communication with others | excels | meets | needs improvement |
|---|---|---|---|
| 1. Demonstrates the values of "Togetherness and Enthusiasm", helps, supports and makes time for others | ☒ | ☐ | ☐ |
| 2. Is honest with his/herself and others, is and straightforward in cooperation with others | ☒ | ☐ | ☐ |
| 3. **Talks to the appropriate people, listens, and shows understanding** | ☒ | ☐ | ☐ |
| 4. Treats others respectfully regardless of differences, demonstrates patience and tolerance when working with others. | ☒ | ☐ | ☐ |
| 5. Remains calm and in control of their emotions, acts and presents confident | ☒ | ☐ | ☐ |
| 6. Informs others by passing on business related information | ☒ | ☐ | ☐ |
| 7. **Works to develop effective working relationships; includes others** | ☒ | ☐ | ☐ |

Human Resources

## your performance goals

### contribution to location goals – this review period

| | exceeded goal | met goal | did not meet goal |
|---|---|---|---|
| **Business Goal:** Seccheck -100   Recovery -75   Transfers -2.4   productivity -$273   store sales -91.7 mil | ☒ | ☐ | ☐ |
| **Customer Goal:** Customers Accidents – less than 10 | ☐ | ☒ | ☐ |
| **Coworker Goal:** Coworkers accidents – less than 10   coworker voice – 650   Audits completed on time – 100% | ☒ | ☐ | ☐ |

*The information provided is not the sole determinant of the rating. In order to achieve a satisfactory rating, not only must the goal be achieved, but also the methods used must be in line with IKEA practices and values.*

### location goals – next review period

| | Expected Goal Contribution to Exceed Expectations | Expected Goal Contribution to Meet Expectations |
|---|---|---|
| **Business Goal:** | | |
| **Customer Goal:** | | |
| **Coworker Goal:** | | |

FY 13 US Business Focus – *[illegible]*

FY 13 US Customer Focus – *[illegible]*

FY 13 US Coworker Focus – *[illegible]*

## summary

### prior performance issues
Were there any performance issues addressed during the review period such as Corrective Actions, incomplete action plans, etc.? If yes, provide a brief description.

Has sufficient improvement been made?   ☐ Yes   ☒ No

Comment:

**overall summary comments** and/or examples of performance for the review period – list areas of contribution to the location or department, achievements and areas of development needed/suggested. If a Coworker receives a "1" or "2", then evidence of the performance deficiencies should be noted and if the coworker received a rating of "4", special recognition should be noted.

This year Rick Singleton continued to demonstrate his dependability, dedication and professionalism by always being available when needed for the store. This year there was a lot of turnover in the department but having Rick to depend on made it easier to ride through. His consistency in his knowledge and application of everyday work routines like completion of audits sets a standard for the department. Rick continues to excel in the level of maturity, professionalism and being a team player amongst his peers.

This year Rick further extended himself by taking the initiative to step up to the plate as a leader in the Safety and security department. During emergencies situations, Rick took on the responsibility to take charge and resolved the issue with no supervision. This was demonstrated during the earthquake as a big example. He has also stepped up and takes charge during his manager's absence and handled and communicated issues in the process. He is definitely shown his growth as an agent this year.

My expectations of Rick Singleton is to continued to be a leader in the department and be consistent with the training of new hires as well as existing members in the Safety and security department. Keep up the great work and continue to raise the bar in excellence in the safety and security department. Rick is definitely a great asset to the Safety and security department. A job well done for the year 2011.

Human Resources

coworker response:

Human Resources

## overall summary

This overall evaluation represents the total level of performance. It is to be completed upon finalization of the performance evaluation meeting.

| Rick Singleton | 12/2001 | 10014910 | 9/1/2010 08/31/2011 |
|---|---|---|---|
| Name | Date in Position | Coworker ID | Review Period Dates |

### Overall Rating

Manager Rating / Agreed Upon Final Rating

**4 – Exceptional Contributor** [X]
- Exhibits leadership by example among peers in all aspects of work performed.
- Makes a significant contribution to the department/location goals.
- Demonstrated performance is outstanding and consistently exceeds established expectations of the position.
- Exceeds stated expectations in the outcomes in work quality, quantity and timeliness.
- Takes on or is given greater responsibility.
- Most demonstrate "Excels" in most areas in the competencies, including the key areas within each competency. Key areas for "Exceptional Contributors" are indicated in bold type.

**3 – Fully Meets Expectations**
- Performance is consistently at standard, or periodically exceeds the standard and results are as expected.
- Coworker has carried out the tasks, duties and responsibilities required of this position with full competence, in terms of both what was done, as well as how it was accomplished.
- Makes a contribution to the department/ location goals.

**2 – Below Expectations/ Partially Meets Standards**
- Performance requires improvement or is inconsistent both in actions and results.
- Coworker does not consistently carry out the tasks, duties and responsibilities required of the position with full competence, in terms of both what was done, as well as how it was accomplished.
- A coworker receiving a rating of "2" is denied merit increases and will be given a merit assessment at 6 months after the performance evaluation provided they have improved performance to an acceptable rating.
- A performance evaluation will be given within 6 months. If sufficient, sustained improvement is not shown, at any point further performance discussions or corrective action may occur.
- A Performance Improvement Plan is required.

_____ – Next Re-evaluation Date

**1 – Below Expectations/ Needs Improvement**
- Performance is unacceptable and requires significant improvement. Results are below established IKEA standard.
- Coworker fails to achieve basic requirements of the position.
- Coworker has had documented performance discussions within the review period.
- A coworker receiving a rating of "1" is denied a merit increase.
- A performance evaluation will be given within 90 days. If sufficient improvement is not shown, at any point further corrective action up to and including termination of employment may occur.
- A Performance Improvement Plan is required.

_____ – Next Re-evaluation Date

### Annual Performance Evaluation: Merit Increase

Prorate Criteria – when did the coworker start in the current position?
- [ ] before October last year (100%)
- [ ] between Oct and Dec last year (____%)
- [ ] between January and March this year (100%)
- [ ] between April and June this year (75%)
- [ ] between July and September this year (50%)
- [ ] on or after Oct 1 this year (no increase)

| $15.99 | 3.50 | .56 | $16.55 | 1/13/12 |
|---|---|---|---|---|
| present rate of pay | % increase | amount of increase | new rate of pay | effective date of increase |

Performance Evaluation Prepared/Given By   11/16/2011 Date

Reviewed by Steering Group Member   10/3/11 Date

Human Resources   11/8/11 Date

Coworker Signature (____ type name)   11/16/2011 Date
Human Resources