# EXHIBIT

## 19

Daily Ledger

*8/12/20: Mansour received a personal package at work. Heidi left at 4:20pm. Afari took key 14 home with him.*

8/13/20: Alex signed key #14 in for Afari and backdated it to 8/12/20. Alex was still working after 3pm even though she was scheduled to leave at 2pm. Then she stayed in the coworker entrance talking to a coworker for 5 min. Alex walked by me at the switchboard at 4:28pm. She said she was off the clock and had purchased an item. She showed me the receipt and left.

8/20/20: Alex left work at 2:20p. She returned just after 3:10pm. She came through the switchboard and entered through to the cashlanes. I was in the back, scanning packing slips. She made a call once she saw I was not at the desk.

Michelle sent me an email on 8/19 that said I needed to make basware a priority. I was absent on the 19th, so I took care of Basware on the 20th when I got in. There were 5 invoices in basware, and I reviewed 25 of them on 8/20. I reviewed another 6 in the first couple of hours of my shift on the 21st. I am currently waiting for both Fred and Cordelia to stop by the desk to sign a total of 6 more invoices. I have over 10 more invoices printed that need signatures from Team Leads I won't see until Monday, 8/24. Michelle singled me out to cover basware, but over the past 2 days Alex has been in, but she hasn't reviewed any invoices. Interesting that I was emailed to make it a priority, while no one else was.

8/21/20: Possible sabotage. Alex turned off the security radio that stays on the desk. If I hadn't wiped it off first, I wouldn't have known the radio was off and I would have been out of contact with the only agent on shift and Duty. The radio is never turned off between shifts, especially when 2 site admins are changing the desk over.

8/21/20: Jair was late for his shift, but he didn't call or record that he was about 15 min late.

8/26/20: The tech from united media solutions came in to fix the microphone. I was doing too many things while I was checking him in and didn't ask him to read the covid questions, I told Heidi he still needed to answer the questions. She walked to the front and read the questions out to him.

8/27/20: When Patience came in this afternoon, she said she had 1 yes answer. When I started to call Duty, she started laughing and said she was just joking. Then when Joe D. came in, I was talking to a coworker asking about blue shirts being ordered. Joe took his temp and went to walk upstairs. I called out to him as he walked through the door, but he didn't come back. I called Duty, because I just saw Omar go upstairs. I told him Joe did not answer the covid questions. Omar said he saw him walking past admin. He called me back a minute later to tell me that all his answers were no. This is not the first time Joe has tried to walk past me without answering the questions. I have to call him back from the doorway everytime.

Penny asked me to update the reception log with the cookshop alarm door that went off at 1:05pm. I didn't add it, because she forgot to leave the note about how it ended, ex: all clear. It only says "cookshop alaram 1:05". She didn't leave until 1:30, and since she didn't leave the all clear, I didn't want to leave it half entered.

9/1/20: A coworker came in when I was taking over the desk right after 1pm. He walked past the desk, and I didn't see him get a temp check or answer the questions. I tried to call him three times before he walked through the door, but he didn't acknowledge me. I turned to call out the R&C door, but Les was blocking the door. He didn't come in, he just stood in the door frame while he was on the phone. It turned out that he was on the phone with Michelle. After he hung up, he left the office coworking he actually came in for. Coincidence? I got the feeling I was being set up, but I will wait to see if they try to push anything. Another coworker did the exact same thing right after 2pm. Vance was in the back office and he helped me out by tracking the coworker down because he heard me calling out to him. The coworker was coming in from a break and had his headphones in, so he didn't hear me calling. He said he didn't stop because he had already temped and answered the questions earlier. Just another example of how things can fall through the cracks.

9/3/20: Both Alex and Jair were supposed to be in at 5:30pm. Both of them were late and didn't call. Vance agreed to take the desk, so I could leave. I didn't clock out until 5:36pm, and neither of them were here yet. Jair came in as I was walking out of the door, but Alex wasn't here when I drove away at 5:40pm.

9/8/20: Carolyn is a no call no show tonight. Don poked his head around the window btwn 7-7:30pm. He asked if we had any word from Carolyn yet. I know that TL's already know about it.

9/9/20: Michelle sent an email today about Jim stepping down from TL for personal reasons. His schedule is pinked out on the manager's schedule. Michelle said they won't be filling his position at this time. Heidi's schedule is pinked out in a couple of weeks as well, Sept 20. There is no information as of yet, why that is so. She is still on our schedules in the office though.

Also, I called that I was going to be tardy at 1pm for my 2pm shift. Heidi marked me down as calling tardy for a 1pm shift, so it would look like I called after the start of my shift. She marked me as calling at 1:03pm for a 1pm shift. I wasn't scheduled until 2pm today.

9/11/20: I called EBI at 3:45 and spoke with Tiffany. I explained to her the situation, and she said the 8th grade ID counts because it doesn't specify an expiration.

Today when I came in Vance said I needed to do Tileyah's site admin in processing. He had already made her a badge. I got her a locker and her uniforms. When I went to do her I-9, she had her birth certificate and social sec card. I explained that I needed a picture ID as one of her items. She told me she had her School ID from middle school. That is when I called EBI. Once they approved it, I went to do her I9, but I saw that the name on her id did not match either her birth certificate or her social sec card. She said she had her name changed on both after that year. I asked Michelle about the situation, and she called Dianna. She said we couldn't use the ID and asked if she could bring it back later. I had already taken the desk, so she went to talk to Tileyah. She called back and said her mother would be bringing in another ID. I verified the importance of having a proper id, and said she also had her birth certificate and soc card. I said I would let Alex know what was going on too, and make sure to get her I9 before she leaves.

Michelle called back and asked what was happening with her. I said she already has her badge, locker, and uniforms. I explained that I was here on Tuesday, but I was under the impression she didn't show up. Dianna had called and asked if she was waiting at the coworker entrance yet, so it sounded like we were waiting for her to come in. When I was talking with her today, I found out that she was here on Tuesday after all. I don't know why neither Dianna nor myself were made aware that she was there. All onboarding managers know that new coworkers have multiple items to get from Site Admin/HR on a coworker's first day.

I also sent Heidi an email about Carolyn not calling out on 9/8 and the fact that I was not trying to cover it up, but it seems like someone may be trying to frame me as such.

9/14/20: I checked the new coworker checklist when I came in, and I see that it doesn't say Tileyah's I9 was completed. I confirmed with Michelle that Tileyah's mother would be bringing in a valid ID with the correct name on it. Before I left, I also went over the whole situation with Alex, so she knew she needed to make sure it got done before Tileyah left. I also stopped by Tileyah in the computer room on my way out. I told her I was leaving and that my coworker, Alex, would be taking my place on the desk. I let her know that she needed to make sure she stopped to see Alex to do her I9 before she left that night. She said she understood and would do it when her mom came to pick her up. Her mother was bringing her ID with her.

There was also an email sent from Tamika Walton about a food invoice missing documentation that she needs for an audit. I tried to look up the invoice, but I can't find a record of it in Basware.

9/15/20: When I came in today, Alex's schedule was scribbled out. She was still on the schedule last night. Since when do we not need to call out if we decide we aren't coming to work the next day?

.

Heidi came down from her meeting and asked if I got her email. I thanked her curtly. She got me the schedules from 3/1/20-4/4/20, which are schedules I did not ask for. She said Basware couldn't pull any of the schedules after that. I asked her for the schedules from mid-April through the beginning of July.

She also told me that we don't have any HL3 positions. The HRSC accidently put Jim in Site Admin instead of SAP when he stepped down from TL. Funny though... if it was an accident, then he would've been on our schedule since 9/6 when he stepped down. But he just suddenly appeared on week 40. The same week that Heidi wasn't here to pos the schedule because she was on vacay. Les printed our schedule as is. Heidi must've seen Jim on our schedule and kept removing him before she printed it. There are no more hours in our department, so I can't be an HL3. It was an administrative error from HRSC because Site Admin shows up right before Site Area Prep, so they must've hit the wrong line.

Then she asked if Sonc was here and left the office in a hurry to go take the door for him.

He came in and said he is gonna do some work now. He will take his lunch at 4:45p, because he will be alone after I leave at 5:30p, until Vance gets in at 7:30p. Alex was supposed to be in at 5:30p, but she is scribbled off the schedule last night.

Alex closed last night. She also did the Duty Sheet. She still added herself as a closer. Which means as of her making the sheet last night, she was still planning on coming to work. When I got in this afternoon, she was scribbled off the schedule for today, Tues 9/15, and for Tues 9/22 as well. Those scribbles happened sometime between last night and this morning. They scribbled out schedules for her even though it leaves the team short, and they did it in lieu of her calling out.

PRINTED 9/15

9/16/20: Heidi approached me when I first got to work. She said Dianna has a check of mine from April that was sent to the store. Heidi reiterated that she did not know anything about it and had not seen the check herself. She said Dianna wanted me to fill out a missing check form so she could send it in to the HRSC. She said I could have the voided check once she sends all of the paperwork in. I called the HRSC and spoke to Tyra. She told me to go ahead and put all 3 checks on 1 form. She gave me the information I needed to put on the forms. She also said that I didn't need to go through HR. She said to just email the form directly to the HRSC.

Jair was not on the schedule, but he came to work and clocked in at 6:20pm. Which means he was added to kronos by a TL. This also puts him into HL2 hours level. He said he was finished with what he was doing and left at 8:30pm, which is when I got off.

9/17/20: Les was late to work today, but he didn't call or log it in.

9/18/20: Jair called out for his closing shift this morning, and Carolyn called out right before her shift was about to start. Ronda will be closing by herself now, and she was only scheduled until 10pm. Now, she has to stay late, and she will be alone this evening.

Heidi said we don't need to fill in the posting sheet anymore. She told Omar we were doing too much, so he is doing that now. Heidi said she will go over the whole process with framework PO's when we work together next Tues, 9/22.

9/22/20: I'm looking over the sharepoint sites, and there are a lot of instances where it says that I've viewed things that I've never seen before. It says I've viewed something in every single sharepoint listed, but I haven't even heard of most of them.

Also, when I came down from my break, Heidi and Les were in the office going over everybody's attendance. They wanted to make sure I knew that was what they were doing. Les would call out the date, and Heidi would

answer if there was sick time used or not. They did Vance and Ronda after I entered the office. So, I downloaded all the attendance logs from 2020. I also noticed that March is completely blank. It said Heidi modified it 7 hours ago. She erased everything, so now it is blank.

9/23/20: I sent an email to Michelle and Dianna about an unsafe working condition in the coworker entrance. A coworker coughed in the window without a mask and didn't cover his mouth either.

Also, Bruce took a 40 min lunch today. I've noticed that when he goes for 30 min, he will check back in at the desk when he gets in, but when he gets back later than 30 min, he just tries to slip upstairs.

9/24/20: Alex came in at 5:15p even though she was scheduled at 5:30p. She was working in the back with Heidi and right outside of the door until I left. She may have waited to clock out until 5:30pm, but then she was still working on the clock in front of her TL.

9/28/20: Michelle is supposed to be closing Duty today. But she is not here, and she hasn't been logged in the attendance book. Other Managers and Team Leads are shuffling the Duty position around other duties and meetings. I only mention this, because she is putting a strain on others to pull Duty. She wrote me up for my proper call out which she stated required her, "Duty," to fill in at switchboard. It was a clear example of targeting that she added that to my write up, which did end up canceled. But it is an excellent example of the things she does to target me.

Suzanne asked me if I could make a PO. But then she told me she though Alex already made it. I have tried looking it up, but I don't quite remember how to look up POs that are not my own, since I don't receive copies of all of the POs anymore. Suzanne asked me to look into it in her email. I am going to forward it to Heidi, because she works in the morning anyway. I think we should make sure Alex did or didn't make the PO before I make a duplicate.

9/30/20: A coworker asked me to check the attendance log, and while I was looking through it, I found an entry from 9/28. After I left that day, Omar had Carolyn add Michelle as a callout. He said he received a text from her at 1:30pm. Unfortunately, texts do not count as proper call outs. Michelle was a no call no show on Monday, and Omar was trying to help her cover it up. They waited until after I left, because they knew I would say something. Call outs are supposed to go through the switchboard. Duty isn't even supposed to take them, but due to the procedure changing multiple times, that is tolerated. Omar may have been Duty, but even then, it is in the policy that text messages don't count as proper call outs.


**New Year New Ledger**


1/21/21: Michelle came in at 1pm. I did not see her temp, and she definitely did not answer the questions. I was taking a callout at the time, so I closed the window a little bit, but it was still open a little as usual. She fidgeted with her badge at the door, and then went upstairs.

1/28/21: Last week, I reported Marwa for shopping on the clock. This evening when she came in, she temped and went upstairs without answering the questions. I was talking to a new coworker at the time, but she did not meet my gaze, seemingly on purpose.

Ronda went on lunch at about 5:10pm. Kofi came down about 5 min later and was asking me about Jair calling out. He said Ronda told him that Jair called out tonight for 1/28 and 1/29. I told him that no one told me he called out and I don't know anything about it. There was nothing in the attendance binder or the attendance log. I had been on the desk all day except for about 5 min around 3:45p when I ran upstairs to drop off some forms in admin. When I came back down, Ronda told me that

Kali left early, but she didn't say anything about a callout for fair. She never mentioned to me that he wasn't coming in that night. When Alex came in, I told her about Jair possibly having called out. She looked at the schedule and said that's why they already fixed the schedule and pointed to things that were on the schedule before I came in.

1/29/21: When I came in this afternoon, I saw that Alex had entered Jair as calling out at 2pm yesterday. He didn't call out to the switchboard, because I was here all day. She also logged him in the binder, but she didn't update the attendance log. I checked the Duty sheet today, because Heidi didn't do it this morning. I also added him calling out for yesterday and today in the attendance log, but I didn't add the time because I know it to be erroneous. // Jair called at 4pm to call out for his 5:30 close shift. I took the call out down like usual and called duty. – If he had called out for today's shift yesterday, then he wouldn't have called in to call out today.

Then, a little after 2pm Ronda asked me who was here. Then she asked specifically if Michelle was here. I said she is closing, but I haven't seen her yet. Ronda said she didn't think Michelle is coming in. Yesterday, "they were saying her son is sick." So, she doesn't think Michelle is coming in. Michelle is still on the schedule for closing, but she didn't call out.

Heidi didn't do any of the opening site admin items, so I got them all done. When I went over attendance with Duty, there were numerous discrepancies. Bruce had 9 coworkers listed as call outs that I didn't have.

2/1/21: Dina needs the pcard. Due to our new procedure, I asked her a few questions that seemed questionable, but she told me that Michelle said it was fine and that I could use the pcard. When she turned in the pcard, she didn't have a receipt. She said she was going to pick up the order in an hour and return with the receipt. She said Michelle said it was fine. She left for the day and did not return with the receipt. I noted in the pcard log that there was no receipt turned in.

There are numerous call outs for 2/1 and 2/2 due to the snow storm and dangerous road conditions.

2/8/2021: When Michelle left today, she stopped and asked if Ronda was in the office. I told her Ronda was at the cashlanes. Ronda had called for Sone to meet her at the cashlanes just a couple of minutes before Michelle went to meet her, and left a few minutes later. A few minutes after that, Ronda and Sone were talking about two visitors that they were watching. At about 4:15p I got a call from James D. in Self serve. I surmised he had a customer who was complaining about being harassed by a security guard. Once the gentleman was explaining what was happening James said he didn't need me and was calling a TI instead.I called him back at 4:26p, to make sure he didn't need my assistance. He said Diane was coming to take care of it. I deduced from the communication over the radio, that Sone and Ronda were watching the customers and they were complaining about them. Ronda kept asking if he could see them and what was happening. Sone commented over the radio that he could see the man with James in Self serve. The communication at 4:30p was that he watched the man go through the cashlanes and he didn't have any merchandise with him

Ronda and Sone returned to the office at around 4:40p. They were laughing about the exchange. She saw them go towards the elevators with some jelly, so she told them they needed to pay first. Then she followed them around. She mentioned watching them while Michelle walked up from the other direction. She did not mention that she was following them around for over 30 min. She was saying that she followed them around and implied that she prevented them from shoplifting. She said they put some things back because they knew she was watching them.

.

April 6: Ronda got a personal call at about 4:10pm. She was scheduled to 4:30p. She told Heidi she had an emergency and needed to leave. She only had 15 min left anyway. She told her to let Michelle know if she got a chance. She did not tell Duty to have me log her in as leaving early. She didn't say anything to me or look in my direction on her way out. I happened to overhear their exchange in the back office.

June 19: Ronda handed me the video log book and told me to write down when she was walking in the garage the other day and I had switched it to garage view in the front office. I told her I didn't remember, and she said it was on the 17th. She wanted me to log it in as if it had been reviewing the cameras. I didn't write it in, because I wasn't reviewing camera. I never review the cameras, as I am site admin. Only agents review camera footage. The live feed is always on in the front office. She was singling me out as though I was actually watching the cameras, which I wasn't. The log book was created to track when and why agents have to review the recorded tracks or live feed for specific reasons or for incidents that have or are occurring. It was a strange and inappropriate request. I am puzzled as to why she would ask me to write something in the log like that, as none of the

entries are about anything similar. All of the entries are about agents reviewing recorded footage, usually for Customer Service inquiries. I haven't pulled up footage to watch anything recorded on our cameras. If what she was asking were the case, we would have to log it in every time we sit at the desk. And every time we watch Guarda go to the Cavli office, which is what is stated in the policy. It definitely doesn't sit well with me, and I feel like she has an unstated agenda. I understand the differences between Risk Agents and Site Admin. I never try to do their job or speak as an agent. I complete my tasks and rely on the agents to complete theirs as well.

Also, when I came down from lunch, Ronda was in the back office telling the other agents about her escapades trying to sell her Tesla. The conversation lasted over 15min. Then she packed up and left, and one of the agents went on lunch. Just noting the fact that everyone in here takes plenty of time out doing what they are supposed to. She shouldn't be clocking me to get back on the desk. She wasn't clocking herself, or any of the agents to get back on the floor, or back to their work. I have other things that I do upstairs, and sometimes I am only relieved for lunch. I try to get all of my upstairs things done while I can when I'm off of the desk. That happens to fall after or before my lunch break sometimes.

June 24: I left the desk a little after 12:30pm. Ronda relieved me, as she was the only agent in the store at the time. I went to the bathroom and washed my hands, and then I clocked out for my lunch at 12:45pm. I clocked back in at 1:15pm. I went and put on a new mask and grabbed a cup of water from the Staff Café to take back to the office with me. Then I proceeded to admin to check on supplies and redistribute and reorganize the drawers and cupboards as usual. I returned to the desk at about 1:20-1:25pm. When I walked in the office, Ronda asked me what was going on with my extended breaks. I calmly replied that I don't take extended breaks, as I take regulated breaks according to the break policy, which is evident by my timecard. When I am off of the desk and upstairs it is the most prudent time for me to check and reorganize the supplies in admin. I also attend to any other Site Admin responsibilities as needed upstairs on other days, such as following up with managers and team leads on any outstanding business and fielding coworker questions and requests as they approach me when they see me upstairs. I told her that I changed my daily workings in response to our Cavid changes and stopped leaving the desk except for at my lunch break and at the end of my shift. I started doing all of my Site Admin tasks while I was away from the desk at lunch, so there would be as little desk switchover as possible. Since restrictions are lifting, I have been leaving the desk more often, but I still usually leave all of my normal Site Admin tasks for my lunch break. I used to remind the agents relieving me that I have tasks to complete upstairs after my break, but it has been so long and I'd been told multiple times by the agents that it didn't matter, and to take as much time as needed to get everything done. They'd be fine on the desk until I got back. It got old, so it kind of fell off of the conversation. This is background info I was giving Ronda. Most of the agents are fully aware that I complete my tasks while I am already upstairs. I said if this issue comes down to communication, I can be more communicative. It was an old question of whether or not reception should take a radio on lunch breaks, but it was decided that reception didn't have to, and it followed into Site Admin. Sometimes I would still take a radio if there was only one agent, and we didn't have anyone else to support if there were any problems, but for the most part, I never take a radio. I also explained that in the past, before covid, I would stop back downstairs after my lunch to let them know I was done, and then tell them I had to go back upstairs to complete some Site Admin tasks. Multiple agents expressed that it was silly for me to stop back downstairs after my lunch, just to go right back up. That was why I just started completing them after my lunch in the first place. They said they knew I had things to do, so just get them done and then come back downstairs. Ronda started explaining that Risk and Site Admin are completely different departments, and she doesn't want agents having to cover the desk. They have new and more complicated assessments, so they need to be on the floor completing them at the computers in the back typing them up and sending them out. She also said, she was thinking about hiring a new site admin coworker. She is still discussing it with Michelle, but they aren't sure how they want to proceed. She is looking into it. She said she doesn't have agent hours, but she has plenty of Site Admin hours, so she doesn't want to use them for the desk. She said, when she's here it's no problem, and I can take as long as I need upstairs. She asked me to take a phone on lunch with me, so I can let her know when I finish my lunch. She said she would not call me, and I don't need to answer any calls on lunch, I just need to call down and let her or the agent know that my lunch is over, and I have tasks to complete upstairs. When she was talking, she definitely made some comments which let me know that she had been talking about this with someone else. My first though would be Les, because of his personal issue with me. It is an interesting conversation because I have witnessed him take extended breaks on multiple occasions. He has taken his lunchbox upstairs to take lunch and returns 45min 1hr later. It is interesting that he would discuss my alleged "extended breaks" when he exhibits the same behavior on a regular basis. It's also funny that Michelle tried to bring up a similar issue in the past, and I replied in the exact same way as I did with Ronda. I also started keeping a detailed ledger of my daily tasks and times of completion. It was a daunting task, as I am so proficient at work, so it fell off after a while, but I did note that no one mentioned it again until just now with Ronda.

June 26 Cont: When I walked in the back at 3:10pm to email myself a document, the camera was pulled up on the switchboard again. It wasn't like that earlier, so someone must have pulled it up between 12:30p and 3pm.


Side Note: Ronda keeps pulling up the camera on the Switchboard when she comes in. Every time it is on the same view as in the front, she pulls up the 4-screen view with the Switchboard while I am working.


June 30: I asked Rick to take the Switchboard for me because I had a meeting upstairs at 10:45am. He took the desk at 10:35am. I came back down from my meeting at 11:20am. Ronda was on the desk. She handed the desk over and walked in the back. When I didn't inquire about her being at the desk, she came back into the Switchboard area at 11:25am. She approached me and said she had this conversation with me already the other day. She said that if I need to leave the desk for any reason, then I am not to call the agent on the floor. She said she needs him on the floor whenever there are customers in the building, so she can take the desk whenever I need to get something done or go on breaks. She was adamant that Rick was to stay on the floor due to customers being in the building. I note this as targeting him, because he is the only agent she is concerned with keeping on the floor. Yesterday, there were 4 agents in the back office for hours and nobody said anything about anyone needing to be on the floor. And whenever I had to go upstairs for anything, one of the agents took the desk even though she was in the back the whole time. Caleb came in at 2o'clock and played on his phone in the back office. He left a couple of times to "walk the garage" and "go for a walk", but he always returned shortly and then got on his phone again. Sone was in the back with them, but he was logged onto the 3rd computer facing the safe. They all decided to leave the office after 4pm after having been back there for the 2.5 hours reminding me my shift after the 2 agents came in at 2pm. When I came back in the office from picking up my printed sheets and discussing DICE plans, it was a little after 12pm (12:07p). Ronda was typing up an email, and I knew it was going to be something about me because of her demeanor. She told me to go ahead and take lunch so she could finish what she was doing. When I came back down at 12: 48pm, I logged on and had an email about Site Admin needing to be relieved by her from the Switchboard if she is in the building. It was rushed and poorly typed, but it was another email targeting me. She keeps sending emails during my shift, to the whole team, but specifically addressing something she talked to me about. She is building a case of continual behavior issues and discussions. She does not enforce this with any other site admins or any other agents.

Vance came in at 2 pm. For the most part, he has been on the 3rd computer in the back. He has left on a couple of calls today, but he always comes right back to the desk. When I had to go upstairs, Ronda and Vance were in the back. I walked back there and said that I needed to go upstairs for a minute. Vance was the only one who responded, but when I came back down, Ronda was the one who was on the desk taking a call out. By 3:45, all three of them were in the back office, and there was no one on the floor. They were talking about all sorts of nonwork related topics. (ex: dogs and bad training, lack of poison rehabilitation and reform, poison and diet, exercise etc.) and back to her dog and telling her son people are mean to their pets and that's they attack them. He needs to be careful. People are careful with Kodiak bears. It's the same thing. Her Wrangler and its' shocks, the down payment she paid. Cars in general and maintenance. They literally continued their conversation until Eric came at 4:15pm and asked Ronda about a safety concern he has with the racking stacked unsafely in the back hallway


July 1: Ronda was scheduled to work at 9am. She was here before I got here again. She has been coming in early every time I'm scheduled for the past 2 weeks. It is only happening when I'm scheduled. This morning she approached me at about 8:10 am to finalize the fact that I'm supposed to be out of office at 9am after Penny gets here. Then she said I'm supposed to be working on DICE upstairs. She said she wants me to start documenting the time I spend on DICE. She said it's for informational purposes to use for others who want to join DICE. She also asked me to put on the door of the office all of the DICE meetings for the remainder of the year. I reminded her that DICE meetings are always the first Thursdays of every month. She wants people to be aware so more people can join besides me. Funny though, she doesn't post any of the other group meeting dates on the door. Such as the monthly security meeting that penny attends. It's just the DICE meeting which I attend. I've noticed her slowly coming up with more and more reasons to track me and my time. She is building a case against my productivity, which is ridiculous because I am the most productive person in SA. They actively made me stop doing things in the past because I'm so productive.

Since Penny came in at 9am, she has stayed in the back talking to Ronda about non-work-related topics. They are talking about different modes of travel, Ronda's travel plans, how it is to fly in and out of certain cities, driving conditions and issues, cities not to drive through, travel timing, and how long everyone's vacations are and when they are

July 2: I didn't have a time to fill in what happened yesterday afternoon... Darryl and I had a meeting set for 11am, but his meeting ran late. He called down to the desk at 12:05 and asked if I could come upstairs. I finished the last couple of things I was doing with Penny and went upstairs at 12:15pm. Originally, my meeting was supposed to be over between 12 and 12:30, and I was going to take lunch at 12:30 and Penny was going to take lunch at 1pm. Then, I would have to time to do anything she needed before I went to my DICE meeting at 2pm. But since our meeting was late, it ran late into our original plans. Darryl and I realized it was 1:25p, and we both had to take lunch right then so we could make it to the meeting on time. I figure Ronda should've given Penny a break by then anyway. I forgot to call downstairs on my way into the Staff Café after I washed my hands and grabbed my lunch from my locker. Then I took lunch, and right after that, I had to go to the DICE meeting. Ronda was already in the room when I walked in and was sitting off to the side. Darryl was signing into the computer to get set up for the meeting. I walked in at 1:58pm  Ronda didn't say anything when I entered, and we all just waited until it was a couple of minutes after the meeting was to start. Then Darryl went and made a couple of calls to find out where the other DICE members were. Most of them had the day off or PTO. DK came for Asher, and Lisa came for Naroia. Then we had Javier show up for JF and Gonzalo was there for Loyalty. It was a small but productive meeting. We got out early, so I grabbed my bag from my locker and came back downstairs. I tried to get the Duty sheet done, but I ran out of time. Ronda walked into the Switchboard at 4:30pm, so I told her how far I'd gotten on the Duty sheet, and then I cleaned up my station and left, so she could take the desk. She didn't say anything about the meeting or the switchboard.

Today, when I came in, Ronda was here an hour early again. She just stayed in the front office to make me feel uncomfortable to go in. But I had to fix my mask and get my bag organized in the back anyway.

When I came back down to the office, I noticed a missing time punch she left sticking out from yesterday. She had already signed and dated it that it was entered. It was a time punch that was written in for Caleb's shift yesterday  It said he got there at 4:30pm. But I left at 4.32pm, and he wasn't here yet. None of the spaces on the slip were made using the time clock. All four lines were written in by hand.

I also noticed that the mailcheck that came in yesterday wasn't done because it wasn't in the binder. Alex signed off in the binder that she checked, but it was in the queue before I left yesterday. So, she either didn't check, or she signed off on it even though she didn't do it. I had even told Ronda that I ran out of time to do it before I left, just like I didn't have time to finish the Duty Sheet. Alex also didn't check any of the shopping carts in Shop. All of the shopping carts came in after I cleared them out at 8:30am. There are 3 carts in here from yesterday, 1: 9:15am, 2: 11:11am, 3: 12:27pm  She still signed off that she checked the carts, so if she did, then she didn't approve them.

The other day, Alex said she didn't check her email until after 8pm, so she didn't know James asked us to buy cakes for Concept Green. What is she actually doing when she gets to work, if she isn't actually checking the items on the Site Admin Binder list? And why does Ronda try to come at me like: I'm not doing my work, when I complete all of my tasks completely every day? Only one possibility: Targeting.

This morning at right about 10:15am, Asher came to the Switchboard and told me that he found a whole stack of Home Delivery Customer Delivery slips left outside containing all of the personal information. He said this has happened before and he sent an email about it. Ronda was in the back, so I told her that Asher was reporting a Info Sec violation. She told him he could come around to talk to her about it  I was finishing uploading my packing slips in the back, so I walked in the back to finish my stack. When she saw me walking back to the printer, she blocked him from coming inside and talked to him outside of the Risk Office near the door. Any sort of violation report like that should be handled inside of the office for confidentiality and also coworker safety.

At 2:06pm, Ronda asked me if Caleb called late, and I responded that he hadn't. Caleb came in at 2:15pm. He came in the office and told Ronda loudly that he would've called, but his phone died and wasn't making outgoing calls. Then she handed him a timeslip and said she already entered it. He just needed to take this one up to Darryl's desk.

July 6: Ronda changed her schedule to come in late, and then she called late as well. She comes in early on days when I am the only Site Admin person, but today she came in late, because there was another Site Admin person here. I finished most of the Site Admin tasks for the day, so a little after 10am, I went upstairs to get some coffee. Penny was fine with this, and she was going to take the desk while I was gone. When I walked out of the office, I ran into another coworker that I wanted to discuss

with something that had happened that morning. We walked together down the coashlanes, ands stopped in the middle because that is where the Eco-bils are. We were talking about the situation when Ronda came walking up behind me. She had just started something on the computer, but when I left the office, she left the office a few minutes after me. When she passed by me in the cashlanes, she was pushing a cart to the tunnel, and she didn't say anything to me.

Vance came in at 1:30pm. He has been in the back office since he got here. He was going to sign onto the computer to make a badge for the new coworker who started today, but the computer still isn't on yet. Ronda, Vance, and Les have been talking about a host of topics in the back not to do with work. At one point they were talking about the new coworker's name, but they tried to make it more positive when I walked in the room instead of bad mouthing him as when I was still in the front. They were talking about some inappropriate homicide story and how Ronda's CIA friend told her about things like this and what they were really about. There have not been any agents on the floor since Rick left at 12:30pm.

At about 2:14pm, Ronda and Les came in and she asked him for any Level 2's. They were at the filing cabinet. As they left to enter the back office she also whispered to him in a hushed somewhat aggressive manner "and you need to tell her that whenever I'm not here..." the end got cut off, because she realized how loud she was whispering and dropped her voice even lower

Vance stayed in the office, except for one call to go check the panic alarm at register 12. He finally left a little after 3pm, because he said he was going to walk the garage real quick.

July 7: Khalid called x1000 and asked for an agent and then hung up. Les was in the back, so I asked him to go check on Khalid and see if anything was amiss. Les said Heidi was already over there, but he would observe the situation. A couple of minutes later I got a x1555 call from Rosario. She said a customer was cursing and yelling at coworkers and they needed security. As I hung up with Rosario, Les poked his head back into the office and I told him that I just got a 1555 call from Rosario. He asked for me to call Duty to come to returns as well. I wasn't given any updates on the situation or its resolve. He came back to the office at 11:45a, and said that we were clear, but he did not elaborate on the situation. It turned out that he didn't do anything. Rick was called over, and he took care of the whole situation by himself, even though there were numerous managers in the vicinity and involved in the situation. Rick and Duty (Adrienne) were the only ones who were able to deescalate the situation instead of making it worse

When I came down from lunch at 1:04pm, Les was on the desk. He had 2 things for me to know. Holly needed the t'card for a $5k purchase, and there was a delivery from SM at the back and someone was supposed to be meeting the driver. He didn't say anything about Caleb not being here. He was scheduled to come in at 1pm, but he hasn't called out. It is now 2:40pm, and he has yet to come in or call. Les hasn't said anything about it.

At 1:44pm I got a x1555 call from Badema in Pax. She requested Mr. Lock to the Pax department and hung up. I called Duty and Security simultaneously on the radio. They both responded that they were enroute. Kelley called a couple of minutes later and I told her Duty and Security were enroute and I asked if she knew any info I could relay. She said she wasn't sure yet, but then Duty was walking up already, so she went to assist. Les called the situation as all clear at 1:58pm, but he did not elaborate or tell me anything that had transpired, so I didn't have any notes to add to the reception log. I simply added it as clear.

Caleb came in at 2:45pm. He didn't clock in. At about 2:55pm, he looked at the schedule on the door, told Vance in the back that he didn't know he was scheduled to come in at 1pm, he thought he was in at 3pm. Vance told him these things happen. He went and clocked in.

Les was at the Safety Committee meeting at 2pm, but he never came back downstairs. Vance has been in the back since he got here. He went and helped an IT coworker a couple of times. Otherwise, he has been in the back the whole time. Caleb went upstairs, supposedly to find Les, after he clocked in. Caleb came back down a little after 3:15p, and now both he and Vance are in the back office talking.

July 8: Darryl called to speak to Ronda at 11:35am, but he didn't know her extension. I told him it is 1565, but she just went on lunch. Ronda had just sent Darryl an email about my availability before she went on lunch, so the timing suggests he was calling about her email. But he didn't say anything to me about why he was calling.

At about 11:15am, I asked Ronda if she could fix my Saturday schedule. I'm still being scheduled for 4-10pm, but my availability says 1-9:30pm. At first, she said I needed to talk to Les about it, because he is going on vacation. She wanted him to be aware of my schedule change for Saturday. She also told me that he can make changes to my schedule, as he still has access to Site

Admin's schedule as well. She returned a few minutes later with an availability form and said I needed to fill out my new time for it to be approved by Darryl. I told her that my current availability form has 1-9:30p on Saturdays. She asked me if I was sure multiple times. I reassured her that it is my current availability. She printed out a form that showed me as being available from 4-10pm in the computer system. She said she would email Darryl because he is the only one who can fix that. In the meantime, she put my Saturday 7/10 shift to 1-9:30pm. She said once Darryl fixes it, I should be able to clock in as usual on 7/10. She said she sent the email before she went on lunch.

Ronda has sent multiple emails today about or regarding me but has not cc'd me on any of them. She sent a specific email to the team leads about what to do or report when she is on vacation. She told me she told them to direct any Site Admin things to me as I am her HL3 and I'm supposed to delegate them to the others as needed. She also said she sent one to Darryl about my Saturday availability. She said she sent another one referencing Site Admin and her being back in the store on the 15th but bring back in the area on the 13th. I only received one email from her today, which was to the department letting us know that iShare is starting so we just need to ask for a 30 min chunk of time to take our survey or complete MyLearning.

I told Ronda Darryl called for her when she came back from lunch. She went upstairs to see him and take her food to the fridge. She came back down and asked me to fill out a new availability form. She said Darryl did not have mine for some reason. I asked her about filling out too many availabilities and having it as a bad record. She said not to worry about it, and she would fix the dates to when I turned in my original form.

July 9. 2 fire marshalls came into the switchboard and asked for the security supervisor on duty. I told them my manager was out of the building, but I have an agent. He very rudely responded that I need to get them here. I called for Vance and Duty. Sone had just gone upstairs, so Vance was the senior agent at the time. Caleb came from the back as well and the marhshalls told him that they were there because they received a call about storage in the garage. He said a senior agent was on the way and they should wait for him. Max came down and Vance arrived a few minutes later. Then all three walked out of the coworker door down to the garage.

July 10: Caleb left early, but Vance didn't tell Duty again.

July 12: When I did the duty sheets this morning, I realized that Les printed out the old Duty Checklist that we aren't supposed to use anymore. And he also, didn't add the notes sheet from the 7/10 Duty Sheets, like we are supposed to do per Michelle and the rest of Steering. Rick is the only one they seem to enforce these new guidelines with.

July 13: Caleb called late again yesterday, 7/12, but I's didn't call to let duty know, and it wasn't on the duty sheet.

July 14: The fire marshal came in at 1:30pm today. Michelle and les told me not to sign him in, so I asked him to temp and answer the covid questions only. Then the fire marshal, Michelle, and les stood in the switchboard discussing what was happening. Jim joined them a few minutes later. Michelle asked what we needed to do in order to have storge down there and if it would suffice to put up a few walls. I knew she would need to have an engineer and/or architect look into it. We would also need to see what our building is coded as and if we are permitted to use the garage as storage. The fire marshal explained all of that. Once he had addressed all the storage issues, he wanted to talk about the hazards with the fire pump. (Holes and standing water on floor from leak in the pump.) He asked if the system could suppress and active fire at this exact moment. All three of them said yes emphatically. He asked the last time it was inspected, and they agreed it was within the last few months. He wanted more specific information and Michelle said she would be able to get it to him later. I knew the importance of providing the informatin as soon as possible, and I also knew that the company that inspects it sends the entire work order as documentation with the invoice. I looked it up in Basware and printed out the most current inspection slip. It was from a month ago, and the invoice was from 6/22. I handed the work order confirmation to Les to give to the fire marshal. Both him and Jim appreciated how fast I got it to them and were impressed that I was able to get it like that. Michelle didn't say anything or acknowledge me at all. She was the one responsible for it, but she seemed upset that I helped out.

July 15: I was scheduled to work at 6am, and Ronda was scheduled to work at 8:30am. She was here before I got here again.

Jesse went to Urgent Care earlier due to a significant injury to his finger. He clocked out before he left, and he slipp out in the exit log. He came back around 2pm. He asked me what he was supposed to do about his time. I told him to use a missing punch form for a delete punch. I also told him he had to sign in, because he wasn't currently present according to Kronos. He was very irritated when he explained that he didn't think he was supposed to clock out in the first place, but Ronda told him, 3 times, that he had to. Then he met with Ronda about the workers comp forms, and then he went to see Don about his time punch. When he came back to leave, he asked if he was supposed to clock out now but wanted to know how to get paid for the

rest of his shift. I wasn't sure, so I called Don to ask. Don said to come and put the rest of his shift on the same time punch form, and he will take care of it. It was comforting to have a manager actually know the correct process and procedure.

Ronda was whispering with Vance in the back for a while when he first came in, talking about different people and happenings today. She always whispers with them when she doesn't want me to hear their conversation. But after the work talk, they've been talking all loud about non-work-related items. Currently, they're talking about haunted houses and ghosts, and how someone tore down a haunted house they bought and rebuilt a scary house on the same spot. And roller coasters, and a host of other topics for almost an hour straight.

I also noticed that Darryl was on the manager's schedule for working today, 7/15, but he never showed up.

July 16: Ronda went to take her break at 8:37am. She said she was going to take a nap in her car, but she would have her radio. When Les came in at about 8:48am, she came back into the switchboard area and waited for him to clock in and do his entrance screening. Then she followed him through the coworker door. They stood outside of the office to discuss something before he even came into the office and while she is still supposed to be on lunch. What was so important, she needed to catch him before he stepped in the office around me?

          They came into the office together at 8:55am. Then, after a couple minutes, they started talking about usual security things and about needing to Nick (Nicholas) for something. They continued speaking in loud voices about sec check items so I could hear them.

I came down to the office from lunch and both Ronda and Les were in the front office. Neither said anything when I came back, and they just went back to the back office to finish working on the excel sheet for sec check that they'd been working on all day. At the same time, I didn't get any breaks today because they were working on it all day long.

At 1:50pm Ronda came up to me and said she needed to talk. She wanted to make sure I knew about Darryl's old position being available. She said that she thinks I would be perfect for that position. She said she would be sad to lose me, and not to think of it like she wouldn't be. She is happy to support me and everyone else in the department to go wherever they want to make them happy. She said she knew that I wanted to go back upstairs, and I have her full support. If there is anything I need or anything she can do, she is fully willing to help me in any way. She said I am awesome, and I will be great in that position.

July 20: Penny had said she would give me a lunch at 12:30p, because that's when I like to go. She came down to the office at 12:30p, and then told me that she gets off at 1pm, and she has an appt at 1:15pm. I said she should call Les to take the desk at 12:50p, but she said he was already in his meeting with Michelle. I told her that was cutting it too close, so I would wait to take my break until 1pm, so Les could watch the desk. She said he was in a meeting. I told her I would wait until 5one came in at 2pm, but she said that was too late, and I needed to go now before the 5 hour mark. I pointed out that there was no way I would be done with my lunch because it was already after 12:30pm. She insisted that I go and said she would be fine even if she stayed until 1:10pm. I gave in because she was so adamant. I went upstairs right after our conversation, and I clocked out at 12:35am. I clocked back in on time and came straight back to the office. When I came down, she was talking to Les in the back office. When I entered the office, she said goodbye to me and then she stopped to talk to Les for a minute to finish their conversation. She made a big deal about the timing of my lunch because Les was supposedly in a meeting this whole time, but they were down here talking instead. As soon as she left, he went back upstairs. He said he was doing SecCheck with Michelle.



July 23: I did a store tour with Darryl today. I told Ronda I would be going with him sometime between 1 and 2pm. He called at 1:05pm and asked me to meet him at his desk. I cleaned up the desk and Ronda took over so I could go meet him. She called Darryl at about 2:15pm and told him I needed to go back to the switchboard. I walked in around 2:25pm, and Ronda told me that Darryl needs to let her know if I will be with him for over an hour. She said she is doing a report and Vance needs to be on the floor. I only note that, because on a typical day, they just chill in the back talking about non-work-related topics for hours at a time. Also, funny to note that she called him back to the office for something around 3pm, and he has been in the office ever since. He went on one call, for about 10-15 min, and since then, he's been in the back with her. He made a badge, and they've been talking about nonsense ever since

When I came down from a final break, they were both talking in the front office again. They went in the back when I got there and stood by the door talking about people getting promotions and moving to TL or manager positions.

July 26: I came down from taking my bag upstairs and grabbing some coffee at 8:15am. Vance must've just left the office, because he clocked back in around 8:45am. He left the office for a moment when he came back in, but then Ronda called him back to the office to make a new badge for Paige because she thought she left hers in her Uber car. After he made the badge, he stayed in the office except to open the doors and for an emergency call with Brandon needing to go to the hospital. He has been in the office all day. Ronda has been in and out, but there has been no agent on the floor.

Ronda came up to me and told me that it was a great catch I made about Jim's cart. I saw it was for medical supplies from Grainger, so I rejected it. Michelle had sent me an email asking why I did that, so I sent her a detailed response. Ronda was on Michelle's email, so she received it as well. She told me I did good, and she wasn't happy that Jim had tried to place the order in the first place. She said that sort of thing needed to go through R&C, and she wanted to know why he wanted trauma kits in the firs tplace

At 12:08pm, Ronda told Vance she was going somewhere, and he should call if he needs her. Before she left, she said he went over his time last week. She took care of it, and it is ok for last week, but it won't be ok again this week, so he needs to be careful.

I went on lunch at 12:30p. I wasn't able to get my lunch for a while, because housekeeping wasn't letting anyone into the locker room. I clocked out at 12:39p, and clocked back in at 1:09p. On the way down, I stopped to check the boxes at the bottom of the stairs. I got back to the office at 1:15pm, and Ronda was on the desk. She didn't say anything about my time. I called the 3 departments/managers who had boxes at the stairs

When I first came back, she wiped off the phone, and she told me she hadn't used the computer or touched anything else. She only used the phone, so that was why it was the only thing she was cleaning. I cleaned everything myself as I usually o anyway, but when I went to use the computer, I saw that she was signed onto the computer. She had locked it, but she had obviously been using the computer for something. I restarted the computer just in case, and then logged in as usual.

July 27: Ronda sent me an email this morning telling me that Michelle would be giving me my breaks. I got caught up in a few things at the desk right around my usual break time. I called Michelle to ask her to take the desk at 10:40p. She told me that she can't because she would be the agent and reception. She told me she would get someone, and that I should've gone while Rick was still here. She came down a few minutes later and said Jim was going to be on channel 4 in case anything came up.

July 28: As soon as Michelle came in, she let me know that Ronda had called out again, so I would be here without an agent for an hour and half before Vance came in. She asked me to wait until after he came in to take my lunch. That time would be well past my 5-hour mark. I took my lunch as soon as Vance came in right before 2pm.

July 29: Ronda came in this morning. I had tried to approach her multiple times this morning, but she kept acting like she was too busy to talk. She would keep typing and not look up from her computer. So, I decided to wait until after the store was open to tell her I had to leave early for an appointment. I told her a little after 10:30am. I told her Jordan will be in at 11am, and Vance will be in at 2pm. There will only be an hour between me leaving and Vance arriving. She told me that Jordan doesn't know anything, so really, she is here by herself. Jordan has taken the switchboard multiple times by himself. She said since she'll be here alone, she's going to let Michelle know. Funny since she is the only agent ever to leave a Switchboard/Reception/site Admin person by herself, and she did it 2 days in a row.

Ronda was asking Jordan what he's done so far. She was telling him things to be aware of. Jordan told her that a coworker had glass in her hand. Ronda didn't know anything about it. She asked who removed it, and he said it was Sone. She asked if he did a report, and Jordan said yes. Then Ronda went into an explanation of how to handle coworker injuries. She basically just copied the information from Rick's email. Rick showed me his email to look over this morning, and she told Jordan the information it contained as though she already knew it.

Ronda came in the office with Jordan. She has been training him today. At 12:30p, she has been standing in the back telling him about all of the stuff she used to do at her other job and how she needed to know so much stuff. She continued for 10 min about things irrelevant to Rick training, but things that she had to know for her old job. Such as what the walls and floors are made of.

Aug 2: I called late this morning, and Ronda answered the phone. I told her I was running a little late for my shift, and she responded by asking how long I was going to be late and when I would get there. I told her I wasn't sure, because I was taken aback by the fact that she asked me, as that is against the law.

When I came in, I took my bag upstairs, got a cup of coffee, and came down to the desk as usual. She asked me to show her, before she leaves or before I leave, to show her how to do the green sheets again. She knows she is leaving before me today, so she was commenting on the fact that I left early last week. I told her I had a doctor's appointment, and she said I needed to plan them ahead and around the schedule and give her a heads up. Or I should plan them in time for her to make the schedule around them. I explained it was a same day appointment, so I took what was available. Now, she was bringing it up again like she thinks I'm going to leave early.

She stayed out of the office all morning, since I took the desk. At about 9:15am she walked back in the office with Jordan. She has been walking around and training him this morning. But when she came into the office she was telling him why he shouldn't call late for the 4am shift, because P&F is breathing down their neck to go do their own things. And he will be late doing his own morning things. As soon as she talked to him about being late, she walked back out of the office. She literally only walked in the office long enough to comment on calling tardy.

When I went to log a call out in the attendance log, I saw that she entered my tardy call as though it was a problem, or I didn't call correctly. She wrote that I called out at 8:03am, which isn't factual anyway, but then she rewrote it in the margin to stand out from all of the other calls. I took a picture of it, as it is clearly targeting me. I also took a picture of the page from Sat 7/31. Alex came to work almost an hour late on that day, but she never called late. And Ronda logged her tardy in the book, but she didn't call Duty. And she didn't write her in as an improper Lady call.

I had to go over the Call outs from yesterday, as it is part of checking the duty sheet. Duty had that Ronda left early at 2:35p. Ronda was not logged in the binder or on the attendance tracker. I added her as leaving early yesterday, like I'm supposed to do. I also noted that Carolyn logged herself as calling late yesterday at 2:30pm, after she came in. So, if she called, no one logged her in or called and told Duty about it. She also marked it in the attendance tracker.

Right before 9:30am she walked him back into the office and was talking about the small black key box. She said she would sign him out keys, but he needs to be careful with them and not lose them. He said he knows, and he was told that it's like 50k to replace all of the keys and locks for the store. She made a big deal about signing out keys to him, because he is the only agent in the store after she leaves today at 12:30p. The next agent doesn't come in until 2pm. Last Thursday, she made a big deal about me leaving early for my appointment, because Jordan is still training so he doesn't count as being here. So, I was basically leaving her alone for an hour til 2pm. He had been taking the desk by himself for days, so it was already interesting that she made a big deal about him not counting. She said she had to call Michelle and everything. But today I come in and find that she made the schedule this way. He is the only agent scheduled between 12:30 and 2pm. Michelle isn't here today either. So technically, according to her own words last week, she scheduled me to be alone, with no agent between 12:30p and 2pm.

Jordan asked if he could leave early on Saturday. Ronda sidled over to the schedule and told him it was no problem. She repeated it a couple of times. One time in a sing song voice that it was perfectly fine for him to leave at 5pm on Saturday. She has only ever had an issue with me whenever I've asked her anything about the schedule. She responds rude and aggressive every time, even before she looks at the schedule. And she makes it an issue anytime I ask, even if it's for me to come in early. She only responds that way with me. Every time I hear anyone else ask her, she has no problem with it.

Aug 3. Ronda hadn't been back to the office for a couple of hours, so I called Rick around 10:40a to come back to the office. I told him she hadn't been back, and I needed a break. Right after he sat down, Ronda walked in and told me that she needed to take the desk. He is the only agent, so she needs to be on the floor. She is the Site Admin manager, so if she is in the building, she needs to be on the desk. We both said ok, and Rick went back to the cash lanes and I took my break at 10:45am. When I came back to the office, she reminded me that she needs to be the one to take the desk while she is in the building. Then she told me she was going to take her halt, and she would have her break with her. She was just going to be upstairs. She didn't say anything about the timing or that I had walked out at the same time Rick did.

Ronda asked me about the pcard this morning. She said Michelle took it last night because she had a meeting at the embassy today and needed it to buy dinner for some people. She said there was a property removal pass involved, but she didn't think I was on the email Alex sent. Ronda forwarded me the email. I kept a copy of that email, along with the pcard sign-out log, and a copy of the property removal pass. There are numerous problems with what happened. The pcard was not signed out, but the pcard was given to Michelle. No one is supposed to keep it out overnight, but she took it planning to keep it out overnight even though I've told her numerous times she isn't allowed to do that. They filled out the property removal pass wrong as well. It was written up for 3 items, but they only say it's 2 total items. And it was not signed by a steering member. They (Alex and Michelle) left a note on it saying that there were no other Steering members at the time. But they didn't have Duty sign it

either. They just left that line blank. Alex left me off of the email on purpose, as she knew I would know all of the problems with the situation, but she didn't realize that Ronda would forward it to me to look into.

Aug 11: At about 8:00am, Rick asked Vance a question about an incident that had occurred with a coworker. He said there were no reports made about the incident in IRS or in Onbase. Vance asked him surprised, "You know about that?" He didn't address the situation or the incident, just the fact that Rick knew about it. Rick told him that coworkers had been talking about it and it was brought to his attention. Vance said that HR handled it, so he didn't do any follow up reports. Vance was quite defensive when he was trying to justify why he didn't file the reports and why he didn't do anything wrong by not doing so. Rick said they just came at him about not writing a report that HR was supposed to have written about another coworker, but in this instance HR told him that he wasn't supposed to write a report. Rick said it was a medical issue/emergency where the coworker could have gotten hurt and other coworkers could have been hurt. Vance responded that he didn't see how any other coworkers could've been hurt. Rick said it was important enough for PW to show up. Vance evaded the comment and said he doesn't see how this would fall under them at all. Rick said someone called security for support for the incident while it was happening. Then he asked him if PW responded to the store. Vance said, "No." Rick asked him a second time, "Are you saying PW did not come to the store for the incident?" Vance paused for a moment and then answered him that he wasn't going to discuss the incident anymore and he was done with the conversation. He said he knew what he was going to do with this information and Rick said he knew what he had to do as well. Rick looked at me and said I was a witness to the conversation, and I affirmed that I had witnessed the conversation. Then Vance went into the back office, and Rick got the Duty items out.

8/13: Ronda sent me an email at 6am telling me she was going to be in at 9:30a instead of 8:30am, because she is working a later shift tonight. But when I looked at the schedule, there were already 4 closers. And I called late this morning because there was an incident at little's school. She was already at work when I came in at 9:09am. She didn't say anything about the email, so neither did I. She didn't call the desk and tell the opener that she was coming in late either. She just sent me the email that I wouldn't have gotten until I got to work anyway.

At 1:20pm Ronda came by the switchboard and said she needed to go outside and take off her mask for a while. She came back in at 1:45pm and asked if Vance had come in yet. I told her no. He was scheduled to come in at 1pm, but he didn't show up. She got out her cell and started texting someone after she came back in the office. Then at about 1:50pm she told me he must've thought he was supposed to come in at 7pm. She didn't say to mark him late or anything, even though he was a no call no show when his shift started. After he came in, she said she'd let this go. Then she told him she was leaving and went into the whole situation for over 5 minutes. She explained how her boyfriend walked up and hugged her from behind and lifted her a little, and she felt a pop. So, she let out a cry and he dropped her to the floor. She told him what happened, and they discussed if she was hurt or what they should do. She said it had gotten better for a while, but it just got really bad today. She can't inhale, and when she does it hurts really bad. Then she said she was pulling her jeep around and asked if he could load her white desk for her. She had it sitting outside of the office.

At 2:20pm, Vance came back inside from loading her jeep and explained how he was worried about how it would fit, but it just slipped right in, because it is more spacious than he thought. Then he came in the office and asked if I'd logged in that she was leaving early. I said no, so he said he'd call duty about it. Then I logged it in the book to match what he told duty.

At 2:55pm, Chris Cummings came up to me and asked if Penny was working. I told him she wasn't because she is on vacation until next week. He said he used his anniversary gift card, but the remaining balance was wrong. It had over $3400 dollars left on it after he used it for his purchases today. The problem is that the gift card was supposed to be for $7,000 dollars to begin with. I told him we don't actually make the cards; we just request them. I told him a cash TL would be the best person to talk to as they fill the cards. He didn't want it to appear that he was stealing. I was worried about the other cards that were made at the same time. His card had 2 payments on it, so maybe someone else's was empty. Or maybe some one messed up, and loaded $4k onto all of the cards that month. I did not tell him what to do or what to say or what would happen when he reported it. I told him Edmund and Osvaldo were here. He wanted to talk to Osvaldo, because he knew him better.

8/18/21: Ronda was not on the schedule for today originally, but she wrote herself in as working 8a-4:30p today instead of working the same shift on Thursday. She did not show up or call about not coming in or being late. She called at 9:40am and asked to speak to Les. She didn't say anything about her being absent or late today.

This morning at around 9:35a a customer called in, Robert Jarrell. He said he had an oversold oven the other day, but he had trouble reaching resolutions this morning. I tried to transfer him to a Sales TL, but they were on the phone. I called kitchens and Shelley answered the phone. I asked if I could transfer him to her, but she said the store doesn't open until 10am, so she would take a message. I called her back with his name and phone number and she asked which oven he wanted. I told her I didn't

know any specifics about his order. She asked flippantly why I didn't check iSell, I calmly responded that we don't do that. She said why don't we do that, and I told her we transfer customers to whichever department they need.

Ronda came in at 10:05am. She said she was just here for a little while when she was in the back. She said she didn't know Vance was going to be here.

(Needs date check I think it's 8/18, but could be 8/20)) <At about 11:20am the alarm panel went off and said the emergency exit door was opened in the cookshop. I called Rick over the radio and asked him to check it out. then Michelle called downstairs and asked if we could have a quick "touch-base" upstairs. I told her I just needed a minute to get someone to take the desk. I called Ronda on the radio and asked for her to come to take the desk and she said, "ok." Then Rick radioed me and asked which door he was supposed to be checking, because all of them were clear. I told him it was the cookshop door. Then Les radioed quietly and said he had already reset the door. A couple of minutes later she radioed that she was busy and asked for Vance or Les to take the desk. Then she added as an afterthought, "Or Rick. Whoever is available." Vance said he got it. Then Vance took the desk, so I could go see Michelle. I took the greensheets with me. I stopped by the cashiers to see if Rick was there, and he was just getting to the cashiers as I did. I told him the Michelle wanted to see me. He said to take my notes and not worry about anything. I was thankful to get a moment of positivity, and also let him know the timing of the whole situation. I dropped the greensheets off in admin. When I walked in there, I saw Michelle, Raquel, and Ronda talking near the HR office. Michelle greeted me, but I told her that I would be right back to meet with her. I went to the bathroom and grabbed my notebook. When I went back to Admin, Raquel had walked away, but Ronda was still standing with Michelle. Then Michelle ushered me into the HR office, and Ronda followed in behind her. Michelle told me that while I had an amazing interview, resume, and cover letter, she was going while the other candidate. She said I needed to move around more in the store and get more experience in other departments. She also said that I needed to lead projects because I haven't done that before. I was very patient and recorded what she said. She said the other applicant had management experience and she had moved around within the store. I asked her to clarify what she had meant, and she said I never moved around in any other departments. I asked if she just meant at this location, and she said not specifically. She said she meant in general. And I asked if she was aware that I worked at another IKEA. She said she knew all about me working at IKEA before, but I still needed more experience in other departments here. I asked if she had an example or if there was a specific department she meant, because I had moved around within numerous departments already. She said she wanted me to have HR experience in the store and not just from outside sources. She said she knew I had a development plan. I reminded her that my development plan was for UPPS specifically, and she responded that College Park is hiring.

Note: I checked the Reception log a few days later, and I noticed that the line I filled out had been changed. It's easy to see that someone changed it after me, because my name is spelled wrong, and it now looks like it was entered as though there were no unusual activity. I originally noted that Rick called to check which door I meant, and Les replied he had already cleared it.

A few min after 12:35, I called Ronda and asked her to come back to the desk for my lunch. She said they were doing a lightning inspection or audit and I would have to wait about 10 min. She came in and relieved me at 12:48pm. I clocked out at 12:56p and clocked in at 1:26p. Then I got a mask and some coffee and came downstairs. I passed Les on my way down, he had his bag and was going to lunch. I got to the office at 1:36pm, and Vance was at the desk. He said Ronda just left a few min ago. Les came down at 2:15pm. Just noting the timing of our lunches in case it is an issue for Ronda again

8/19/21: Ronda was scheduled at 8:30am today. She did not call late, but she didn't come in until 8:50am. She didn't say anything about being late when she came in. She just said she had to take her lunch upstairs.

A little after 9:35am, I called Rick on the radio and asked him to come to the office. Ronda came in a couple of minutes later and asked if I needed anything. I said no thank you   Then she asked if I needed a break or anything, and I replied I didn't. She then told me that I'm not supposed to call the agent off the floor. If I need anything, she can do it. She has already talked to the other Site Admins about the same thing. She needs the agents on the floor, and I am not supposed to call the agent off of the floor. (I also noted to myself that she was on the floor at the time. She said the agent has to stay on the floor. I told her that I called him to the office for something specific, and I am not going to be made a problem for talking to my coworkers at work. She said it was about running her department, and not personal. I told her that we've been working together seamlessly for years, and I'm not going to stop working with the agents if I need something. Then Rick walked in, and she started talking about how she just wants to help support me in doing whatever I want to do. She said she wasn't aware of my development

plan, and how she wants us to go over it and come up with anything she can help me with. I explained that it was on the talk we were supposed to have last month. It is in my talent for all area, and she can view it anytime. She brought up the stuff from yesterday and was talking really supportive. Her tone and stance changed when he walked in. After she was done, she walked out of the office. Then, I had Rick read my email which is what I had called him into the office for in the first place.

When Les came in at 2pm, all three of them were in the back office. They were talking about random things, such as buying cars and houses, until Ronda left at 3:15pm. After she left, Les went out on the floor for a bit, but Vance has been in the office since he came in at 1:30p, except for when he left to help a coworker get new shirts and he went to the bistro for a snack. Ronda did not say anything or care about having any agent on the floor after 12:30pm. I would interrupt their discussions every now and again with work items, and Ronda would roll her eyes every time, but she did address me in appropriate tone of voice and language

Ronda left at 3:15p today. She didn't say she was leaving early, she just left.

8/24/21: Michelle came in a little after 8:15am. Penny and I were on the desk. She said she was confused. She came in early today, because she thought Vance was going to be here by himself. Rick called out for his morning shift last night, so they assumed I was calling out today.

9/8/21: At 9am Les approached me with an envelope. He said Ronda asked him to give it to me. He said I was then to make a copy for myself. Then I needed to put the original back in the envelope, seal it, and turn it in to Darryl.

Jair was scheduled from 11am-4pm today, because he had a safety meeting. When Vance told him that Alex called out, Jair said he was leaving at 3pm then. He left early at 3pm, but he didn't tell me or Daity.

Jim left early at 3:30pm, but he said he didn't think I had to log it in. I verified that he was leaving before his shift was over, and then told him how we log leave earlys.

9/10/21: Ronda was scheduled to come in at 8am, but she didn't arrive until 8:20am. She didn't call or message anyone to say she would be late. When she came in, she said you know how it is when you come back in after being off. She made a joke about it.

After Ronda came back from the manager round up, Rick asked her if he could speak with her about an email he received while he was on PTO. Rick showed her the email and asked what it was about. She said she was confused while she was doing the checks because there were 2 names on one check. She also said it was her first-time doing checks, so she didn't know what to do with it. She also said that Alex had asked her about it, so I'm not sure who actually did the checks that day. She said she went upstairs to ask about it. She said she didn't call the HRSC, and she didn't know about the call or the email. She said she had nothing to do with Rick getting the email. Rick asked for her statement, and she said that all statements had to come from Jonathan. Rick said that was ok, it was fine either way. She said if he had any questions or wanted to talk about it at all, he would need to see Jonathan. She kept repeating Jonathan's name over and over as being attached to what had happened, and she insinuated that she had gone upstairs to ask him about it. I asked Ronda why my coworker ID was on the email, and she said she didn't know anything about my coworker ID being on the email. I said there are no coworker IDs on the checks, so why did my coworker ID get associated with the inquiry in the first place. She asked why I was interrogating her. I told her I wasn't interrogating her at all. She said she had done the checks, so I wanted to know where she got my coworker ID from. She said she didn't have anything to do with my coworker ID, so I was asking her, as my manager, to look into the situation and find out why there was a security breach with my protected information. She said she understood and didn't know why this had happened. Then she spent the remainder of my shift that day asking me about all sorts of things that Site Admin does. She asked me to train her more in depth on Basware. She had asked Alex, but Alex told her Basware was changing, so it's a waste of her time to learn it. I gave her some background on Basware, and explained it is actually pretty simple. It just appears daunting because there is a lot of information in a small screen.

I checked the manager's schedule to see who would've been upstairs on Thurs 8/26, because Jonathan doesn't work on Thursdays, and that was when the checks were done. Jonathan only works in WB store on Wednesdays. Thurs 8/26 was Jonathan's off day, so there was no way she could've contacted Jonathan on Thurs. Michelle and Darryl were working that day, so Ronda must have asked one of them, but she was very evasive with providing a name directly, and only kept saying that she talked to Jonathan and he was the one who explain the situation.

[added on 9/13/21]: I left at 10am on Friday 9/10, because the doctor was able to fit me in during a missed appointment time, so I had to leave for it.

9/13/21: There was no agent scheduled between 12.30pm and 1:30pm. Vance said Duty told him to stay until Les gets there at 1:30pm. Les came in about 1:11pm, but Vance stayed until 1:30pm anyway.

I cleared over 20 invoices from Basware. When I left on Friday, there were only 8 invoices in my queue. When I looked today, I had 38 invoices in my queue. Now there is only 17 invoices left in my queue, and I am waiting for Jim to sign the last invoice for SAP order from A&M.

9/14/21: When I came in this morning, Ronda was logged as a call out for today. Les wrote her in the attendance tracker and binder which said she called out yesterday at 10.13am. I was on the desk at 10:13am yesterday, and I did not receive a call for her. Penny was on the desk that morning as well, and she said she didn't receive a call from Ronda either.

At about 10:45-10:50am, I notice Penny was on an extended call at the switchboard. She was talking to Alex. She was asking her a question about the uniform shirts from last night. She said she was asking her because she worked last night. I don't know if Alex actually worked last night or not, but she was definitely not on the schedule to be working last night. Penny kept talking to Alex, so I said I needed to go open the returns door because it was 9:58am. When I came back, Penny was still on the phone with her. I left the office at about 10:05am, because Penny kept talking to Alex about work stuff and it was making me uncomfortable. She knows the rules and that she is not supposed to be talking business with Alex while she is off. They were talking about the uniform roll out and penny had a few other questions.

When I went on lunch at 12:15pm, I met Raquel in the bathroom. She gave me a nice greeting and asked how my vacation was. Then she made a comment about not wanting to be back at work after vacation. I never told her I was going on vacation. I never told anyone I was going on vacation.

Date: 1/30/2020    Time: _ __ ___ ___

Notes:

It seems we need to upload pickup/delivery slips the day things arrived when I came in on 1/30. The delivery slips (3x500) from 1/27 were still in the box when I got here. It has been here for the past 2 days and never processed them.

_____

Date: 1/31/2020    Time: _ . _ ___

Notes:

I called turning on 6:25am, when I came in back was at the desk and Halli was in the back. A customer was on the phone in the back, but he left a few min after I got in. Jason, Back and Tim were all ready helping to open the store, so it wasn't an issue. ___

_____

Date: 2/2/2020    Time: 4am ___ ___ ___

Notes:

I called Marissa @ 12:35am and asked if she could change my shift in Kronos so I could leave at 9pm instead of 4:30pm. She said it was no problem and she was doing it right then. Marissa asked me to mute the music @ 10:45am, so there were no further removal or opening announcements.

_____

Addt'l Comments:

_____

Date: 2/16/2020   Time: 8:52 am 1:13p   1:40pm   4:3

**Notes:**

_Fred Therman in that he was going to be Tuesday at 10:40am._
_when through his shift started at 12am has tried to cover by_
_saying that she called Patty but I called Kate (boss) to check_
_and she didnt have that info. I gave it to him._
_Also I am doing all of my daily tasks for the past 2 days even_
_though Carolyn was here both nights. She signed off in the book_
_that she did them, but she didnt do anything._

**Date:** ___    **Time:** _____

**Notes:**

**Date:** ___    **Time:** _____

**Notes:**

**Add'l Comments:**

# January
2022

| Sunday | Monday | Tuesday | Wednesday |
|--------|--------|---------|-----------|
| 26 | 27 | 28 | 29 |
| 2 | 3 | 4 | 5 |
| 9 | 10 | 11 | 12 |
| 16 | 17 hands said Pam trained her on Basware for 8 more hours — still 30 inv. left in queue | 18 Trained her on mailchecks. She gave me my vmg inc. paper. | 19 Leg' last e |
| | Martin Luther King Jr. Day (US) | | |
| 23 | 24 | 25 | 26 |
| 30 | 31 | | |