# EXHIBIT

## 20

# IKEA Corrective Actions Form

| | | |
|---|---|---|
| **Co-worker ID \*** <br> 10014910 | **Position** <br> RISK & COMPLIANCE CO-WORKER | **Date \*** <br> 12/09/2021 |
| **First Name \*** <br> Ricky    **Last Name \*** <br> Singleton | **Hours Level \*** <br> U3-HOURS LEVEL 3 | **Market Area P&C Manager \*** |
| **ManagerID** <br> 10081350 | **Manager Email** <br> RONDA.KNIGHT@INGKA.IKEA.CO M | **Approving Manager's Email** |
| **Unit P&C Manager Email \*** <br> JONATHAN.PADMORE@INGKA.IKE A.COM | | |

This corrective is based on violations of the following policies, and the co-worker has acknowledged the following in MyPolicies.

**Discussion Date:** 12/10/2021

**Fact-Finding Information completed by: \*** Jonathan Scott

Check for signatures of policies in MyPolicies and check boxes of the policy that the co-worker violated. If the signature was time-sensitive, you may add the dates signed in box above. In general, though, we could provide the dates signed upon request and it is not necessary to put the dates on the corrective.

| Policy Violation | count |
|---|---|
| Personal Relationship Policy | 1 |

You Must enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Ricky, On February 20, 2021, you attended a meeting where the relationship policy was presented explaining and outlining co-workers' responsibilities if they had any personal relationships in the location. Part of this presentation spoke specifically to Risk & Compliance co-workers. On November 26, 2021, eleven months after the February meeting, IKEA Woodbridge was notified by the Prince William County Human Rights Commission that you are in a personal relationship with another co-worker (Danielle Goodman).

**This Resulted In (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):**
Ricky, you failed to notify your manager(s) that you are in a personal relationship with another co-worker.

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Ricky, as a Risk and Compliance Co-worker, you are expected to report your personal relationships to your manager so it could be risk assessed, mitigated, and documented.

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Rick attended Relationship Policy meeting on February 20, 2021.

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Ricky, you have violated IKEA Relationship Policy by not disclosing your personal relationship with Danielle Goodman. Effective immediately your employment with IKEA Woodbridge is terminated.

IKEA 0000042

| Corrective Action Level *<br>Termination | Is this a Peer Reviewable Actio<br>Yes | Corrective Action is Actionable<br>N/A, Termination |
|---|---|---|
| **Is this a COVID infraction? ***<br>NO | (managers, leaders, specialists, and temporary co-workers not eligible) | |

☑ **As a result of the termination, there is a change in the employment relationship**

**Effective**
12/10/2021

---

**Co-worker Appeal Information & Acknowledgement**

| Your APPEAL PROCESS is: | ☑ **Peer Review (hourly co-workers only)**<br><br>☐ **Open Door (managers, leaders, specialists, temporary)** | **TIMELINE (applies to both) – Submit within 10 scheduled shifts:** |
|---|---|---|

Initials

_____My signature is not an admission of wrongdoing, but rather an acknowledgement that the Corrective Action has been received.

_____I am aware that this action may impact my eligibility to participate in certain benefits/programs.

_____If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.

_____I have received a copy of this corrective action document

---

| Co-worker's Signature | Date Signed | Co-worker ID# |
|---|---|---|

| Manager Signature | Date Signed | Manager ID |
|---|---|---|

*Co-worker's Comment and/or Commitment:*

IKEA 0000043

Rescind Info

**Action Reason**

**What was changed**

**Violation Count**
1

IKEA 0000044

| |
|---|
| **Signed Corrective Actions** |

| |
|---|
| **Corrective Action Supporting Doc** |

IKEA 0000045

# IKEA Corrective Actions Form

| Co-worker ID * | Position | Date * |
|---|---|---|
| 10014910 | RISK & COMPLIANCE CO-WORKER | 12/09/2021 |

| First Name * | Last Name * | Hours Level * | Market Area P&C Manager * |
|---|---|---|---|
| Ricky | Singleton | U3-HOURS LEVEL 3 | |

| ManagerID | Manager Email | Approving Manager's Email |
|---|---|---|
| 10081350 | RONDA.KNIGHT@INGKA.IKEA.COM | |

**Unit P&C Manager Email ***
JONATHAN.PADMORE@INGKA.IKEA.COM

This corrective is based on violations of the following policies, and the co-worker has acknowledged the following in MyPolicies.

**Fact-Finding Information completed by: ***
Jonathan Scott

**Discussion Date:**
12/10/2021

Check for signatures of policies in MyPolicies and check boxes of the policy that the co-worker violated. If the signature was time-sensitive, you may add the dates signed in box above. In general, though, we could provide the dates signed upon request and it is not necessary to put the dates on the corrective.

## Policy Violation

**Policy Violation**

Personal Relationship Policy    [

You Must enter at least one Violation

**What Happened: (Outline circumstances including dates, times and specific actions, statements)**
Ricky, On February 20, 2021, you attended a meeting where the relationship policy was presented explaining and outlining co-workers' responsibilities if they had any personal relationships in the location. Part of this presentation spoke specifically to Risk & Compliance co-

**This Resulted In (Effect to co-workers, vendors, meeting the customer, financial, safety/security, merchandise, productivity, etc.):**
Ricky, you failed to notify your manager(s) that you are in a personal relationship with another co-worker.

**What Were You Expected To Do? (Values, Everyday Work Ways, Code of Conduct, training content, competencies/capabilities, etc.):**
Ricky, as a Risk and Compliance Co-worker, you are expected to report your personal relationships to your manager so it could be risk assessed, mitigated, and documented.

**What Has Been Discussed Before (Face2Face, Corrective Actions, coaching, P&D, training, emails, meetings, other documents, etc.):**
Rick attended Relationship Policy meeting on February 20, 2021.

**What Happens Next (Specific goals/expectations to achieve, if applicable, and the action to be taken/implications if not met):**
Ricky, you have violated IKEA Relationship Policy by not disclosing your personal relationship with Danielle Goodman. Effective immediately your employment with IKEA Woodbridge is terminated.

| Corrective Action Level * | Is this a Peer Reviewable Action?: * | Corrective Action is Actionable for: * |
|---|---|---|
| Termination | Yes | N/A, Termination |

**Is this a COVID infraction? ***
NO

(managers, leaders, specialists, and temporary co-workers not eligible)

☑ As a result of the termination, there is a change in the employment relationship

**Effective**
12/10/2021

## Co-worker Appeal Information & Acknowledgement:

**Your APPEAL PROCESS is:**

☑ Peer Review (hourly co-workers only)

☐ Open Door (managers, leaders, specialists, temporary)

**TIMELINE (applies to both) – Submit within 10 scheduled shifts:**

☒

Initials

My signature is not an admission of wrongdoing, but rather an acknowledgement that the

IKEA 0000281

_____My signature is not an admission of wrongdoing, but rather an acknowledgement that the Corrective Action has been received.

_____I am aware that this action may impact my eligibility to participate in certain benefits/programs.

_____If I refused to sign, it has been communicated that I will still be held to the expectations of the Corrective Action.

_____I have received a copy of this corrective action document

☒

_____

Co-worker's Signature          Date Signed                    Co-worker ID#

☒

_____

Manager Signature             Date Signed                    Manager ID

☒

**Co-worker's Comment and/or Commitment:**

[ Print ]

**Rescind Info**

**Action Reason**

**What was changed**

**Violation Count**

**Signed Corrective Actions**

[ Attach Signed Corrective Actions ]

**Corrective Action Supporting Doc**

[ Attach Corrective Action Supporting Doc ]

[ Submit ]

IKEA 0000282