# EXHIBIT

21



## IKEA Custom Schedule_STO215

Time Period:    10/24/2021 - 10/30/2021

| Employee | Job | Sch Hrs | Sun 10/24/2021 | M |
|---|---|---|---|---|
| Jair Ascarza-Santillana | RC CW | 25.00 | 12:00P-8:30P(8.00) | |
| Jordan Valeno | RC CW | 37.00 | 4:00A-12:30P(8.00) | |
| ~~Kevin~~ | RC CW | 0.00 | | |
| Leslie Hendricks | RC LDR | 40.00 | 11:30A-8:00P(8.00) | 9:0 |
| Ricky Singleton | RC CW | 40.00 | | |
| Ronda Knight | RC MGR | 40.00 | | 2:0 |
| Sone Khampheng | RC CW | 40.00 | USA PTO 8.00 | 2:0 |
| Vance Saucedo | RC CW | 40.00 | 8:00A-4:30P(8.00) | 4:0 |
| **6320 Risk and Compliance Totals** | | **246.00** | **32.00** | |

## IKEA Custom Schedule

Time Period:    10/24/2021 - 10/30/2021

| Employee | Job | Sch Hrs | Sun 10/24/2021 |
|---|---|---|---|
| Alexandra R | SITE AD | 26.50 | 9:00A-3:00P |
| Carolyn F | SITE AD | 21.50 | 3:00P-8:00P(5.00) |
| Danielle G | SITE AD | 40.00 | |
| Penny C | SITE AD | 13.50 | |
| 6218 Site Admin Totals | | 101.50 | 10.50 |