# EXHIBIT

## 22

## RE: Let me know

**Ricky Singleton**
**Sent:** Thursday, November 22, 2012 8:13 AM
**To:** Denise Sellman

Hi Dee,

I would like to talk more about the coversation we had. It pains me deeply to know that someone can for her own personal gains slander my name, and make false accusations about me and nothing is done. This sets the bar for someone else to be violated in IKEA this way, and because who they are nothing happens. One of the reasons I stayed at Ikea for such a long time is because of the core values and respect the company has given me. I dont feel that way anymore. The years I've been at Ikea the relationships developed with co-workers is one of integrity, respect and trust. For someone to say they fair me and deliberately try to assassinate my character, because she felt I was in the way of her becoming a Team Leader is troubling and unacceptable. I have never given anyone a reason to say they fair me at Ikea. I am very passionate about my job and protecting the interest of the company, and if thats a reason to fair me, then i'm in the wrong business. I fell if the roles were reversed the outcome would have been alot different. She was promoted to logs after lying on me and Ok to help further her career in Ikea. I am very troubled about this. I thought i was doing the right thing in reporting what happened to my Manager and requesting a sit down with HR and the outcome was she was moved as if i was the problem. The option was never given to me and i had the complaint. The job was not posted for anyone else to apply, it was given to Christy because she decided to manipulate the system and was rewarded. I am a very different person now because of the stress this has brought into my job at Ikea. I would like to have someone outside of store 168 look into this matter without a bias opinion to get all the facts of the investigation and decide without prejudice on the facts and act in the behalf of all parties involved.

Thanks,

Rick

---

**From:** Denise Sellman
**Sent:** Wednesday, November 21, 2012 8:09 PM
**To:** Ricky Singleton
**Subject:** Let me know

Hi Rick,
Let me know where you want to go with this. If I don't have your words as to that day you walked in on the video watching then I don't have your viewpoint confirmed. It concerns me when you mention things like feeling violated (by being looked at on tape) or like a victim, feeling hurt, by having someone say they were afraid of you. That statement being made makes it very important to have your perspective.

If you want to talk further you know where I am. Just let me know one way or the other what you're going to do then I'll take it from there.

Thanks again,
dee

---

**From:** Denise Sellman
**Sent:** Friday, November 16, 2012 8:11 AM
**To:** Ricky Singleton
**Subject:** need your help

## RE: Coworker Performance Evaluation Comments

**Ricky Singleton**
Sent: Tuesday, December 10, 2013 12:50 PM
To:   Jacqueline DeChamps
Cc:   Leslie Hendricks

Thanks Jackie for taking the time to respond to my email. I know it was a lot of information to take in, but I felt I had the opportunity to address past issues in this PE since you was a new Store Manager and was never aware of a lot of issues of discrimination and mistreatment I've had to indore while working in the S&S dept. I would like to meet with you one on one to start a investigation into my complaints. Again thanks for the opportunity.

Thanks,
Rick..

**From:** Jacqueline DeChamps
**Sent:** Tuesday, December 10, 2013 10:21 AM
**To:** Ricky Singleton
**Cc:** Leslie Hendricks
**Subject:** RE: Coworker Performance Evaluation Comments

Hello Rick,

Thank you for taking the time to articulate a response to your recent Performance Appraisal. While I consider the entirety of the email important, I need some clarity from you about the intent of your email so as to clarify how you would like me to proceed.

In the first paragraph you state "*I received my PE on 11/26/2013 and was pleased with the overall results of my PE recognizing my hard work and dedication to the S&S team.*" but you then go on to articulate several examples where you feel you have been mistreated or concerns?.

At no point in the email did you make a formal request or state what you are looking to achieve as an outcome to this email sent to me specifically. Is the intention of the email to simply respond to the areas of opportunity your managers feel you have; as stated in the 2013 Performance Evaluation or to raise concerns for mistreatment that you would like me to investigate and act on as store manager?

If your intention is to provide a rebuttal to the PE for attachment in your file, I would ask that you rewrite your remarks to only include relevant examples from this performance year 2013. While your entire IKEA experience is important, every performance year is evaluated based on the current performance and the business as it exists today. Some of the examples given are more than 2 years old and speak to managers and co-workers who are no longer with IKEA. Once the comments are rewritten and include your comments of the 2013 performance year, we will attach them to your PE and be sure they are placed in your file for record.

If your intention is to file a complaint regarding mistreatment you perceive, then I will schedule a time to sit down with you to articulate your concerns and open a formal investigation with US Coworker Relations to determine if there has been wrongdoing or action to be taken. We will ask that you provide a specific statement regarding each incident that will include any emails that you mentioned having received from your former manager.

One item in the statement below that is in fact relevant to this 2013 Performance Year is your statement regarding Breaks and Lunches. In paragraph 3 you speak to the situation with Breaks and Lunches. I can share that there is never a time when not taking your breaks and lunches is ok. *Every co-worker should be given and take their appropriate breaks and lunches so they are rested and ready to meet the customer in the best way.* If in fact Human Resources and the Operations

Department were aware through their regular monitoring of Kronos, that you were not taking your breaks and lunches regularly, they would insist that your manager work to give you your breaks and lunches with no exception. This is not a threat as you describe, but one of the most basic expectations of our managers and one that is covered clearly in their training. Those that do not hold their teams accountable to the standards would in fact be held accountable themselves. This is IKEA upholding its legal obligations to take care of its co-workers. I wanted to be sure that point was clear because it is a very important IKEA Standard that every manager and co-worker must uphold.

I look forward to working with you to resolve any challenges you might have with your work environment and am available if you would like to discuss in person.

Regards,
Jackie DeChamps

---

**From:** Ricky Singleton
**Sent:** Monday, December 09, 2013 11:13 AM
**To:** Leslie Hendricks
**Cc:** Jacqueline DeChamps
**Subject:** Coworker Performance Evaluation Comments

I received my PE on 11/26/2013 and was pleased with the overall results of my PE recognizing my hard work and dedication to the S&S team. There were some areas of opportunity I felt wasn't taken into consideration not hearing all the facts involved.

One area was everyday expectations. There has been issues surrounding my lunches which made it seem if I was deliberately not taken lunches to get overtime and go against policies and rules. Not the case at all.

There was many times my previous Manager instructed me not to take lunch because for many times I was the only one covering a eight hour shift at the switchboard by myself. I have the supporting documents from my Manager DK Worthy sending me Emails to prove it. DK wrote me a statement suggesting HR wanted him to target me because they wanted me out of the department and this was something they could focus on. He said it was not him. He did not understand why they where constantly coming after me when they knew we did not have
the hours we needed to affectively run the S&S department. He stated he was at fault for putting me in this kind of
situation when he was the one telling me not to take lunch. I think DK was under a lot of stress given what he had
to be faced with everyday as a Manager not completely understanding certain issues in IKEA. He was a good Manager
learning the process. I never wanted him to have issues because of the lunch breaks but he kept having to make everybody feel that he was working for both sides. In the end I was the one who was left dealing with the issue.


There was many times I clocked out and was still working the Switchboard without anyone checking on me or giving me a break. DK told me it was not my responsibility to call someone to relieve me when his Manager was here to help
out. He told me his Manager started making threats to write him up if he did not write me up. DK stated he tried explaining a lot of the lunches was due to not having coverage and his manager told him she was not excepting any excuses. She told him Francis and Tom could come down and relieve me. DK stated he was forced by HR and and his manager to write me up. He said the main reason was they wanted to have some kind of documentation to
start a paper trail on me. DK stated he went back and forth about the write ups and told them the only thing

he was going to do is a F2F because he had talked to Mike Cavaliere and he told him a F2F would not hurt a co-worker development in the company.

DK apologized for the F2F and told me he initially gave me a rating of 4 on my last PE and Dee in HR told him no way I did not deserve a score of 4. He stated he was very confused as to how she could make a comment like this when he was the one working with me and knew my loyalty and dedication to the S&S department. He said anytime he would mention my name for anything good HR would make a negative comment. He said he felt it was discrimination on so many levels. Before Dk left he told me he needed to write me a statement
on my behalf because he had a feeling HR and his Manager would bring the same issues up and he would not be here. Dk was a very good manager who cared about the S&S team and wanted the best for the store. He asked if I
wanted to report my concerns to the SO and he would be willing to give a detailed statement of all the negative comments made about me for no reason. I know the importance of me having breaks and will not allow this issue to
ever come in the way of my development in the future.

The overall summary comments section of my PE had a very negative description of me that was not true. In the comments it made reference about co-workers being hesitant to approach me because I can be forceful and aggressive. I have had meetings with Store Managers as well as HR telling me I must have a gift because co-workers gravitate to me so much. Co-workers tell me everyday how much they love to see me in the mornings when they come in because I greet them with such a positive attitude and a warm smile. Everyday I get some kind of compliment, or co-workers simply letting me know how much they appreciate me for what I bring to the store. Co-workers tell me all the time how much they trust me and wished I was a Manager because they can tell me things they would never talk to HR about or there Managers. There has been times I've had
conversations with HR on what should I do because Co-workers and Managers have discuss things with me I did not
want to know because of trust. Whenever I'm off or on vacation co-workers have asked my team, when is Rick coming back I miss seeing him. My S&S team tell me all the time Rick you are the most popular guy in the store. They make
comments like you can't ever take a vacation because everybody wants to know when is Rick back. A co-worker in my
department nominated me for the co-worker of the month. She said I was one of the most respected guys here at Ikea because of my kind demeanor and willingness to help in any situation. It was given to HR and she asked what
happened to me being recognized and they told her a month was skipped. Co-workers bring me gifts as well as hot chocolate along with baked foods sometimes when I am on at the Switchboard just to show there appreciation for me. There has been isolated incidents with one or two co-workers as well as contractors being rude and not wanting to follow policies and I was blamed for being the aggressor in the situation by HR. All the times these
incidents occurred I had my Manager witness the incidents and we both wrote statements and they still labeled me as forceful and to aggressive. To make a comment about co-workers being hesitant to approach me and I need to
go outside the S&S department is all someone else's opinion who dont want to know me for what I bring to Ikea and the co-workers.

There was another concern on my PE on the everyday expectations. Question #6.
Sometime back I was asked to be the point of contact by the store Manager Fredrik

and Dee in HR.The S&S team was without a Manager for a very long time,so I stepped up to the challenge and made sure the S&S team was available for all peak days as well as the business demands. I have been one of the most dedicated agents in my department never leaving our department hanging. I had a meeting with the opps Manager Mike and Dee from HR informing me the Switchboard position was going to no longer be a part of the S&S dept. I have a extensive background in Security and was given the option to become a agent for $3.00 more and Sundays off because I worked Monday thru Friday with the weekends off.I agreed if I could have Sundays off I will work as much Saturdays as needed.It was agreed on by opps and HR.Since I took on the role of S&S agent I have worked so many peak days as well as working other agents schedule and never complaining. All the years I have had the same availability and the same schedule and never had a need to improve on my PE.Every PE given before gives great detail to my statement. I have received 4s on PEs before and never was there a problem with my availability.Dk told me this was going to be another issue to try and make a issue for me.The Switchboard position was never removed from the S&S dept and we have a part-time Switchboard operator who doesn't wear a uniform and I was told all agents would be working the Switchboard only once I switched over to a agent.

In concluding my comments I have had to deal with a lot of gossip and mistreatment about me for no reason. Also there were promises made to me for stepping up and being a team player in the department that was never fulfilled. I had a meeting with DK and Ops Manager at the time Shipa when I received a PE before and my goal was
to make sure we passed our Sec Check without a Manager and we did.I sat in on our Sec Check Audit with Dk and made sure we had everything we needed to pass and we did. Once DK and Shilpa reviewed my PE for that year they both recognized I fulfilled my goals and scheduled a meeting with HR and Dee stated she did not remember any of the conversations when I was point of contact for the department. If the comments made about me from rellable
sources and statements given are true the personal attacks on my character needs to stop.I am very dedicated to the
safety of the building and have the past PE's and the respect from my peers to show for it.So to say my aggressiveness and my forceful ways get in the way of me being a good agent is ones opinion and not the facts.

Thanks,

Rick..

### Unprofessional Behavior

**Ricky Singleton** <ricky.singleton@ingka.ikea.com>
Tue 9/22/2020 3:39 AM

To: Terra DeLeon <terra.deleon@ingka.ikea.com>
Cc: Dianna Abilmona <dianna.abilmona@ingka.ikea.com>; Leslie Hendricks <leslie.hendricks2@ingka.ikea.com>

Hello Terra,

I want to bring a matter to your attention, so it can be addressed appropriately.
Yesterday, September 21 while James Pogue was the opening duty manager, he addressed me in an aggressive and unprofessional manner when I called him on the
radio. Another co-worker came to make sure I was ok, because she heard him and was appalled by his conduct over the radio.

I was at the returns door and had a customer with an issue that asked to speak with the manager in charge. I tried, and was unable, to reach the Customer Service Team Lead on channel 2. I switched back to channel 4, and I called for Duty over the radio as I usually do, "2 to Duty." He responded with, "What do you want," in an abrasive tone.
I was surprised by the initial contact, and asked who was on the radio. James replied that it was him and repeated what he said before. This is James, what do you want?"
I explained that I had a customer with an issue who wants to speak with the Manager on duty. He responded, "What does the customer want?" I repeated that the customer has an issue they want to discuss with the manager on duty.

The entire conversation happened while the customer was waiting and could hear the Manager representing IKEA respond in such a unprofessional way.
It was a horrible exchange for the IKEA brand. I know for sure IKEA does not welcome nor tolerate or support that type of behavior from co-workers or customers. He spoke to me as though I was bothering him, and consequently, so was the customer.
We use basic radio etiquette out of professionalism and due to customers being able to hear the transmissions. Even after he finally responded to the returns door, he was unconcerned with assisting the customer and the customer departed without getting the correct information.

I felt completely disrespected and disregarded in the process of doing my job. I do not and will not allow anyone to speak to speak to me like that never in life and i'm not about to now. No one should be talking to any person here the way he addressed me yesterday. People let their personal feelings affect their ability to work effectively
with some co-workers. That is not my problem or issue .While I am at work, I will be
treated with respect and dignity, as should every co-worker in this building. If people are unable to conduct themselves in a professional way despite their feelings, then they should not be in positions which require them to do so such as Managers and leaders. I have never disrespected anyone in this building and have respect from a lot of my follow co-workers. I have and will address any violations of my co-worker rights and will stand on the right things until my time is up at IKEA. Had I addressed him like that it would have been disciplinary actions coming from everywhere.

IKEA is a company with high ideals and standards. The culture and visions at this store is lacking and it is witnessed by failing morale and growing contention. The simple fact that I need to send an email about a managers misconduct, expresses the lack of beliefs or actions in the values of this company. When a community truly understands and believes in togetherness, then the members are present, active and

committed. Picking and choosing when and who to be together with is, in action the opposite of togetherness.

We are all equals here at IKEA, and there is no class system which allows management to speak down to co-workers. Some managers confuse their titles
and think it entitles them to violate co-worker rights. James did that yesterday.
We as co-workers come to work under the beliefs that this is a safe environment and we will be free from this type of verbal assault. I performed under the expectations of my position in this instance, but I will not tolerate verbal harassment and disrespect, and I can only hope this matter will be addressed in the way it would be addressed had I behaved in such a manner.

Kind Regards,
Rick

Hello Ronda,

I would like to respectfully address the emails that you sent me on 3/7, when I was off.

My first concern is when you alleged that I did not sign out the RDTs on the morning of March 4. You were the morning opener with me on March 4, and you started signing out RDT's on a new sheet. If you thought I hadn't signed them out, then why didn't you ask me about it that morning? Waiting for 3 days until I am off, and then sending an email to my team lead has numerous implications. I found the sign out sheet from that day misplaced in the RDT book, and all of the RDT's that I signed out that morning were accounted for. This situation can be inferred as targeting, but I choose to give it the benefit of the doubt.

Secondly, you inquired about a discrepancy with RDT #5. If anything, I was being preemptive with a possible situation. Assuming I forgot to sign it out, the name could easily be added once the coworker brought it back. Regardless that you attempted to recant the previous email with an apology, this type of simple mistake should not evoke an official email to me or my team lead. Once again, it would be easy to surmise this as another instance of targeting.

There are numerous discrepancies in the RDT log everyday. Short of sending an email to every coworker, every time they make a mistake in the RDT log, then we must deduce that this is another instance of targeting me. Sending out emails like this creates a hostile environment for the coworker which ultimately effects productivity. Our department has never operated under this type of scrutiny.

Thirdly, I would like to address our surveillance policies. We have cameras in place in specific areas to support our business interests. Cameras are not to be used to watch coworkers during the execution of their duties. Agents have been released from our department in the past for breaking this specific policy. One coworker was watching me on camera for personal reasons, and she was taken out of our department. She was allowed to maintain her employment simply because I did not push the matter further. I would advise all Risk agents to refrain from using the cameras for coworker surveillance unless they understand the legal ramifications of doing so.

Lastly, I was asked to fill in as the acting manager for the department for a long period of time in the absence of a manager, so I am well versed on all aspects of the Risk and Compliance office. RDT's have always fallen under the administrative duties of Site Admin, and checking the logbook is one of the daily Site Admin tasks.

I appreciate you taking the time to acknowledge my concerns. I pride myself on being a team player and am always willing to step up and help whenever someone needs me. Coworkers come to me in confidence for guidance, support, and a sympathetic ear. Please don't hesitate to approach with me with any questions or concerns, as I am always open to a professional dialog.