# EXHIBIT

## 23

07/10/17

## Feedback/Recommendations

Risk and Compliance Leader

- Leadership Skills
    - Take advantage of Leadership Capabilities training and IKEA Leadership Fundamentals

- Initiative
    - Be forward and seek out opportunities instead of waiting for others to come to you

- Follow up
    - When given tasks/questions – Follow up frequently and without being asked

- ASR Guidelines
    - Become familiar with all ASR guidelines in all areas

- ~~Take on a project that has to do with change in your area; develop a plan to help all co-workers adjust and understand working method~~

- Key Figures/Goals

    - Find an underperforming KPI in your area; develop and execute a plan to reach goal and document process. Choose a goal that you need to rely on others to participate in order to reach goal

- Develop strong socession plan when meeting to create your development plan. Come prepared to the meeting