# EXHIBIT

## 24



# IKEA North America Co-worker Privacy Notice

### I.  Purpose of this document

IKEA is committed to protecting the privacy and security of the personal information of its co-workers. This Privacy Notice describes what personal information IKEA collects about our co-workers in the context of our working relationship ("**co-worker personal information**"), the purpose for which IKEA uses personal information, how the personal information is processed, and your rights related to the personal information. This notice applies to current and former co-workers, contractors, and consultants, and does not form part of any contract of employment or other service agreement. We may update this notice at any time as necessary. It is important that you read this notice so that you are aware of how and why we are using your personal information.

In this notice, we will use the terms "**IKEA**", "**we**", "**us**", and "**our**" to refer to IKEA Holding US, Inc. its affiliates, subsidiaries, successors, and assigns. The term "**process**" under this notice refers to any action that can be taken in relation to your personal information such as collection, access, storage, correction, disclosure, and deletion.

### II.  Purpose and types of personal information collected about you

IKEA maintains co-worker personal information to manage the co-worker relationship. Typically, it is necessary for us to process your personal information in connection with your employment with IKEA or to further our legitimate interests related to IKEA business operations.

The main purposes for which we use co-worker personal information include but are not limited to:

- Workforce planning, recruitment, staffing, and budgeting;
- Workforce administration, payroll, compensation and benefits programs, travel and expense processing, internal health and safety programs;
- Performance and career management, learning and development;
- Complaint and issue management, including grievances and disciplinary procedures;
- Business management and operations activities, including administration of information systems required as part of employment, auditing, internal reporting;
- Compliance with legal, regulatory or fiscal obligations such as anti-bribery, corruption, tax, and social security requirements, co-workers' right to work, litigation and other legal proceedings
- Protection of the IKEA workforce and the general public against injury, theft, legal liability, fraud, abuse, or threat to the security of our networks, communications, systems, facilities and infrastructure;
- Other customary business-related purposes related to the execution of an employment contract

We may collect your personal information to administer our employment or contractual relation with you and for the purposes specified above. This includes but is not limited to the following general categories of personal information, where applicable:

| Category | Examples of Personal Information |
|---|---|
| General employment information | Name, address, age, date of birth, gender, nationality, contact information, recruitment information submitted as part of the application process, right to work documentation, employment history, education history, professional qualifications, language proficiency and other relevant skills, training, emergency contact information |



| Work record information | Position, title, work location, supervisor and subordinate information, employment and termination dates, co-worker identification number, performance evaluations, development plans, disciplinary records, travel and expense history, time records (including work hours, vacation, sick days, or other absence records), information about co-worker's usage of IKEA information, communication, and collaboration systems (e.g., user IDs, IP addresses, system logs), photographs (e.g., access badge administration), CCTV footage and other information obtained through electronic means |
|---|---|
| Financial information | Salary and compensation history, bank account details, payroll records, tax status, salary reviews |
| Health and benefits administration information | Employer health insurance program information, pension or retirement options, including information provided about the co-worker's, marital status, spouse / partner, dependents, household members and/or other beneficiaries |
| Special categories and/or sensitive information | Social Security Number, drivers' license number, or other government issued identification number, citizenship/immigration information, military/veteran status, geolocation, disability information, background checks, trade union memberships, biometric information, and medical information for co-workers and co-worker family members. |

IKEA strives to limit its collection of co-worker personal information only as needed to meet its legal obligations. For example, IKEA is required to collect general employment information and work record information to fulfill our contractual obligations to you to pay your salary correctly, meet health and safety obligations while you are on our premises, and meet any reporting obligations to third parties (e.g., tax and social security authorities). IKEA also maintains separate medical files on each co-worker as needed for benefits, accommodation, and leave purposes.

### III. Personal Information disclosures

<u>Within IKEA and its legal entities</u>

IKEA restricts access to your personal information to co-workers within IKEA who have a "need to know" that information in connection with their role or to carry out the business purposes mentioned above (e.g., co-workers within IKEA business functions such as a People & Culture, Information Technology, Finance and Accounting). As a global company doing business across borders, there may be situations where this "need to know" requires your personal information to be shared with IKEA in another country.

<u>Outside IKEA and its legal entities</u>

IKEA shares co-worker personal information with authorized third parties under the terms of contractual agreements in order to administer the working relationship with you, where required by law, or where we have another legitimate interest to do so. These third parties are provided personal information on a "need to know" basis, such as compensation and benefits providers for the administration of payroll and health insurance claims, technology service providers for administration of IKEA technology, corporate credit card issuers, and travel service providers. Authorized third parties are only permitted to use co-worker personal information for specified purposes and in accordance with our instructions. Other disclosures may include:

- When required to do so by law, regulation, or court order;
- In response to legitimate requests for assistance by law enforcement agencies;
- To seek advice from external counsel or in connection with litigation with a third party; or



- In connection with the sale, purchase, or merger of a business.

You may obtain details regarding the co-worker personal information that IKEA has collected about you and the third parties IKEA uses that access personal information by exercising your rights below.

## IV.  Your rights related to co-worker personal information

IKEA recognizes and values co-workers' rights over their co-worker personal information. IKEA has set up a procedure to ensure that requests regarding co-worker personal information are addressed promptly, efficiently, and within the timeframes prescribed by federal, state and local laws and regulations. Under certain circumstances, by law you have the right to:

- **Right of Access:** Upon authentication of a verified access request, IKEA will provide a co-worker with information regarding the types of personal information collected, the reasons for that collection, the categories of recipients of that personal information
- **Right to Change (Rectify):** Co-workers have the right to change their personal information when the information IKEA holds is inaccurate or incomplete.
- **Right to Restriction:** Co-workers have a right to request the pausing (restriction) of processing of their personal information.
- **Right of Erasure:** Co-workers have the right to request that IKEA remove their personal information

Please note that IKEA may not be legally permitted to comply with certain co-worker requests based on local legislation and in the context of your employment. Depending on the state where you live, you may also have additional rights regarding the treatment, use and handling of your personal information by IKEA. Co-workers may also review and inspect their own Personnel Files by submitting a written request to People & Culture. Instructions regarding how to submit this request are available in the IKEA Employment Files Policy.

## V.  Co-worker responsibilities

Co-workers have certain responsibilities regarding co-worker personal information. Co-workers are required to:

- Inform IKEA of any necessary updates to your co-worker personal information such as a change of address, telephone numbers, emergency contact, marital status, number of dependents, professional certifications, education, or any other relevant change
- Utilize appropriate IKEA systems available to update your co-worker personal information and make changes as necessary. Instructions regarding how to update co-worker personal information are available in the IKEA Employment Files Policy.
- Follow the IKEA processes for requesting review of your co-worker personal information.
- Inform any individuals, such as beneficiaries, domestic partners, family members or emergency contacts, that you have provided their personal information (contact information, health data, etc.) to IKEA.

## VI.  IKEA responsibilities

IKEA also has responsibilities regarding co-worker personal information. IKEA is responsible for:

- Administering co-worker rights related to their co-worker personal information.
- Maintaining the confidentiality, integrity, and availability of co-worker personal information and limiting internal access to those with a need to know basis.



- Retaining co-worker personal information to comply with legal obligations as prescribed by local legislation and in the context of your employment.

- Ensuring that third parties who receive co-worker personal information protect the information provided to them by IKEA.

- Protecting co-worker personal information against loss, misuse, unauthorized access, alteration and destruction that is appropriate and reasonable based on the sensitivity of the type of personal information. For example, a co-worker's job title is considered co-worker personal information, but is not considered confidential and will be available to other IKEA co-workers. Co-worker medical files are considered confidential and are only available to People & Culture and to management, as necessary.

- Responding to inquiries from Federal, State and Local government agencies, or in judicial or administrative proceedings, and as otherwise required by law, which may include providing co-worker personal information as requested.

To exercise your rights regarding co-worker personal information, or if you have any questions or concerns regarding this Notice or the manner in which your personal information is used, please contact data.privacy.us@ikea.com

## VII. Related Information

Employment Files Policy

Ingka Group Rule on Data Privacy

Ingka Group Rule on Information Security

Information Security Policy



# Harassment, Discrimination and Retaliation Prevention Policy

| | |
|---|---|
| Approval by: Simon Lowes, Country HR Manager | Initial Issue Date: **January 1995**<br>Published: January 15, 2019<br>Effective: February 5, 2019 |

## Purpose

To make it clear that IKEA endeavors to provide a work environment that is free from all forms of unlawful harassment, discrimination, or retaliation. IKEA *does not tolerate* any form of unlawful harassment, discrimination, or retaliation of co-workers by anyone or of anyone (for example, managers, supervisors, team leaders, other co-workers, customers, clients, or business contacts (vendors, contractors, etc.)) As such, it is the responsibility of each manager to set the tone or atmosphere of the workplace, and function as a role model for co-workers for complying with this policy.

## Scope

This policy applies to all co-workers, regardless of status, as defined in our Employment Status policy. Individual states may have additional protections which are outlined in separate addendums to this policy and linked below.

## Policy

IKEA is committed to providing a work environment where each individual is treated in a way that demonstrates respect for their differences at all times. With this in mind, discrimination, harassment, and/or retaliation of any co-workers by anyone or of anyone (such as managers, supervisors, team leaders, customers, clients, vendors, contractors, or other co-workers etc.) on the basis of their perceived or actual race, ethnicity, ancestry or place of birth, color, religious creed, religion, sex, including sexual harassment, transgender status, pregnancy, childbirth and other pregnancy-related health conditions, marital status (including familial status), domestic partnership or civil union status, age, national origin, physical or mental disability, military service and veteran status, medical condition as defined by applicable state law, genetic information, sexual orientation, gender, gender identity or expression, or any other classification protected by federal, state, or local laws and ordinances is a violation of IKEA policy, is a form of co-worker misconduct, and *will not be tolerated.* Discrimination, harassment, and retaliation is also prohibited by law. Co-workers of every level, including managers and supervisors, who engage in discrimination, harassment, and/or retaliation, or who allow such behavior to continue, will be disciplined for such misconduct, in accordance with this policy.

Unlawful discrimination, harassment, and/or retaliation is not limited to the physical workplace itself. It can occur, for example, while co-workers are traveling for business or at employer-sponsored events or parties. Calls, texts, emails, and social media usage by co-workers can constitute unlawful workplace discrimination, harassment, and/or retaliation, even if they occur away from the

**Good to Know!**
The Everyday Work Ways are the different personal choices that each of us can follow every day to make our workplace more fun, comfortable, and inspiring — better for everyone. They explain what we stand for, how we work, and how we expect co-workers to behave while at work. And, what you can expect from IKEA, too! They're not intended to limit debate and discussion with co-workers or others about unions and about your wages, hours and working conditions, as long as such debate and discussion does not interfere with you doing your work or with others doing theirs.



workplace, on personal devices, or outside of work hours.

All co-workers must review this policy and commit to maintaining a work environment free from discrimination, harassment, and retaliation. In addition, all co-workers must complete annual training which covers topics such as discrimination, harassment, and retaliation. A co-worker's failure to comply with this policy and/or failure to complete annual training may result in appropriate remedial and/or disciplinary action, up to and including termination of employment.

To the extent that co-workers are subject to a collective bargaining agreement ("CBA") which sets forth different terms and conditions, the collective bargaining agreement will apply.

## State Notice Requirements

In addition to this policy, some states have additional information or notices for co-workers which can be found by clicking on the link or searching for the document in MyPolicies.

Connecticut State Harassment Prevention Notice

Massachusetts Harassment Prevention Notice

New York State Harassment, Discrimination and Retaliation Prevention Policy Addendum

New York City Sexual Harassment Fact Sheet

California DFEH Brochure

**Colorado:** Pursuant to Colorado Revised Statutes Section 24-34-402.3, we will make reasonable accommodations to co-workers and applicants for health conditions related to pregnancy, the physical recovery from childbirth, or a related condition if the co-worker or applicant requests such accommodations. Retaliation against a co-worker who requests or uses a reasonable accommodation is strictly prohibited. Refer to the Equal Employment Opportunities Policy for further information about accommodations.

## Supervisory Responsibilities

Leaders and Managers are the role model for personal and professional behavior and have an additional responsibility to lead by example, in line with IKEA values and Code of Conduct.

All supervisors and managers who receive a complaint or information about suspected discrimination, harassment, and/or retaliation, observe what may be discriminatory, harassing, and/or retaliatory behavior, or for any reason suspect that discrimination, harassment, and/or retaliation is occurring are required to report such suspected conduct to their Location Manager and HR Business Partner. The situation should be reported immediately (as soon as possible).

A supervisor's or manager's failure to report such conduct may result in disciplinary action, up to and including termination of employment. Supervisors and managers may also be subject to disciplinary action if they engage in, or in any way condone,



discriminatory, harassing, and/or retaliatory conduct. Supervisors and managers will also be subject to discipline, up to and including termination of employment, for engaging in retaliation.

# Co-worker Responsibilities

It is generally the responsibility of the co-worker to:

- Act in a way that demonstrates respect for others' differences
- With this in mind, do not tolerate any form of unlawful discrimination, harassment or retaliation by anyone, including but not limited to, managers, supervisors, team leaders, other co-workers, customers, clients or business contacts (vendors, contractors, etc.)
- If you are being unlawfully harassed, discriminated, or retaliated against, or witness any harassment, discrimination, or retaliation, you must report it to your manager, duty manager, location manager, or human resources immediately (as soon as possible).

## Unlawful Harassment, Discrimination, and Retaliation

- **unlawful discrimination defined**

  Under this policy, discrimination occurs when an individual is subject to an adverse employment action because of his/her characteristics that are protected by federal, state, or local laws or ordinances.

- **unlawful harassment defined**

  Under this policy, harassment includes unwelcome conduct that has the purpose or effect of unreasonably interfering with a co-worker's performance or creating an intimidating, hostile, or abusive work environment because of the co-worker's characteristic that is protected by federal, state, or local laws or ordinances.

- **unlawful sexual harassment**

  Under this policy and under federal, state, and where applicable, local laws, sexual harassment is a form of sex discrimination. Sexual harassment includes harassment on the basis of sex, sexual orientation, self-identified or perceived sex, gender expression, gender identity, and/or the status of being transgender.

  Sexual harassment includes unwelcome conduct that is either of a sexual nature or directed at an individual because of that individual's sex when:

  - Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment, even if the reporting individual is not the intended target of the sexual harassment;
  - Such conduct is made either explicitly or implicitly a term or condition of employment; or
  - Submission to or rejection of such conduct is used as the basis for employment decisions affecting an individual's employment.



A sexually harassing hostile work environment includes, but is not limited to, words, signs, jokes, pranks, intimidation, or physical violence that is of a sexual nature or directed at an individual because of that individual's sex. Sexual harassment also consists of any unwanted verbal or physical advances, sexually explicit derogatory statements, or sexually discriminatory remarks made by someone that are offensive or objectionable to the recipient, that cause the recipient discomfort or humiliation, and/or that interfere with the recipient's job performance.

Sexual harassment also occurs when a person in authority tries to trade job benefits for sexual favors. This can include hiring, promotion, continued employment, or any other terms, conditions, or privileges of employment. This is also called "quid pro quo" harassment.

Sexual harassment can occur by males against females, by females against males, or by or between individuals of the same or opposite sex or gender. It is important to know that sexual harassment can occur between any individuals, regardless of their sex or gender.

A harasser can be a superior, a subordinate, a coworker, or anyone in the workplace, including an independent contractor, contract worker, vendor, customer, or visitor.

Sexual harassment may be a single incident or a series of harassing acts. Any harassing conduct, even a single incident, may be addressed under this policy.

- **unlawful retaliation**

Under this policy, retaliation is strictly prohibited. Retaliation is unlawful under federal, state, and applicable local law. IKEA prohibits any adverse action (which need not be job related) or any action that is likely to deter a person from engaging in protected activity. Protected activity occurs when an individual has, in good faith:

- Made a complaint of discrimination and/or harassment, either internally or with any anti-discrimination agency;
- Testified or assisted in a proceeding involving discrimination and/or harassment under any federal, state, or local anti-discrimination law;
- Opposed discrimination and/or harassment by making a verbal or informal complaint to management, or by simply informing a supervisor or manager of the discrimination and/or harassment;
- Reported that another co-worker has been discriminated against and/or harassed; or
- Encouraged a fellow co-worker to report discrimination and/or harassment.

Even if the alleged discrimination and/or harassment does not turn out to rise to the level of a violation of law, the individual is protected from retaliation if the person had a good faith belief that the practices were unlawful. This anti-retaliation provision, however, does not protect persons making intentionally false charges.

## Types of Unlawful Harassment

While it is not easy to define precisely what unlawful harassment is, it does include slurs, jokes, and other uninvited verbal, graphic, or physical conduct by one individual toward another. Unlawful harassment of any kind is not tolerated and may be grounds for immediate termination of employment.

Unlawful harassment includes many forms of offensive and unwelcome behavior and



may include:

**Verbal Harassment** For example: epithets, offensive jokes, or slurs (on the basis of a protected class, e.g. sex, race, national origin, etc.)

**Physical Harassment** For example: assault, unwelcome touching, impeding or blocking movement or any physical interference with normal work or movement when directed at an individual (on the basis of a protected class, e.g. sex, race, national origin, etc.*)

**Visual forms of Harassment** For example: derogatory or offensive posters, cartoons, or drawings (on the basis of sex, race, national origin, etc.*)

Additional examples of **Sexual Harassment** include:

- Verbal statements, such as:
    - Making lewd or sexual comments about an individual's appearance, body, or style of dress; or
    - Making sexist remarks or derogatory comments based on gender.

- Physical acts of a sexual nature, such as:
    - Touching, pinching, patting, kissing, hugging, grabbing, brushing against another person's body, or poking another person's body; or
    - Rape, sexual battery, or molestation, or any attempt to commit these acts.

- Unwanted sexual advances or propositions, such as:
    - Requests for sexual favors accompanied by implied or overt threats concerning the target's job performance evaluation, a promotion, or other job benefits or detriments; or
    - Subtle or obvious pressure for unwelcome sexual activities.

- Sexually oriented gestures, noises, remarks, jokes, or comments about a person's sexuality or sexual experience that create a hostile work environment.

- Sex stereotyping, which may occur when conduct or personality traits are considered inappropriate because they may not conform to ideas or perceptions about how individuals of a particular sex should act or look.

- Sexual or discriminatory displays or publications anywhere in the workplace, such as:
    - Displaying pictures, posters, calendars, graffiti, objects, promotional material, reading materials, or other materials that are sexually demeaning or pornographic; or
    - Sexual displays on workplace computers or cell phones and sharing such displays while in the workplace.

- Hostile actions taken against an individual because of that individual's sex, sexual orientation, gender identity, or the status of being transgender, such as:
    - Interfering with, destroying, or damaging a person's workstation, tools, or equipment, or otherwise interfering with the individual's ability to perform the job;
    - Sabotaging an individual's work; or
    - Bullying, yelling, or name-calling because of sex, sexual orientation, gender identity, and/or the status of being transgender.

**Abusive Conduct** includes the infliction of intentional, malicious conduct that a reasonable person would find hostile, and offensive. Abusive conduct may include



repeated infliction of verbal abuse, such as the use of derogatory remarks, insults, and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating, or the sabotage or undermining of a co-worker's work performance.  A single act may not constitute abusive conduct, unless especially severe.

## Reporting Harassment, Discrimination or Retaliation

Although it is impossible to provide a complete list of what may be deemed unlawful discrimination, harassment, or retaliation under this policy, problems in this area can be avoided if all persons act in a way that demonstrates respect for others' differences.

IKEA does not tolerate any form of unlawful discrimination, harassment or retaliation of co-workers by anyone, including but not limited to, managers, supervisors, team leaders, other co-workers, customers, clients or business contacts (vendors, contractors, etc.)

Co-workers who believe someone has violated this policy, must contact immediately (as soon as possible), a manager/duty manager, Location Manager, or Human Resources. Reports of discrimination, harassment, and/or retaliation may be made verbally or in writing.

Any covered individual who engages in discrimination, harassment and/or retaliation will be subject to remedial and/or disciplinary action, up to and including termination of employment or a business relationship, or other appropriate remedy.

## Investigation of Harassment, Discrimination or Retaliation

All complaints or information (whether submitted verbally or in writing) about discrimination, harassment, and/or retaliation, regardless of when they are reported, will be fully investigated. If a co-worker or manager makes a complaint under this policy and has not received a response within five business days, he or she should contact the IKEA US Human Resources Manager at 610.834.0180, iSpeak online or iSpeak at 1-866-847-4532, immediately. (Refer to the Problem Resolution Policy for more details.)

An investigation of any complaint, information, or knowledge of suspected discrimination, harassment, and/or retaliation will be prompt and thorough, and IKEA will strive to complete its investigation in a timely manner. Information will be shared on a need-to-know basis only; however, others named or who may have information about the complaint will be notified and will have an opportunity to supply relevant information. The investigation will be conducted in a way that is impartial and fair to all participants.

All individuals are required to cooperate in an investigation of suspected harassment, discrimination and/or retaliation.  Individuals who participate in any investigation will not be retaliated against.



While the process may vary from case to case, investigations will generally be completed in accordance with the following steps:

- Upon receipt of a complaint, Human Resources will conduct an immediate review of the allegations, and may take any interim actions as deemed appropriate.
- Human Resources will request and review relevant documents, including but not limited to, electronic communications and phone records, and will take appropriate steps to preserve such information relevant to the investigation.
- Human Resources will interview necessary and relevant parties involved, including any relevant witnesses, and assure the protection against retaliation.
- Human Resources will create written documentation memorializing the investigation and the basis for the decision, together with any corrective action(s).
- Human Resources will take appropriate steps to keep written documentation and associated documents in the Company's investigation files.

Upon completion of the investigation, a determination will be made as to whether the conduct at issue violates the policy and the nature of the disciplinary action or other corrective measures, if any, to be imposed. Human Resources will notify the reporting individual and the individual(s) about whom the complaint was made, and any corrective actions will be implemented promptly by management.


Failure to report claims of violations of this policy prevents us from taking steps to remedy the problem.


## Related Information

Spanish version of the Policy

Equal Employment Opportunities Policy

Diversity at IKEA Policy

Problem Resolution Policy

Code of Conduct

New York City Harassment Fact Sheet

New York State Harassment Complaint Form

New York State Harassment Policy Addendum

New York State Harassment Prevention Policy Notice (found on CW Relations Drive)

Connecticut State Harassment Notice

Massachusetts State Harassment Notice

California DFEH Brochure

Summary of Discrimination Laws



# Non-Discrimination Policy
# (Equal Employment Opportunity - EEO)

Approval by:
Nabeela Ixtabalan, U.S. Human Resources Manager

Initial Issue Date: **January 2006**
Published: **December 1, 2016**
Effective: **January 1, 2017**

## Purpose

Our goal at IKEA is to recruit, hire, and maintain a diverse workforce. Equal employment opportunity is not only good business -- it's the law and applies to all areas of employment, including recruitment, selection, hiring, training, transfer, promotion, termination, compensation, benefits, and general treatment during employment.

## Policy

IKEA is an equal opportunity employer. Our policy is not to unlawfully discriminate against any individual on the basis of race, ethnicity, ancestry or place of birth, color, creed, religion, sex, including sexual harassment, transgender status, pregnancy, childbirth and other pregnancy-related health conditions, marital status (including familial status), domestic partnership or civil union status, age, national origin, disability, veteran status, military duty or status, medical condition as defined by applicable state law, genetic information, sexual orientation, gender identity or expression, or any other classification protected by federal, state or local laws and ordinances.

We are committed to the principle that all aspects of employment decisions are based on merit alone and forbid unlawful discrimination by any manager, supervisor, or other Co-worker. Any form of unlawful discrimination against Co-workers is not tolerated and will result in appropriate corrective action, up to and including termination. If any Co-worker believes someone has violated this policy, the Co-worker should bring the matter to the attention of Human Resources, or anyone else in management with whom the Co-worker is comfortable.

IKEA prohibits, and no Co-worker will be subject to, any form of corrective action or retaliation for reporting incidents of unlawful discrimination, making such a claim or cooperating in any way in the investigation of such reports.

If you have any questions regarding Equal Employment Opportunity, contact the Human Resources Department.

### Reasonable Accommodations

IKEA recognizes and supports its obligation to reasonably accommodate qualified job applicants and co-workers with a

**Good to Know!**
The Everyday Work Ways are straightforward personal choices that each of us can follow every day to make our workplace more fun, comfortable, and inspiring better for everyone. They explain what we stand for, how we work, and how we expect co-workers to behave while at work. And, what you can expect from IKEA, too. They're not intended to limit debate and discussion with co-workers or dissent about unions and about your wages, hours, and working conditions, as long as such debate and discussion does not interfere with you doing your work or with others doing theirs.



disability who are able to perform the essential functions of the position with or without reasonable accommodation. IKEA will make reasonable accommodations to co-workers and applicants for health conditions related to pregnancy the physical recovery from childbirth, or related condition if the co-worker or applicant requests such accommodation. IKEA will also endeavor to provide reasonable accommodations to an individual's sincerely held religious beliefs or practices. Retaliation against a co-worker who requests or uses a reasonable accommodation is strictly prohibited.

IKEA will provide reasonable accommodation to otherwise qualified job applicants and co-workers, unless doing so would impose an undue hardship on the Company.

An applicant or co-worker who believes he or she needs a reasonable accommodation to perform the essential duties of the position should discuss the need for a possible accommodation with the Human Resources Department and the SSC.

## Promotions and Transfers

Promotions and transfers are determined on the basis of qualifications to meet the job requirements of the open position. Decisions regarding promotions and transfers are based on several criteria. The criteria are a combination of current job performance, experience, training, and other factors having a direct bearing on the open position. Prior performance evaluations are reviewed when decisions are being made concerning a promotion/transfer.

## External Personal Relationships

The Company will not hire co-workers who are in an external personal relationship with another co-worker if it creates a conflict of interest as defined in the Personal Relationship in Employment Policy, including supervisory relationships between the management team member and co-worker.

Current co-workers who become involved in an external personal relationship with another current co-worker will be permitted to continue employment. However, the Company may transfer one of the co-workers if a supervisory relationship exists between the co-workers, or when it is otherwise in conflict with the Personal Relationship in Employment Policy. Refer to the Personal Relationship in Employment Policy for further information.

## Related Information

Spanish Version of the Policy

Harassment and Discrimination Policy

Diversity at IKEA Policy

Promotions and Transfers Policy

Personal Relationships in Employment Policy



# Coaching and Corrective Action Policy

Approval by:

Nabeela Ixtabalan, U.S. Human Resources Manager

Initial Issue Date: **April 1999**

Published: **June 1, 2016**

Effective: **July 1, 2016**

## Purpose

To provide options for addressing minor to serious performance/behavior issues. To give examples of conditions where a formal coaching conversation should be used or those that typically call for corrective action.

## Policy

IKEA recognizes there are times when it is important to formally thank a co-worker for a "great job" or provide feedback for competency development or to have a straightforward conversation to address a performance/behavior issue. IKEA may place any co-worker on corrective action when IKEA concludes:

- the co-worker's performance is unsatisfactory or,

- the co-worker's behavior or other conduct related to job performance or the work environment is unacceptable or,

- the co-worker has violated Company practice, policies or procedures.

### Coaching: Direct Conversation

Coaching is aimed at helping co-workers realize their full potential to grow and contribute to business performance. Coaching can congratulate a co-worker for a job well done or raise awareness of opportunities to improve performance or behavior. Often, coaching will occur through dialogue and at times, coaching may be documented on a Face²Face. **The Face²Face is not a part of the corrective action process.**

### Corrective Action

The corrective action process is intended to give co-workers notice, when IKEA deems appropriate, of problems with their conduct or performance in order to provide them an opportunity to improve. The Corrective Action form is used to document the unsatisfactory performance and/or violation of rules, with stated





expectations and consequences for non-improvement.

**Unsatisfactory Performance** - This includes all behaviors, actions and expectations that have been determined to be unacceptable by IKEA. Performance can be assessed by, but is not limited to the following: Everyday Work Ways policies and responsibilities; IKEA Code of Conduct, IKEA Values, not meeting work/behavior expectations/actions, and "leadership capabilities".

**Violation of Rules** - This category includes any behaviors, actions and expectations that have been determined by IKEA to have violated any IKEA policy, directive, rule and/or related responsibilities/procedures.

The following rules have specific and separate corrective action processes that are generally stated within the policy or program documents. Partnership with the Service Office is required for any exceptions beyond the defined parameters of those documents.

1. Powered Mobile Equipment Operator Point System Program

2. Missing Time Clock Punch Policy

3. Attendance Policy

## Corrective Action Decisions

When IKEA believes a co-worker's performance is unacceptable or violates rules, the severity of any corrective action, up to including termination, falls within the Company's sole discretion. Exceptions or deviations from generally defined parameters may occur at the discretion of the Company. Refer to the Behavior Standards Policy for more information regarding conduct that may result in corrective action, up to and including immediate termination of employment.

- Corrective action may take any or all of the following forms, and is not necessarily administered in a particular order unless otherwise defined by policy:

  *Counseling*
  *Warning*
  *Final Warning*
  *Termination*

- Corrective action may consist of one or more documented warnings and a final warning before the co-worker's employment is terminated. The Company may, at its discretion, skip or repeat any of the above corrective action steps depending on the circumstances. Corrective Action should follow, as closely as possible, the incident supporting the corrective action.

- Corrective Actions are "Actionable" for a specified period of time. The term Actionable means that a corrective action can automatically contribute to further corrective action, up to and including termination of employment, if another infraction occurs within the time-periods established here:
  - Counseling = actionable for 3 months from date of issuance
  - Warning = actionable for 6 months from date of issuance
  - Final = actionable for 9 months from date of issuance



- When the actionable time-period ends, the corrective action remains a part of the personnel record and can be used to support additional corrective actions issued to address recurrent patterns of behavior. Regardless of when a co-worker received a corrective action, or when that corrective action was issued, IKEA has the right to consider, rely upon, or use any corrective action, as IKEA deems appropriate.

- The corrective action and follow-up documentation become part of the co worker's employment history and also may affect the co-worker's future with the Company in such areas as promotions and/or transfers.

- When a corrective action is given for conduct in violation of the harassment/discrimination policies, the corrective action should state that such conduct is improper and that any form of future conduct in violation of these policies throughout the course of the co-worker's employment will generally result in immediate termination of employment.

## Multiple Corrective Actions

- A co-worker who receives a Final Warning and then during the following 9 months engages in another kind of unsatisfactory performance or conduct that results in a further Corrective Action is subject to another warning, Final Warning and/or termination of employment, at the discretion of the manager and Human Resources Manager.

- Although a corrective action is usually categorized as either unsatisfactory performance or violation of rules, a single corrective action may be issued for multiple issues, including a combination of unsatisfactory performance and/or violation of rules.

## Termination of Employment

- Involuntary termination of employment normally will be initiated in situations where the immediate manager, the manager's supervisor and the Human Resources Manager determine that a co-worker's work performance is unacceptable or violates policies, procedures or rules sufficient to support IKEA exercising its discretion to terminate employment.

- The Human Resources Manager, prior to implementation, reviews and decides whether to approve all proposed employment terminations.

- Refer to the Termination of Employment Policy for further information.



## Corrective Action Appeal Process

When a co-worker disagrees with a corrective action, including termination decisions, he/she may use the applicable appeal process to resolve the disagreement as defined in the Problem Resolution Policy.

## "Send Home" Procedure

On occasion, it may be appropriate to send a co-worker home following a complaint/allegation, behavioral incident, or a corrective action discussion that requires further investigation and analysis. **At IKEA, "send home" is NOT utilized for suspension or corrective action purposes.** Thus, IKEA uses the following guidelines for "send home" situations:

> **Non-exempt co-worker:** The Send Home is without pay; however, pay will be restored if the co-worker remains actively employed (not terminated). The restored pay will include any scheduled time missed (or would have missed if not yet scheduled) while on Send Home.

> **Exempt co-worker:** The Send Home is with pay if it lasts for less than one work week. Partial work week deductions for Send Home are <u>not</u> permitted.

A co worker must not be sent home unless approved by Human Resources.

The co-worker should be provided a definite return date. Being "sent home" generally should not exceed five (5) scheduled workdays. If the investigation exceeds five (5) scheduled workdays, the co-worker is notified of the investigation's anticipated completion date.

If a co-worker doesn't return as indicated on the "Send Home" form, this action will be considered to be a voluntary resignation of employment. If a situation arises where the co-worker is not able to return at the designated time, they must contact their manager or Human Resources prior to the date/time indicated.

# Co-worker Responsibilities

It is generally the responsibility of the co-worker to:

- know and follow all of the IKEA policies
- improve unsatisfactory performance
- correct unacceptable behavior
- follow the Send Home procedure, if applicable
- engage constructively in the corrective action process, such as by responding through a comment and commitment to improve
- utilize the applicable appeal process within the permitted time frame to address any disagreements with the Corrective Action



# Related Information

Spanish Version of the Policy

Managing Performance Intranet Webpage (Includes Forms)

    Corrective Action Form

    Face2Face Form

Peer Review Guidebook

Send Home Form

Problem Resolution Policy

Termination of Employment Policy

Behavior Standards Policy



# Rest Breaks and Meal Periods Policy

| Approval by: Country People & Culture Manager | Initial Issue Date: **September 2005** |
|---|---|
| | Published: January 1, 2020 |
| | Effective: January 1, 2020 |

## Purpose

To establish how rest breaks and meal periods for non-exempt co-workers are taken.

## Policy

IKEA recognizes the importance of co-workers having sufficient rest to be able to provide the best service possible to our customers. Based on the number of hours worked, non-exempt co-workers are provided duty-free, uninterrupted rest breaks and meal periods. "Duty-free" means that co-workers are relieved of all duty for the full length of the rest break or meal period, which includes the right to conduct personal activities and to leave the premises if the co-worker chooses to do so. If the co-worker is called back to work or otherwise required to perform duties before the rest break or meal period is complete, a new rest break or meal period will be provided in its entirety. Co-workers may not combine rest breaks or add them to meal breaks, even at the co-worker's request. Similarly, co-workers may not start or end their shift with a rest break or meal period (i.e., use to arrive late or leave early).

In the event a co-worker fails to take a rest break or meal period for whatever reason or believes he/she has not been provided a rest break or meal period in accordance with IKEA policy, the co-worker must immediately inform his/her manager, the duty manager, any member of management or Human Resources.

### Rest Breaks

An IKEA non-exempt co-worker is authorized and permitted to take periodic paid rest breaks during a workday. Each rest break is a full 10-minute rest break with 5 minutes for travel time from and back to the department. Co-workers who are scheduled for or work four hours or more will be provided at least one scheduled rest break, or as required by law. If a co-worker needs additional travel time to reach the break area, they should consult with their manager. IKEA provides designated non-work areas for rest breaks. Co-workers are relieved of all duty during a rest period and are free to leave the building/premises. Co-workers must take at least the full 10-minute rest break and are not permitted to return to work early. Rest breaks are not recorded in the timekeeping system. Failure to follow procedure, or tardiness returning from breaks, is subject to corrective action.





## Meal Periods

- For shifts lasting 5 hours or more all co-workers are provided with an unpaid and uninterrupted, duty-free, 30-minute meal period. Depending on the total number of hours worked, co-workers may be scheduled for additional meal periods consistent with applicable state law.
- Co-workers are relieved of all duty during a meal period and are free to leave the building/premises.
- Co-workers must take a full 30 minutes for the meal period and may not return to work or "clock-in" prior to the meal period ending.
- Co-workers must accurately record all meal periods in the timekeeping system.
- Any work during a meal period must be immediately reported. The worked portion of the meal period becomes paid time and a new full meal period will be issued and taken as soon as business permits.

## State Considerations

**California:** If an employer fails to provide a co-worker a rest break or meal period in accordance with Wage Order 7, the co-worker is eligible for one hour of pay at the co-worker's regular rate of compensation for each workday that one or more rest breaks are not provided, and an additional one hour of pay for each workday that one or more meal periods are not provided.

IKEA provides rest break(s) for co-workers who work at least 3.5 hours in a workday in accordance with California law. IKEA authorizes and permits paid rest breaks of no less than 10 consecutive minutes for each four hours (or major fraction thereof) worked. A "major fraction" of four hours is more than two hours.

Rest breaks are to be provided as near as possible to the middle of each four hour work period. The rest break must be a net 10 minutes and must be uninterrupted and duty-free. California interprets the rest break requirement to mean that the break be taken away from the co-worker's immediate workstation. IKEA provides designated non-work areas for rest breaks, but co-workers are free to leave the premises during the rest break if they wish.

IKEA also provides meal periods in accordance with California law. Co-workers who work more than five hours in a workday are provided with an initial duty-free, 30-minute meal period that must start within the co-worker's first five hours of work. Employees who work more than ten hours in a workday are provided with a second duty-free, 30-minute meal period that must start within the first ten hours of work.

California co-workers must comply with the California rest break and meal period requirements when traveling to other states for temporary assignments or projects.

**Colorado:** Co-workers will receive at least a 10 minute rest period in the middle of each four-hour work period. Co-workers are entitled to a 30-minute uninterrupted meal period when the scheduled shift exceeds five consecutive hours of work (including rest breaks).

**Connecticut:** Co-workers who work at least 7.5 consecutive hours will receive a 30-minute meal period which will be given after the co-workers' first 2 hours on shift but before the co-workers' last 2 hours on shift.

**Illinois:** Co-workers who work at least 7.5 consecutive hours will receive at least a 20-minute meal period which will be given no later than 5 hours after the start of the co-worker's shift.

**Massachusetts:** All co-workers, including exempt co-workers, are entitled to meal breaks before the 6th hour.

**New York:** All co-workers, including exempt co-workers, are entitled to meal breaks before the 6th hour. Co-workers who work more than 6 hours and whose shift extends over the noonday meal period (11am–2pm) will be given a 30-minute meal period between 11am and 2pm. An additional 20 minutes will be given for a meal period between 5pm and 7pm for co-workers if their shift starts before 11am and continues after 7pm. Co-workers who work more than 6 hours and whose shift starts between 1pm and 6am will receive 45 minutes for a meal period which will be midway between the co-worker's shift.



**Nevada:** Co-workers who work at least 8 hours are entitled to a 30-minute meal period. Nevada law requires that rest breaks be provided for no less than 10 consecutive minutes for each four hours (or major fraction thereof) worked, occurring as near as possible to the middle of the work period. The rest break must be uninterrupted, paid, and for at least 10 minutes.

**Oregon: Shift length between 6 hours and 7 hours:** Co-workers will receive one 30-minute meal break which will be given between the co-workers' 2nd and 5th hour on shift. **Shift length between 7 hours 1 minute and 16 hours:** Co-workers will receive one 30-minute meal break which will be given between the co-workers' 3rd and 6th hour on shift.

**Tennessee:** Co-workers who work 6 consecutive hours will receive a 30-minute meal period which will be given after the first hour of each six consecutive hour period.

**Washington:** A co-worker who works 3 hours or more beyond his or her normal work day will be allowed an additional 30-minute unpaid meal period prior to or during these extra hours.

**Wisconsin:** Breaks less than 30 minutes must be paid. Co-workers must notify the location P&C Manager if they are required to clock in for work less than 30 minutes from start of their meal period.

## Related Information

Spanish Version of the Policy

Lactation Policy

Kronos Schedules

Missed Punch Form

Files: Employment Policy

Child Labor Laws – Federal and State Policy



# Employment Files Policy

Approval by:

Nabeela Ixtabalan, U.S. Human Resources Manager

Initial Issue Date: **January 1995**

Published: **December 1, 2016**

Effective: **January 1, 2017**

## Purpose

To establish how employment related hard copy and electronic records are maintained and retained.

## Policy

IKEA, as required by statute, along with those deemed essential for efficient business operation, maintains co-worker personnel files/records. The Company maintains records relating to co-worker work history including but not limited to performance, pay, work rules and training.

In addition, IKEA maintains separate medical files on each co-worker, as needed for accommodation and leave purposes. Co-worker's medical information is confidential and access should be limited to Human Resources and management as necessary.

Human Resources is responsible for establishing, and maintaining an official personnel file for each co-worker employed at the location. Retail Location Manager and Human Resources Manager files are retained by the Service Office Human Resources Department. Distribution Location Manager and Human Resources manager files are retained by the Distribution Services Service Office. Whenever possible, original documents are maintained in the employment files.

Original personnel files may not be removed from the Human Resources Department. *All personnel files shall remain the property of IKEA at all time.* Exception to this policy can only be made with permission from a U.S. Human Resources Operations Manager.



Failure to comply with this policy may lead to corrective action up to and including termination of employment.

## Confidentiality

Personnel files/records are maintained by and are kept in locked files in the Human Resources Department. All personnel files/records should generally be considered **confidential.**

Under no circumstances does any co-worker below the level of a manager, and not employed in the Human Resources Department, have access to a co-worker's personnel file other than their own



personnel file.

## Access to Personnel Files

Managers who work outside the Human Resources Department have access only to records of co-workers who directly report to them. In the case of job transfers or promotions, a co-worker's prospective manager may review that co-worker's personnel file. Privacy requirements must be followed.

All current co-workers are permitted to review and inspect their Personnel Files at reasonable times and intervals, with reasonable notice. Files are reviewed by the co-worker during normal business hours, in the Human Resources Department with a member of Human Resources present. Former co-workers are not permitted to review their Personnel Files after leaving the Company, unless required by court order, subpoena, or state law. (NOTE: Some states have laws requiring employers to permit former co-workers to inspect some, if not all, of the personnel file.)

Unless otherwise required by state law, files other than the Personnel File are not open for review. Investigation documents are the property of IKEA and do not follow the same requirements for permitted access, unless otherwise required by state law. Co-workers may request to review or receive a copy of their own written statements by following the guidelines above.

## Outside Requests for Co-worker Information

IKEA does not disclose a co-worker's personal information to anyone outside the Company without the co-worker's written approval except for requests from law enforcement agencies or disclosures required by court order or the law.

Employment and income verification are facilitated through a third party vendor. Employment/income history and 2-year verifier request history is available to the co-worker. More information and links are available on www.ICo-worker.com. Co-workers who need additional assistance with the employment verification process or have questions can contact the SSC.

When a location is contacted by a Federal, State and Local government agency, including Unemployment, IKEA may need to provide the information requested. In most cases, the Human Resources Manager will coordinate the response to subpoenas for co-worker related information. Subpoenas are reviewed by the legal department prior to releasing information.

Unless required by court order or other legal authority, the Human Resources Department does not discuss current or former co-worker's evaluation; nor does it discuss the circumstances under which any co-worker status change occurred.

## Retention

Refer to Management Responsibilities for the file retention requirements. Legal action against the Company can alter file retention requirements – request guidance from Co-worker Relations in these situations.



## Destruction

Because IKEA obtains personal information on applicants and co-workers, the information is disposed of in a way to reasonably protect the sensitivity of the information.   The following are considered acceptable methods of properly destroying files or materials with personal information about applicants and co-workers:

- Shred papers so that the information cannot be read or reconstructed.
- Destroy or erase electronic media containing consumer information so that the information cannot be read or reconstructed.
- Monitor compliance when using or contracting with another party engaged in the business of records destruction so as to dispose of material identified as consumer information.

# Co-worker Responsibilities

It is generally the responsibility of the co-worker to:

- Inform IKEA of any necessary updates to his/her employment file such as a change of address, changed telephone numbers, emergency contact, marital status, number of dependents, professional certifications, education, or any other relevant change.
- Utilize IKEA systems available to verify information and make necessary changes.
- Follow the IKEA processes for requesting to review the co-worker's IKEA personnel file.

## Updating Information

To update personal information, co-workers access www.iCo-worker.com either from home or from the IKEA intranet. Once in iCo-worker, co-workers access *Employee Self Service (ESS)* and *Online Benefits* to make these changes:

Changes that are made in *Employee Self Service (ESS)*:

- Address
- Telephone number(s)
- Emergency contact information
- Changes to tax withholdings

Changes that are made in *Online Benefits*

- Adding a new spouse, domestic partner, partner in a civil union or child to benefits due to a qualifying life event or open enrollment.
- Name, birth date and relationship of dependents, as the information pertains to group insurance coverage
- Changing beneficiary information



Other changes may involve contacting the SSC directly, such as name changes.

## Access to Personnel File

Co-workers (and former co-workers if permitted by state law) may review and inspect their own personnel file. Unless otherwise specified by state law, the process to be followed is:

1. The co-worker puts the request in writing.  A waiting period of up to three days may be necessary due to business needs.  California co-workers can use the *California Personnel File Inspection Request Form*.

2. Permission to review the Personnel File is granted by the Human Resources Manager.

3. Personnel Files are reviewed only during normal business hours, in the Human Resources Department, in the presence of a member of the Human Resources Department.

4. The co-worker may make notes on a separate sheet of paper, but may not write on the documents in the file.

5. If the co-worker wants copies of any document that he/she signed that is in the Personnel File, he/she may make the request in writing.  Unless otherwise required by state law, copies of documents in the file that have been signed previously by the co-worker, will be provided upon request and all requests will be handled in a timely manner (including statements of admission and restitution agreements).

6. In the event a co-worker feels information is incorrect, he/she may file a statement of disagreement with Human Resources, setting out the specific reasons. This written attachment is placed with the original information in the co-worker's Personnel File.

## Related Information

Spanish Version of the Policy

iCo-worker.com

ASR Rules and Guidelines

California Personnel File Inspection Request Form