# EXHIBIT

## 25

interest of the Company, reserves the right to take appropriate corrective measures. To reinforce this policy, IKEA launched a nationwide training for all locations; IKEA Woodbridge trained its co-workers, including Ms. Goodman, on March 3, 2021. *See Ex. 4. PowerPoint on training.* In its policy, a personal relationship is defined as a relationship "with a family member or another person the co-worker is close to, which could compromise his or her objectivity when making business decisions." *Id.* It gives examples such as:

- Relatives;
- Relationships of a private, romantic, or intimate nature which may or may not include co-habitation or marriage/civil union/domestic register partnership;
- Persons living with or financial dependent on the co-worker; or
- Any other person the co-worker has a relationship with which could impair his or her objectivity when making job-related decisions.

The policy guidelines require co-workers to disclose the relationships so that the relationship can be assessed to identify any possible conflict. *Id. at slide 4.* The guidelines state that the relationships between any Risk and Compliance co-worker and any other store co-worker should be risk assessed and documented with approval. Not every personal relationship creates a conflict—IKEA just asks co-workers to disclose them so they can be assessed and mitigated against, if necessary. The training also specifically stated that relationships within the Risk & Compliance department were not allowed.

### B. Following the Training, Ms. Goodman Attests that She Had No Personal Relationships

After receiving this training, Ms. Goodman applied for two positions at IKEA Woodbridge. The IKEA application for internal candidates asks co-workers to disclose whether they have a personal relationship, reinforcing the importance the Company places on this policy. It was generally known within IKEA Woodbridge that Ms. Goodman had a long-term relationship with Risk & Compliance co-worker Rick Singleton and that they had a child together. But Ms. Goodman and Mr. Singleton hid their relationship from IKEA and refused to disclose it despite the policy requiring them to do so.

On May 24, 2021, Ms. Goodman applied for a People and Culture Generalist position and indicated on this application that she had no personal relationships with anyone at IKEA Woodbridge. *See Exh. 5.* On July 18, 2021, Ms. Goodman applied for

4