IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY SINGLETON,<br><br>      Plaintiff,<br><br>v.<br><br>IKEA US RETAIL LLC, *et al.*,<br><br>      Defendants. | Civil Action No. 1:24-cv-00025-PTG-LRV |

**DEFENDANTS' NOTICE OF WAIVER OF ORAL ARGUMENT ON THEIR
OPPOSED MOTION TO CONTINUE THE TRIAL DATE**

In accordance with Rule 7 of the Local Civil Rules of this Court, Defendants IKEA US RETAIL LLC and Raquel Ely waive oral argument and submit their Motion to Continue the Trial Date on the record and brief.

Dated: February 3, 2026

    */s/ Yvette V. Gatling*
Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Lauren M. Bridenbaugh (VSB No. 90586)
lbridenbaugh@littler.com
A. Remi Omidiji (VSB No. 99889)
romidiji@littler.com

LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA. 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for IKEA US Retail LLC and Raquel Ely*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of February 2026 a true copy of the foregoing was served through the Court's CM/ECF system on all parties of record, addressed as follows:

    Ricky Singleton
    15240 Mimosa Trail
    Dumfries, VA. 22195
    liams.sig@gmail.com

    */s/ Yvette V. Gatling*
    Yvette V. Gatling