# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| RICKY SINGLETON, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>IKEA US RETAIL LLC, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:24-cv-25 (PTG/LRV) |

## ORDER

This matter comes before the Court on Defendant's Opposed Motion to Continue the Trial Date (Dkt. 141). Pursuant to the Court's October 29, 2025 Order setting a briefing schedule for summary judgment, both parties have moved for summary judgment. Dkts. 107, 117, 126. The Cross-Motions for Summary Judgment are fully briefed. On December 11, 2025, the Court ordered the parties to contact Judge Vaala's chambers to schedule a settlement conference. Dkt. 124. On February 2, 2026, this Court terminated a hearing on the parties' Cross-Motions for Summary Judgment, noticed for February 5, 2026, at 10:00 a.m. Dkt. 140. On February 3, 2026, the parties attended a settlement conference before Judge Vaala but did not reach a settlement. A jury trial in this matter is currently scheduled to start on February 24, 2026. In the interests of justice, it is hereby

**ORDERED** that Defendant's Opposed Motion to Continue the Trial Date is **GRANTED**. The jury trial scheduled to start on February 24, 2026 is hereby **TERMINATED**. The Court will reschedule the trial date; it is further

**ORDERED** that the hearing on Defendant's Motion in Limine (Dkt. 144) noticed for February 24, 2026, at 9:00 a.m. is hereby **TERMINATED**. The Court will determine whether to reset the hearing at a later date; and it is further

2

**ORDERED** that a hearing on the Parties' Cross-Motions for Summary Judgment (Dkts. 117, 126) is hereby reset for February 25, 2026, at 10:00 a.m.

Entered this 11th day of February, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge