

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2026 MAR 10  P 4:57

RICKY SINGLETON,
    Plaintiff,

v.

IKEA US RETAIL, LLC, *dba* IKEA, *et al*,
    Defendants.

Case No.: 1:24-cv-00025-PTG-LRV

Jury Trial Requested: YES

# PLAINTIFF'S MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE DEFENDANTS' MOTION TO BIFURCATE

    Plaintiff Ricky Singleton (Mr. Singleton) moves the Court for an Extension to Respond to the Defendants' Motion to Bifurcate. The Defendants seek to bifurcate the trial to remove the punitive issues to mitigate punitive damages. Mr. Singleton respectfully requests an extension to file his response as stated in the attached memorandum in support of his motion.

Date of Signing: __3/10/2026__

Ricky Singleton
15240 Mimosa Trail Dumfries, Virginia 22195
571-490-6953

Signature of Plaintiff: _____

Printed name of Plaintiff: __Ricky Singleton__ _pro se_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Extension to Respond to the Defendants' Motion to Bifurcate, was served this 10th Day of March 2026, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system and addressed as:

Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Suite 500, Tysons Corner, VA 22102

Date of Signing: 3/10/2026

Ricky Singleton
15240 Mimosa Pl
Dumfries, VA 22195

Signature of Plaintiff: *Ricky Singleton*

Printed name of Plaintiff: Ricky Singleton

*pro se*