# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| RICKY SINGLETON,<br>Plaintiff,<br><br>v.<br><br>IKEA US RETAIL, LLC, *dba* IKEA, *et al*,<br>Defendants. | Case No.: 1:24-cv-00025-PTG-LRV<br><br>Jury Trial Requested: YES |

# **PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE DEFENDANTS' MOTION TO BIFURCATE**

Plaintiff Ricky Singleton (Mr. Singleton) moves the Court for an Extension to Respond to the Defendants' Motion to Bifurcate, to address the Defendants' motion with representation.

## I.  Procedural History

The Defendants filed a Motion to Bifurcate the trial on February 26, 2026. Mr. Singleton has been conferring with the Georgetown Civil Rights Clinic in pursuit of representation. Mr. Singleton is formally retaining the clinic, and with an extension, his counsel will be able to respond to the Motion to Bifurcate.

## III.  Conclusion

WHEREFORE, for the foregoing reasons, Mr. Singleton respectfully requests the Court

grant his request for an Extension to Respond to the Defendants' Motion to Bifurcate the punitive issues and damages before trial.

Date of Signing: 3/10/2026

Ricky Singleton
15240 Mimosa Trail Dumfries, Virginia 22195
571-490-6953

Signature of Plaintiff: _Ricky Singleton_

Printed name of Plaintiff: _Ricky Singleton_

*pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Memorandum of Support for Plaintiff's Motion to File a Second Amended Complaint, was served this 10th Day of October 2025, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system and addressed as:

Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Suite 500, Tysons Corner, VA 22102

Date of Signing: 3/10/2026

Ricky Singleton
15240 Mimosa Pl
Dumfries, VA 22195

Signature of Plaintiff: _Ricky Singleton_

Printed name of Plaintiff: _Ricky Singleton_   *pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Hearing Request, was served this 10th Day of March 2026, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system addressed as:

Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Ste 500, Tysons Corner, VA 22102

Date of Signing: 3/10/2026

Signature of Plaintiff: _Rickey Singler_

Printed name of Plaintiff: _Rickey Singler_

*pro se*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ALEXANDRIA_____ DIVISION

FILED
2026 MAR 10 P 4:57

RICKY SINGLETON
_____
Plaintiff(s),

v.

IKEA US RETAIL LLC, et al.,
_____
Defendant(s),

Civil Action Number: __1:24-cv-00025-PTG-LRV__

# LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of ___Plaintiff's Motion for Extension___.
**(Title of Document)**

RICKY SINGLETON
_____
Name of *Pro Se* Party (Print or Type)

*(signature)*
_____
Signature of *Pro Se* Party

Executed on: __03/10/2026__ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)