# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2026 MAR 10 P 4:56

RICKY SINGLETON,
    Plaintiff,

v.

IKEA US RETAIL, LLC, *et al*
    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:24-cv-00025-PTG-LRV

Jury Trial Requested: YES

## NOTICE OF HEARING REQUEST

Plaintiff Ricky Singleton respectfully requests a hearing on his Motion for an Extension

to File a Response to the Defendants' Motion to Bifurcate be scheduled for April 09, 2026 at

10:00 a.m., or at a time as directed by this Court.

Date of Signing: ___3/10/2026___

Ricky Singleton
15240 Mimosa Trail Dumfries, Virginia 22195
571-490-6953

Signature of Plaintiff: _____

Printed name of Plaintiff: _____

*pro se*

Page 1 of 2