IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2026 MAR 10 P 4: 56

RICKY SINGLETON,
     Plaintiff,

v.

IKEA US RETAIL, LLC, *et al*
     Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.: 1:24-cv-00025-PTG-LRV

Jury Trial Requested: YES

## PLAINTIFF'S STATUS REPORT

Plaintiff Ricky Singleton brings this response to the Courts' directive for a status report on how the case will proceed.

Mr. Singleton will retain the Georgetown Civil Rights Clinic to represent him in this case, whether this case settles or goes to trial. Due to the extensive history of the case, the Plaintiff respectfully requests the Court to extend the trial to the Fall of 2026, to give Mr. Singleton's counsel time to review the case, proceedings, and discovery, and to prepare for trial.

Date of Signing: 3/06/20 26

Signature of Plaintiff: _____

Printed name of Plaintiff: Ricky Singleton *pro se*

Ricky Singleton
15240 Mimosa Trail
Dumfries, Virginia 22195
202-816-9165

Page 1 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Status Report, was served this 10th Day of March 2026, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system addressed as:

Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Ste 500, Tysons Corner, VA 22102

Date of Signing: 3/10/2026

Signature of Plaintiff: _____

Printed name of Plaintiff: _____

*pro se*


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA _____ DIVISION

**RICKY SINGLETON**
_____
**Plaintiff(s),**

v.

**Civil Action Number:** **1:24-cv-00025-PTG-LRV**

**IKEA US RETAIL LLC, et al.,**
_____
**Defendant(s),**

## LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of** ___Plaintiff's Status Report___.

**(Title of Document)**

RICKY SINGLETON
_____
Name of *Pro Se* Party (Print or Type)

_Ricky Singleton_
Signature of *Pro Se* Party

Executed on: ___03/10/2026___ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.

**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)