IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| RICKY SINGLETON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 1:24-cv-25 (PTG/LRV) |
| | ) | |
| IKEA US RETAIL, LLC, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Extension to File a Response to the Defendants' Motion to Bifurcate (Dkt. 154) (the "Motion"). Plaintiff has noticed the Motion for April 9, 2025, at 10:00 AM. Plaintiff asserts, in his supporting memorandum, that "Mr. Singleton is formally retaining the [Georgetown Civil Rights C]linic." Dkt. 155. The Court notes that no notice of appearance has been filed. The Court is prepared to set this case for trial and the motions for summary judgment for hearing.

Due to the Court's schedule, it is hereby

**ORDERED** that the hearing is **RESET** for Friday, April 17, 2026, at 10:00 AM.

Entered this ____ day of April, 2026.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge