# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **04/17/2026**                                  Judge: **Lindsey R. Vaala**
Time: 10:04 a.m. – 10:16 a.m.                          Reporter: **S. Wallace**
(00:12)

Civil Action Number: **1:24-cv-00025-PTG-LRV**

**Ricky Singleton,**

**Plaintiff,**

**V.**

**IKEA US Retail, LLC, et al.,**

**Defendants.**

Appearances of Pro Se Plaintiff and Counsel for Defendants.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **Ricky Singleton, Pro Se** | **Yvette Gatling** |

MOTION TO/FOR:
[154] Plaintiff's MOTION for an Extension to File a Response to the Defendant's Motion to Bifurcate by Ricky Singleton.

**Parties advise the Court of case status.**
**MOTION TAKEN UNDER ADVISEMENT – ORDER TO FOLLOW/ENTER.**