**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| RICKY SINGLETON, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )    1:24-cv-25 (PTG/LRV) |
| | ) |
| IKEA US RETAIL, LLC, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

## ORDER

This matter is before the Court on Plaintiffs Motion for an Extension to File a Response to the Defendants' Motion to Bifurcate (Dkt. 154) (the "Motion"). On April 17, 2026, the parties appeared before the Honorable Lindsey R. Vaala to be heard on this Motion. At the hearing, Plaintiff represented that he was still attempting to secure representation by the Georgetown Civil Rights Clinic but had been unable to do so. Accordingly,

Plaintiff is **DIRECTED** to indicate within ten (10) days of the date of this Order whether he has secured representation. If Plaintiff will be represented by counsel, a Notice of Appearance or other indication of representation must be filed by counsel on the docket within that timeframe. If Plaintiff will be represented by counsel, the Court will set trial no earlier than the Fall 2026 to allow counsel sufficient time to come up to speed on the case. If Plaintiff continues to proceed *pro se*, no additional time will be necessary and the Court will set trial forthwith.

Entered this 23rd day of April, 2025.
Alexandria, Virginia

_____/s/
Patricia Tolliver Giles
United States District Judge