FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

2026 MAY -4  P 4: 29

|  |  |  |
|---|---|---|
| | ) | Case No.: 1:24-cv-00025-PTG-LRV |
| RICKY SINGLETON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Jury Trial Requested: YES |
| | ) | |
| | ) | |
| IKEA US RETAIL, LLC, *et al* | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSE IN ACCORDANCE WITH THE COURT'S APRIL 23, 2026 ORDER

Plaintiff Ricky Singleton brings this response to the Court's Order filed on April 23, 2026 as Document 160. Mr. Singleton was directed to provide a definitive answer as to wether or not he would be proceeding to trial with counsel or would be continuing *pro se*.

Mr. Singleton provided the Georgetown Civil Rights Clinic a copy of the Court's April 23, 2026 order providing the extension they required, and requested to formally retain them, as discussed previously. The Clinic responded that they would discuss and get back to Mr. Singleton in due course.

To date, Mr. Singleton has yet to receive the retainer contract from the Clinic, and the notice of appearance for the Clinic has not been filed. While Mr. Singleton still prefers the Clinic's representation, he understands the Order was to be answered by today, 05/04/2026, and he will proceed at the Court's discretion. Mr. Singleton respectfully requests the Court to extend

the response time for its' 04/23/2026 order to allow the Clinic time to answer appropriately as the

trial may be extended to the Fall of 2026 as they needed.

Date of Signing: _____05/04/2026_____    Ricky Singleton
                                                15240 Mimosa Trail
                                                Dumfries, Virginia 22195
                                                202-816-9165

Signature of Plaintiff: _____

Printed name of Plaintiff: _____RICKY SINGLETON_____ *pro se*


## CERTIFICATE OF SERVICE


The undersigned hereby certifies that a true copy of the foregoing Response in Accordance with the Court's April 23, 2026 Order, was served this 04th Day of May 2026, to Yvette V. Gatling, counsel for the Defendants, by electronic notification of the court's filing system addressed as:


Yvette V Gatling, Esq., Littler Mandelson, P.C.
1800 Tysons Blvd Ste 500, Tysons Corner, VA 22102


Date of Signing: _____05/04/2026_____


Signature of Plaintiff: _____


Printed name of Plaintiff: _____RICKY SINGLETON_____

*pro se*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA          DIVISION**

**RICKY SINGLETON**
_____
**Plaintiff(s),**


**v.**

**Civil Action Number:**  **1:24-cv-00025-PTG-LRV**

**IKEA US RETAIL LLC, et al.,**
_____
**Defendant(s),**


## LOCAL RULE 83.1 (N) CERTIFICATION


**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of**

PLAINTIFF'S RESPONSE IN ACCORDANCE WITH THE COURT'S 04/23/2026 ORDER .
**(Title of Document)**

RICKY SINGLETON
_____
Name of *Pro Se* Party (Print or Type)

_Ricky Singleton_
Signature of *Pro Se* Party

Executed on: _____05/04/2026_____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**


_____
(Name of Attorney)


_____
(Address of Attorney)


_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.


_____
(Name of *Pro Se* Party (Print or Type)


_____
Signature of *Pro Se* Party

Executed on: _____ (Date)