**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| RICKY SINGLETON, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 1:24-cv-25 (PTG/LRV) |
| IKEA US RETAIL LLC, *et al.*, | ) | |
| *Defendants*. | ) | |

**ORDER**

This matter comes before the Court on the parties' Cross-Motions for Summary Judgment (Dkts. 117, 126) (the "Motions"). The Motions are fully briefed. On February 3, 2026, the parties attended a settlement conference before Judge Vaala but did not reach a settlement. Accordingly, it is hereby

**ORDERED** that a hearing on the Parties' Cross-Motions for Summary Judgment (Dkts. 117, 126) is hereby reset for July 23, 2026, at 10:00 a.m.

Entered this 18th day of June, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge