# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **07/23/2026**
Time: 10:48 a.m. – 11:42 a.m. (00:54)

Judge: **Patricia Tolliver Giles**
Reporter: **S. Wallace**

Civil Action Number: **1:24-cv-00025-PTG-LRV**

**Ricky Singleton,**

**Plaintiff,**

**V.**

**IKEA US Retail, LLC, et al.,**

**Defendants.**

Appearances of Pro Se Plaintiff and Counsel for Defendants.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **Ricky Singleton, Pro Se** | **Yvette Gatling**<br>**Anthonia Omidiji (phv)** |

MOTION TO/FOR:
[117] MOTION for Summary Judgment by Raquel Ely, IKEA US Retail, LLC.

**MATTER ARGUED AND GRANTED AS TO DEFAMATION AND HOSTILE WORK ENVIRONMENT/HARASSMENT CLAIM.**
**CONTINUING RACE DISCRIMINATION CLAIM AND VHRA CLAIM – TAKEN UNDER ADVISEMENT.**
**MATTER DENIED AS TO RETALIATION CLAIM.**

[126] MOTION for Summary Judgment by Ricky Singleton. – **DENIED.**

**JURY** Trial is set for **Monday, November 9, 2026 at 10:00 a.m. (3 days).**