UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| RICKY SINGLETON,<br><br>*Plaintiff*,<br><br>v.<br><br>IKEA US RETAIL, LLC, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-25 (PTG/LRV) |

**[Proposed] <u>ORDER</u>**

This matter comes before the Court on Plaintiff's Motion for a Limited Continuance of Trial. Dkt. 194. On November 8, 2026, the Court directed counsel to file an application for *pro hac vice* admission and a notice of appearance if they intended to represent Plaintiff at trial. The Court stated that, if those filings were made, it would consider a limited continuance. Dkt. 191. Counsel filed both on November 8, 2026. Dkts. 192, 193. Having considered the Motion and the record, the Court finds good cause for a limited continuance under Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 7(G). Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion for a Limited Continuance of Trial is **GRANTED**; it is further

**ORDERED** that the jury trial of this matter, currently set to commence on November 10, 2026, is **CONTINUED** to commence on ____________________________, at 10:00 a.m., in Alexandria Courtroom 801, and is set for three days. Pretrial matters will be addressed at 9:00 a.m. on the first day of trial; it is further

**ORDERED** that the deadline for the parties to file any objections and proposed additions or changes to the Court's preliminary general and substantive jury instructions is extended to seven (7) days before the first day of trial; it is further

**ORDERED** that this continuance does not reopen discovery or extend any deadline other than those tied to the trial date; and it is further

**ORDERED** that no further continuance of the trial will be granted absent circumstances that could not have been anticipated.

Entered this ______ day of November, 2026
Alexandria, Virginia

______________________________
Patricia Tolliver Giles
United States District Judge