**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RICKY SINGLETON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**IKEA US RETAIL LLC, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 1:24-cv-00025-PTG-LRV** |

**ORDER**

Before the Court is Plaintiff's Motion for a Limited Continuance of Trial. Having considered the motion and Defendants' Response,

**IT IS ORDERED** that Motion is **DENIED**.

Signed this ___ day of ________________, 2026.

______________________________________
UNITED STATES DISTRICT COURT JUDGE