**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RICKY SINGLETON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**IKEA US RETAIL LLC, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 1:24-cv-00025-PTG-LRV** |

**DEFENDANTS' NOTICE REGARDING TRIAL AVAILABILITY**

In accordance with the Court's order (Dkt. 196), Defendants IKEA US Retail LLC and Raquel Ely (Defendants) have checked the availability of Defendants, Defendants' counsel and their witnesses. The only time during December and January when Defendants, Defendants' counsel and Defendants' witness are available for trial is January 19, 20, 21 and 22.

Dated: November 10, 2026

*<u>/s/ Yvette V. Gatling</u>*

Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Lauren M. Bridenbaugh (VSB No. 90586)
lbridenbaugh@littler.com
A. Remi Omidiji (VSB No. 99889)
romidiji@littler.com

LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for IKEA US Retail LLC and Raquel Ely*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2026, a true copy of the foregoing was served through the Court's CM/ECF system on all parties of record, addressed as follows:

Jordan D. Howlette
Justly Prudent
420 Florida Ave. NE, Suite 27
Washington, DC 20002
jordan@justlyprudent.com

Kimberly Russell
The Russell Law Firm, PLLC
1255 Union Street NE
Suite 700
Washington, DC 20002
kimberly@russellatlaw.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling