IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RICKY SINGLETON,

Plaintiff,

v.

IKEA US RETAIL, LLC, *et al.*,

Defendants.

Case No. 1:24-cv-00025-PTG-LRV

______________________________________/

**PLAINTIFF'S NOTICE REGARDING TRIAL AVAILABILITY**

In accordance with the Court's Order (Dkt. 196), Plaintiff Ricky Singleton submits this notice to inform the Court of his and his counsel's availability for trial in December 2026 and January 2027.

Singleton and his counsel are also available for trial on December 2–4, 2026 (Wednesday through Friday); December 9–11, 2026 (Wednesday through Friday); and any three consecutive days between January 11 and 15, 2027 (Monday through Friday).

IKEA and Ely have advised that January 19th through 22nd is the only period in December and January when they and their counsel and witnesses are available. (Dkt. 198). Singleton and his counsel are available for trial on each of the four days that Defendants IKEA US Retail, LLC and Raquel Ely identified in their notice.

The January 19–22 window is therefore the only period identified so far in which all parties and counsel are available. Counsel will be prepared to proceed on whichever dates the Court sets.

\\

\\

Dated: November 10, 2026

Respectfully submitted,

*/s/ Jordan D. Howlette*

JORDAN D. HOWLETTE
VSB No.: 97839
Managing Attorney
Justly Prudent
420 Florida Ave. NE, Suite 27
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@justlyprudent.com

KIMBERLY RUSSELL
*Admitted Pro Hac Vice*
The Russell Law Firm, PLLC
1255 Union Street NE, Suite 700
Washington, DC 20002
Tel: (202) 430-5085
kimberly@russellatlaw.com
*Counsel for Plaintiff*