**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| RICKY SINGLETON, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 1:24-cv-25 (PTG/LRV) |
| IKEA US RETAIL, LLC, *et al.*, | ) | |
| *Defendants*. | ) | |

**ORDER**

This matter is before the Court on Defendants IKEA US Retail, LLC and Raquel Ely's Notice Regarding Trial Availability (Dkt. 198) and Plaintiff Ricky Singleton's Notice Regarding Trial Availability (Dkt. 199). All parties indicate that their counsel and witnesses will be available from January 19–22, 2027. Accordingly, it is hereby

**ORDERED** that the three-day jury trial is set to commence on Tuesday, January 19, 2027, at 10:00 a.m.; and it is further

**ORDERED** that the parties are **DIRECTED** to appear for a status conference before trial on Tuesday, January 19, 2027, at 9:00 a.m.

Entered this 12th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge